**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:12-cv-02663

STAN LEE MEDIA, INC.

      Plaintiff,

v.

THE WALT DISNEY COMPANY,

      Defendant.

---

**PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT**

---

COMES NOW Plaintiff Stan Lee Media, Inc., by and through undersigned counsel of record and, pursuant to Fed. R. Civ. P. 7.1(a), hereby discloses the following:

Stan Lee Media, Inc. is a Colorado corporation that 1) does not have a parent corporation; and 2) no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 9th day of October, 2012.

         *s/John V. McDermott*
         John V. McDermott, #5384
         BROWNSTEIN HYATT FARBER SCHRECK, LLP
         410 Seventeenth Street, Suite 2200
         Denver, Colorado  80202
         Phone:  303.223.1100
         Email: jmcdermott@bhfs.com

         Robert S. Chapman
         Jon-Jamison Hill
         EISNER, KAHAN & GORRY, P.C.
         9601 Wilshire Boulevard , Suite 700
         Beverly Hills, California  90212
         Phone:  310.855.3200
         Email: rchapman@eisnerlaw.com

         Attorneys for Plaintiff