IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## ENTRY OF APPEARANCE

Robert Steven Chapman and Jon-Jamison Hill, of the law firm Eisner, Kahan & Gorry, pursuant to D.C.COLO.LCivR 11.1(A), hereby enter their appearance as counsel of record for Plaintiff Stan Lee Media, Inc. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

Dated this 10th day of October, 2012.

    Robert S. Chapman
    Jon-Jamison Hill
    EISNER, KAHAN & GORRY, P.C.
    9601 Wilshire Boulevard, Suite 700
    Beverly Hills, California 90212
    Phone: 310.855.3200
    Email: rchapman@eisnerlaw.com

    John V. McDermott, #5384
    BROWNSTEIN HYATT FARBER SCHRECK, LLP
    410 Seventeenth Street, Suite 2200
    Denver, Colorado 80202
    Phone: 303.223.1100
    Email: jmcdermott@bhfs.com

    Attorneys for Plaintiff