AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| STAN LEE MEDIA, INC. <br> *Plaintiff* <br> v. <br> THE WALT DISNEY COMPANY <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 12-cv-02663 WJM-KMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE WALT DISNEY COMPANY
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808
PHONE: 302.636.5401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BROWNSTEIN HYATT FARBER SCHRECK, LLP
JOHN V. McDERMOTT, ESQ.
410 SEVENTEENTH STREET, SUITE 2200
DENVER, COLORADO 80202
PHONE: 303.223.1100
EMAIL: jmcdermott@bhfs.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/9/2012



s/D. Berardi
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-02663 WJM-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Walt Disney Company
was received by me on *(date)* 10/10/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Rhea, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* The Walt Disney Company
at Corporation Service Co., Registered Agent on *(date)* 10/10/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2012

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services, LLC
3516-16 Silverside Rd.
Wilmington, DE 19810 (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:

Service was made on 10/10/12 at 2:47 PM., at Corporation Service Co., 2711 Centerville Rd. # 400, Wilmington, DE 19808.

Documents Served: Summons in a Civil Action; Complaint with Exhibits A-C; Corporate Disclosure Statement; and Notice of Availiablity & Consent

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Colorado

Stan Lee Media, Inc.  
Plaintiff(s)  
v  
The Walt Disney Company  
Defendant(s)

Civil Action No: 12-cv-02663 WJM-KMT

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served The Walt Disney Company

with the documents: Summons in a Civil Action; Complaint with Exhibit's A-C; Corporate Disclosure Statement; and Notice of Availability & Consent

**Person Served:** Sue Rhea, Managing Agent duly authorized to accept service.

**Service Address:** Corporation Service Co., 2711 Centerville Rd. # 400, Wilmington, DE 19808

**Date of Service:** October 10, 2012       **Time of Service:** 2:47 pm.

**Manner of Service:** ( X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading                        ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 55   Sex: F   Race: W   Hgt: 5'6"   Wgt: 140   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

October 11, 2012   at   Wilmington,   Delaware
Date                    City            State

State of Delaware  
County of New Castle

Daniel Newcomb, Process Server  
Delaware Attorney Services, LLC  
3516-16 Silverside Road  
Wilmington, DE 19810 (302) 429-0657

Subscribed and sworn before me, a Notary Public of the State of Delaware on October 11, 2012

Witness My Hand and Official Seal

Kimberly J. Ryan, My Commission Expires 5/17/16  
Notary Public, State of Delaware