**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

   Plaintiff,

v.

THE WALT DISNEY COMPANY,

   Defendant.

**ENTRY OF APPEARANCE**

   Jon-Jamison Hill, of the law firm Eisner, Kahan & Gorry, pursuant to D.C.COLO.LCivR 11.1(A), hereby enters his appearance as counsel of record for Plaintiff Stan Lee Media, Inc. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

   Dated this 22nd day of October, 2012.

              */s/ Jon-Jamison Hill*
              Robert S. Chapman
              Jon-Jamison Hill
              EISNER, KAHAN & GORRY, P.C.
              9601 Wilshire Boulevard , Suite 700
              Beverly Hills, California  90212
              Phone:  310.855.3200
              Email: rchapman@eisnerlaw.com

              John V. McDermott, #5384
              BROWNSTEIN HYATT FARBER SCHRECK, LLP
              410 Seventeenth Street, Suite 2200
              Denver, Colorado  80202
              Phone:  303.223.1100
              Email: jmcdermott@bhfs.com

              Attorneys for Plaintiff