IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

## ENTRY OF APPEARANCE

Robert Steven Chapman, of the law firm Eisner, Kahan & Gorry, pursuant to D.C.COLO.LCivR 11.1(A), hereby enters his appearance as counsel of record for Plaintiff Stan Lee Media, Inc. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

Dated this 22nd day of October, 2012.

/s/ Robert S. Chapman
Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY, P.C.
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Phone: 310.855.3200
Email: rchapman@eisnerlaw.com

John V. McDermott, #5384
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Email: jmcdermott@bhfs.com

Attorneys for Plaintiff