# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

## ENTRY OF APPEARANCE OF HOLLY C. LUDWIG, ESQ.

---

Pursuant to D.C.COLO.LCivR 11.1(A), Holly C. Ludwig, Esq. of the law firm of Rothgerber Johnson & Lyons LLP, hereby enters her appearance as counsel of record for The Walt Disney Company.

DATED this 26th day of October, 2012.

                              *s/ Holly C. Ludwig*
                              Frederick J. Baumann, Esq.
                              Holly C. Ludwig, Esq.
                              ROTHGERBER JOHNSON & LYONS LLP
                              One Tabor Center, Suite 3000
                              1200 17th Street
                              Denver, CO  80202-5855
                              Tel:     (303) 623-9000
                              Fax:    (303) 623-9222
                              e-mail: fbaumann@rothgerber.com
                                                  hludwig@rothgerber.com

                              *Attorneys for Defendant The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2012, I filed electronically the foregoing **ENTRY OF APPEARANCE OF HOLLY C. LUDWIG, ESQ.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email:  rchapman@eisnerlaw.com
            jhill@eisnerlaw.com

*Attorneys for Plaintiff Stan Lee Media, Inc.*

				*s/ Holly C. Ludwig*
				Holly C. Ludwig, Esq.