IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

   Plaintiff,

v.

THE WALT DISNEY COMPANY,

   Defendant.

---

**ENTRY OF APPEARANCE OF FREDERICK J. BAUMANN, ESQ.**

---

  Pursuant to D.C.COLO.LCivR 11.1(A), Frederick J. Baumann, Esq. of the law firm of Rothgerber Johnson & Lyons LLP, hereby enters his appearance as counsel of record for The Walt Disney Company.

  DATED this 26th day of October, 2012.

              *s/ Frederick J. Baumann*
              Frederick J. Baumann, Esq.
              Holly C. Ludwig, Esq.
              ROTHGERBER JOHNSON & LYONS LLP
              One Tabor Center, Suite 3000
              1200 17th Street
              Denver, CO  80202-5855
              Tel: (303) 623-9000
              Fax: (303) 623-9222
              e-mail: fbaumann@rothgerber.com
                  hludwig@rothgerber.com

              *Attorneys for Defendant The Walt Disney Company*

# CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of October, 2012, I filed electronically the foregoing **ENTRY OF APPEARANCE OF FREDERICK J. BAUMANN, ESQ.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
        jhill@eisnerlaw.com

*Attorneys for Plaintiff Stan Lee Media, Inc.*

                                                *s/ Frederick J. Baumann*
                                                Frederick J. Baumann, Esq.

- 2 -
2003907815_1