# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C.COLO.LCivR 7.4, Defendant The Walt Disney Company ("Disney"), by and through its undersigned counsel, hereby submits this Corporate Disclosure Statement, and states that Disney is a publicly traded company that was formed in, and according to the laws of the State of Delaware. Disney has no parent companies, and no publicly held entities own more than 10% of Disney stock.

DATED this 26th day of October, 2012.

    *s/ Frederick J. Baumann*
    Frederick J. Baumann, Esq.
    Holly C. Ludwig, Esq.
    ROTHGERBER JOHNSON & LYONS LLP
    One Tabor Center, Suite 3000
    1200 17th Street
    Denver, CO  80202-5855
    Tel:    (303) 623-9000
    Fax:    (303) 623-9222
    e-mail: fbaumann@rothgerber.com
           hludwig@rothgerber.com
    *Attorneys for Defendant The Walt Disney Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of October, 2012, I filed electronically the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
   jhill@eisnerlaw.com

*Attorneys for Plaintiff Stan Lee Media, Inc.*

              *s/ Frederick J. Baumann*
              Frederick J. Baumann, Esq.