# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

Defendant The Walt Disney Company ("Disney"), moves pursuant to D.C.COLO.LCivR 6.1(C) and 7.1(B), for a 30-day extension of time within which to answer, move or otherwise respond to Plaintiff's Complaint, and in support states as follows:

### Certification of Conferral

1. Pursuant to D.C.COLO.LCivR 7.1, the undersigned conferred with Plaintiff's counsel regarding the filing of this motion. Plaintiff does not oppose the extension of time requested herein.

### Request for Extension of Time

2. The Plaintiff served its Complaint upon Disney on Wednesday, October 10, 2012.

3. Unless extended, Disney's response to Plaintiff's Complaint will be due Wednesday, October 31, 2012.

4. Plaintiff's Complaint contains numerous factual allegations covering multiple prior lawsuits across the United States, a complex federal copyright infringement claim, and requests injunctive relief, declaratory judgment, and substantial damages.  Because of the complex nature of these allegations, Disney needs greater time to prepare a meaningful response.

5. Accordingly, Disney requests a 30-day extension of time, to and including November 30, 2012, within which to answer, move or otherwise respond to the Complaint.

6. This is the first extension of time requested by Disney in this matter.

7. No prejudice will result from the granting of this extension.

8. Pursuant to D.C.COLO.LCivR 6.1(E), a copy of this motion for extension of time is being simultaneously served on Disney.

WHEREFORE, Defendant The Walt Disney Company respectfully requests that this Court enter an order granting it an extension of time, to and including November 30, 2012, within which to answer, move or otherwise respond to the Plaintiff's Complaint.  Pursuant to D.C.COLO.LCivR 7.1(F), a proposed order is submitted herewith.

DATED this 26th day of October, 2012.

> *s/ Frederick J. Baumann*
> Frederick J. Baumann, Esq.
> Holly C. Ludwig, Esq.
> ROTHGERBER JOHNSON & LYONS LLP
> One Tabor Center, Suite 3000
> 1200 17th Street
> Denver, CO  80202-5855
> Tel:    (303) 623-9000
> Fax:    (303) 623-9222
> e-mail: fbaumann@rothgerber.com
>         hludwig@rothgerber.com
>
> *Attorneys for Defendant The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2012, I filed electronically the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
       jhill@eisnerlaw.com

*Attorneys for Plaintiff Stan Lee Media, Inc.*

I further certify that a copy of this motion was served, via e-mail, upon a representative of my client, The Walt Disney Company.

*s/ Frederick J. Baumann*
Frederick J. Baumann, Esq.