IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

___

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
___

    This matter is before the Court on Defendant's Unopposed Motion For Extension of Time to Respond to Complaint. Sufficient cause being shown, the Court hereby:

    ORDERS that the Motion is GRANTED. The Defendant shall answer, move or otherwise respond to Plaintiff's Complaint on or before November 30, 2012.

    DONE THIS ____ DAY OF _____, 2012.

                                       BY THE COURT:

                                       _____
                                       U.S. District Court Judge