# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

## ENTRY OF APPEARANCE OF JAMES W. QUINN, ESQ.
_____

Pursuant to D.C.COLO.LCivR 11.1(A), James W. Quinn, Esq. of the law firm of Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel of record for The Walt Disney Company.

DATED this 30th day of November, 2012.

    /s/ *James W. Quinn*

James W. Quinn
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
randi.singer@weil.com

*Counsel for The Walt Disney Company*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of November, 2012, I filed electronically the foregoing **ENTRY OF APPEARANCE OF JAMES W. QUINN, ESQ.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
        jhill@eisnerlaw.com


                                      *s/ James W. Quinn*