IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

 Plaintiff,

v.

THE WALT DISNEY COMPANY,

 Defendant.

_____
**ENTRY OF APPEARANCE OF RANDI W. SINGER, ESQ.**
_____

 Pursuant to D.C.COLO.LCivR 11.1(A), Randi W. Singer, Esq. of the law firm of Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel of record for The Walt Disney Company.

 DATED this 30th day of November, 2012.

     /s/ *Randi W. Singer*

     James W. Quinn
     Randi W. Singer
     WEIL, GOTSHAL & MANGES LLP
     767 Fifth Avenue
     New York, NY 10153
     Tel: (212) 310-8000
     Fax: (212) 310-8007
     james.quinn@weil.com
     randi.singer@weil.com

     *Counsel for The Walt Disney Company*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 30th day of November, 2012, I filed electronically the foregoing **ENTRY OF APPEARANCE OF RANDI W. SINGER, ESQ.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 855-3200
Email:  rchapman@eisnerlaw.com
   jhill@eisnerlaw.com

              *s/ Randi W. Singer*