IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

### DECLARATION OF RANDI W. SINGER

---

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Rothberger Johnson & Lyons LLP, I am counsel to Defendant The Walt Disney Company in this action.

2. Annexed hereto as Exhibit A is a true and correct copy of a letter dated January 30, 2011, from Arthur Lieberman on behalf of Stan Lee to Stan Lee Media, Inc., which was attached as Exhibit E to the Declaration of Marcy M. Heronimus in Support of Defendants Stan Lee, QED Productions, LLC and POW! Entertainment, Inc.'s Motion to Dismiss Complaint in the action *Stan Lee Media, Inc. v. Lee, et al.*, Case No. 07-CV-0025-SVW (SSx) ("*Stan Lee Media v. Lee*"), filed on March 16, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Shareholder's Derivative Complaint filed on April 3, 2009 by Jose Abadin, derivatively on behalf of Stan Lee Media, Inc. in the action *Abadin v. Lee*, CV 09-2340-SVW-PJW (C.D. Cal.).

4.    Attached hereto as Exhibit C is a true and correct copy of the In Chambers Order re Stay Of the Case, dated May 4, 2011, that was filed in the consolidated action *Stan Lee Media v. Lee*.

5.    Attached hereto as Exhibit D is the Order of the United States Court of Appeals for the Sixth Circuit in the action *Lahera v. The Walt Disney Company*, No. 08-2139 (6th Cir.), filed on July 28, 2009.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 30th day of November, 2012 in New York, New York.

Randi W. Singer