IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

## DECLARATION OF MARSHA L. REED IN SUPPORT OF DEFENDANT THE WALT DISNEY COMPANY'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6)

Marsha L. Reed, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an officer of The Walt Disney Company ("TWDC"), serving as Vice President, Governance Administration and Assistant Secretary. This Declaration is based on my personal knowledge, my review of corporate records, and information provided to me in my capacity as officer of TWDC. It is submitted in support of TWDC's motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6).

2.     TWDC is a Delaware corporation that is qualified to do business, and maintains offices, only in California and New York. TWDC's principal place of business is in California. TWDC is a holding company and its business consists of the ownership of stock (directly and indirectly) in a variety of corporations operating in, among others, the fields of entertainment, recreation and consumer products. TWDC conducts no business activities other than those of a public holding company.

3.  TWDC is not incorporated or organized and does not exist under the laws of Colorado and is not qualified or registered to do business as a foreign corporation in Colorado.

4.  TWDC has no presence in, and no connections with, Colorado. TWDC has not conducted, and does not currently conduct, any business in Colorado; has neither incurred nor paid taxes in Colorado; has no office, place of business, or employees or agents in Colorado; owns no real estate, bank accounts or other assets in Colorado; and has no appointed agent for service of process in Colorado.

5.  TWDC was served with the complaint in this action through its designated agent for service of process in the State of Delaware.

6.  TWDC owns all the outstanding common shares of Marvel Entertainment, LLC, successor by merger to the entity previously known as Marvel Entertainment, Inc.

7.  Marvel Studios, LLC is a subsidiary of Marvel Characters, Inc., which is a subsidiary of Marvel Property, Inc., which is a subsidiary of Marvel Entertainment, LLC. TWDC does not control the business activities of any of these companies. TWDC's books, records and accounts are separate from each of these companies, and none of these companies are authorized to, or do, act as an agent for TWDC. None of these companies are an alter ego of TWDC.

8.  TWDC does not produce, market or distribute any motion pictures or other productions featuring any Marvel character or property in Colorado or elsewhere. TWDC did not produce the motion pictures entitled *Iron Man 2*, *Thor*, *X-Men: First Class*, *Marvel's The Avengers* and *The Amazing Spider-Man* or the live-theater production entitled *Spiderman: Turn Off the Dark*.

9.  *Iron Man 2*, *Thor* and *Marvel's The Avengers* were produced by a subsidiary of Marvel Studios, LLC.

10. Upon information and belief, *X-Men: First Class* was produced and distributed by Twentieth Century Fox Film Corporation or a division or subsidiary thereof, which is not affiliated with TWDC, under a license from Marvel.

11. Upon information and belief, *The Amazing Spider-Man* was produced and distributed by Columbia Pictures, a subsidiary of Sony Pictures Entertainment, or a division or subsidiary thereof, which is not affiliated with TWDC, under a license from Marvel.

12. Upon information and belief, *Spider-Man: Turn Off the Dark* was produced by 8 Legged Productions, LLC, Hello Entertainment, LLC and Goodbye Entertainment, LLC, which are not affiliated with TWDC, under a license from Marvel.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief. This declaration was executed on the 29th day of November, 2012 in Burbank, California.

_____
Marsha L. Reed