IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6)**

---

THIS MATTER having come before the Court on The Walt Disney Company's Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) ("Motion"), and the Court having considered the parties' briefing relating to the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED.  It is

FURTHERED ORDERED that all claims in this action are dismissed **with prejudice**.

DATED:  December __, 2012

                BY THE COURT:

                _____
                U.S. District Court Judge