IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

**ORDER GRANTING THE WALT DISNEY COMPANY'S MOTION
TO STAY DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS
PENDING RESOLUTION OF PENDING MOTION TO DISMISS**

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Pending Motion to Dismiss ("Motion"), and the Court having considered the parties' briefing relating to the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED.  It is

FURTHERED ORDERED that all discovery and pretrial proceedings are stayed until the resolution of TWDC's pending motion to dismiss and the January 10, 2013 scheduling conference is vacated.

DATED: _____

                          BY THE COURT:

                          _____
                          U.S. District Court Judge