IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

   Plaintiff,

v.

THE WALT DISNEY COMPANY,

   Defendant.

## ENTRY OF APPEARANCE

  Mark T. Barnes, of the law firm Brownstein Hyatt Farber Schreck, LLP, pursuant to D.C.COLO.LCivR 11.1(A), hereby enters his appearance as counsel of record for Plaintiff Stan Lee Media, Inc. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

  Dated this 6th day of December, 2012.

           *s/Mark T. Barnes*
          John V. McDermott, #5384
          Mark T. Barnes, #23091
          Karl L. Schock, #38239
          BROWNSTEIN HYATT FARBER SCHRECK, LLP
          410 Seventeenth Street, Suite 2200
          Denver, Colorado 80202
          Phone: 303.223.1100
          Email: jmcdermott@bhfs.com; kschock@bhfs.com

          Robert S. Chapman
          Jon-Jamison Hill
          EISNER, KAHAN & GORRY, P.C.
          9601 Wilshire Boulevard , Suite 700
          Beverly Hills, California 90212
          Phone: 310.855.3200
          Email: rchapman@eisnerlaw.com; jhill@eisnerlaw.com

          Attorneys for Plaintiff