# EXHIBIT A
## (SLMI Copyright Assignment)

Stan Lee Entertainment Inc.
15821 Ventura Blvd., Suite 675
Encino, CA 91436

October 15, 1998

Mr. Stan Lee
9143 Oriole Way
Los Angeles, CA 90068

Re: Employment Agreement/Rights Assignment

Dear Stan:

Confirming our discussions, this letter, when accepted and agreed by you, shall constitute an agreement between you and Stan Lee Entertainment Inc. (the "Company") relating to the terms of your employment with the Company as set forth below:

1.      Stan Lee will serve as Chairman and Chief Creative Officer of Company, based in Los Angeles, for a term commencing as of the date hereof and terminating on the death of Stan Lee.

2.      Stan Lee's services shall be exclusive with the exception of those services provided under a lifetime agreement with Marvel Enterprises, Inc., which shall require no more than an average of 10 - 15  hours per week on its behalf. All other services performed and intellectual property created for the Company, or for any other entity, which entity shall be approved in writing by the Company, shall inure to the benefit of the Company to the entire extent your participation provides. Your services to Company shall include, but not be limited to, the following:

        (a)     Serve, and be listed in all directories and publications, as Chairman, Publisher and Chief Creative Officer of the Company, including attending corporate meetings, developing and

Page 2. Employment Agreement/ Stan Lee

supervising development and production of intellectual property
in any and all media, directing and guiding the creative staff or
staffs of the Company, all subsidiaries and affiliates as
reasonably requested by the company.

(b)    Act as Executive Producer or Co-Executive Producer for all
media productions and receive customary fees accordingly;

(c)    Apply your good faith, best efforts to enhance the brand and
good will of the company, support and stimulate strategic
alliances, joint ventures, sponsors, production partners and all
direct and ancillary business of the company,

(d)    Serve as spokesman for the company to all media and
assemblies as reasonably requested by the company.

(e)    Take all actions and contribute all creative talents within your
reasonable capability, pursuant to your good faith
determination of your schedule, as may reasonably be required
to advance the interests of the company.

3.    As compensation to you for all rights and services contributed by you,
to the Company hereunder, notwithstanding any disability, the
Company agrees to provide the following compensation for your life:

a)    Base Salary – You shall receive a base salary of $250,000 (Two
Hundred Fifty Thousand Dollars) per annum payable in equal
monthly installments commencing February 1, 1999, payable to you
or any company you so designate in lieu of making payments to you
individually.

Page 3. Employment Agreement/ Stan Lee

b)    Bonuses – You shall receive bonuses on those projects you
personally initiate and/or accomplish with approved entities
from your participation as assigned to the company. You shall
also receive ten per cent of all net profits after taxes reported
by the Company on its Federal Tax Return. The Company will
compute, account and pay to you your participation due, if any,
on account of said profits, for the annual period ending each
January 31 during your life, on an annual basis within a
reasonable time after the end of each such period.

c)    Stock Options – The Company agrees to issue to you, in
accordance with the Company's Stock Option Plan, as and when
it may be adopted, the highest number of options offered to
Company executives.

d)    Expenses/Fringe Benefits – You are to receive prompt
reimbursement for all ordinary and necessary business
expenses incurred by you in connection with your activities on
behalf of the Company upon presentation of appropriate
documentation, and you shall be permitted your customary style
of business travel, which shall be first class with sedan
limousine and stay in deluxe hotels.

e)    Insurance – The company shall no later than December 31, 1998,
secure a term life insurance policy in the minimum principal sum
of two million dollars, providing your designated heir as co-
beneficiary with the company on the event of your death.

Page 4. Employment Agreement/ Stan Lee

4.    In express consideration for the performance of the foregoing
obligations of the Company, you agree as follows:

a)    I assign, convey and grant to the Company forever, all right,
title and interest I may have or control, now or in the future, in the
following:    Any and all ideas, names, titles, characters; symbols,
logos, designs, likenesses, visual representations, artwork, stories,
plots, scripts, episodes, literary property, and the conceptual universe
related thereto, including my name and likeness (the "Property") which
will or have been in whole or part disclosed in writing to, published,
merchandised, advertised, and/or licensed by Company, its affiliates
and successors in interest and licensees (which by agreement inures to
Company's benefit) or any of them and any copyrights, trademarks,
statutory rights, common law, goodwill, moral rights and any other
rights whatsoever in the Property in any and all media and/or fields,
including all rights to renewal or extensions of copyright and make
applications or institute suits therefor (the "Rights").

b)    Subject to a material breach of this agreement, I hereby agree
to execute upon request from Company any documents it deems
reasonably necessary to effect the purposes of this agreement,

c)    Subject to a material breach of this agreement, I will never file
with the U.S. Copyright or Patent and Trademark Office or any
governmental or public agency, and will never assert or assist
others in asserting on my behalf or in claiming rights through
me, any claim to ownership of the Rights in the Property, or in
making any objection to Company's complete and unrestricted
right to use and exploit said Property or Rights in any form,
manner or medium Company may desire.

Page 5. Employment Agreement / Stan Lee

5.   This Agreement, including the assignment set forth herein, shall be binding upon the parties hereto, their affiliates and subsidiaries, legal representatives, successors and predecessors in interest, heirs and assigns.

6.   The invalidity of any provision or part hereof or obligation hereunder, or the contravention thereby of any law, rule or regulation of any State, the Federal Government or any agency, shall not relieve any party from its obligation under, nor deprive any party of advantages of any other provision of this Agreement.

7.   This Agreement will constitute the entire understanding between the parties in connection with Stan Lee's relationship with the Company from the date hereof and may not be amended or modified except by a writing signed by the party charged. This agreement shall be governed by and construed under the laws of the State of California.

Signed at Los Angeles, California this 21st day of October, 1998.

Stan Lee Entertainment Inc.

By: _____
President

_____
Stan Lee

# EXHIBIT B
## (Amendment)

813670f0e3fb45f094a64ef497699189
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 E7kHSD7BEhkdW28jXyPUki/tKFvuCi2mDDE1ilADKJGdHRwwonKN5q2mGUHkXhfU
 908/PA6QIKp5DoHt9EJyvA==

<SEC-DOCUMENT>0000950148-00-000447.txt : 20000321
<SEC-HEADER>0000950148-00-000447.hdr.sgml : 20000321
ACCESSION NUMBER:		0000950148-00-000447
CONFORMED SUBMISSION TYPE:	10KSB
PUBLIC DOCUMENT COUNT:		62
CONFORMED PERIOD OF REPORT:	19991231
FILED AS OF DATE:		20000320

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:		STAN LEE MEDIA INC
		CENTRAL INDEX KEY:		0001015663
		STANDARD INDUSTRIAL CLASSIFICATION:	BLANK CHECKS [6770]
		IRS NUMBER:			841341980
		STATE OF INCORPORATION:		CO
		FISCAL YEAR END:		1231

	FILING VALUES:
		FORM TYPE:		10KSB
		SEC ACT:
		SEC FILE NUMBER:	000-28530
		FILM NUMBER:		574005

	BUSINESS ADDRESS:
		STREET 1:		15821 VENTURA BOULEVARD
		STREET 2:		SUITE 675
		CITY:			ENCINO
		STATE:			CA
		ZIP:			91436
		BUSINESS PHONE:		8184611757

	FORMER COMPANY:
		FORMER CONFORMED NAME:	BOULDER CAPITAL OPPORTUNITIES INC F/A
		DATE OF NAME CHANGE:	19960726

	FORMER COMPANY:
		FORMER CONFORMED NAME:	BOULDER CAPITAL OPPORTUNITIES INC
		DATE OF NAME CHANGE:	19960620
</SEC-HEADER>
<DOCUMENT>
<TYPE>10KSB
<SEQUENCE>1
<DESCRIPTION>FORM 10-KSB
<TEXT>

<PAGE>    1

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-KSB

Page 1

813670f0e3fb45f094a64ef497699189

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 1999

[ ] TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 0-28530

STAN LEE MEDIA, INC.
(Name of small business issuer in its charter)

COLORADO                                                      84-1341980
(State or other jurisdiction of                         (I.R.S. Employer
incorporation or organization)                      Identification No.)

15821 VENTURA BOULEVARD, SUITE 675, ENCINO, CALIFORNIA, 91436
(Address of principal executive offices) (Zip Code)

Issuer's telephone number: (818) 461-1757

Securities registered under Section 12(b) of the Exchange Act:
NONE

Securities registered under Section 12(g) of the Exchange Act:
COMMON STOCK, NO PAR VALUE
(Title of Class)

Check whether the issuer (1) filed all reports required to be filed by
Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such
shorter period that the registrant was required to file such reports) and
(2) has been subject to such filing requirements for the past 90 days.
Yes   X    No
      -----     -----

Check if disclosure of delinquent filers in response to Item 405 of
Regulation S-B is not contained in this form, and no disclosure will be
contained, to the best of registrant's knowledge, in definitive proxy or
information statements incorporated by reference in Part III of this Form 10-KSB
or any amendment to this Form 10-KSB. [ ]

The issuer's revenues for its most recent fiscal year were $30,605.

The aggregate market value of the voting and non-voting common equity
held by non-affiliates, based upon the average bid and asked prices of the
issuer's common stock on March 6, 2000 was $88,404,941. Shares of common stock
held by each officer and director and by each person who owns 5% or more of the
outstanding common stock have been excluded in that such persons may be deemed
to be affiliates. This determination of affiliate status is not necessarily a
conclusive determination for other purposes.

The number of shares outstanding of the issuer's common stock, as of
March 6, 2000, was 11,856,362.

<PAGE>    2

STAN LEE MEDIA, INC.

FORM 10-KSB
Page 2

813670f0e3fb45f094a64ef497699189

Stan Lee Entertainment, Inc.


By: /s/ STEPHEN M. GORDON
    ------------------------------------
    President


/s/ STAN LEE
- ------------------------------------
Stan Lee



                        Page 3 of 3
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-10.42
<SEQUENCE>48
<DESCRIPTION>MATERIAL CONTRACTS
<TEXT>

<PAGE>  1

                                                    EXHIBIT 10.42

                        STAN LEE
                    9143 Oriole Way
                   Los Angeles, CA 90068
                   As of October 8, 1999

Board of Directors of
Stan Lee Media, Inc.
15821 Ventura Boulevard, Suite 675
Encino, CA  91436

           Re:   Amendment to Employment Agreement/Rights Agreement

Ladies and Gentlemen:

           Reference is made to that certain Employment Agreement/Rights
Agreement dated as of October 15, 1998 (the "Agreement"), with Stan Lee Media,
Inc., as successor-in-interest to Stan Lee Entertainment, Inc. (the "Company").

           I have been represented by financial advisors and independent
counsel of my own choice throughout all negotiations which have preceded the
execution of this letter agreement, and have executed this letter agreement with
the consent and upon the advice of such independent advisors, or have knowingly,
voluntarily and willingly waived the right to such independent advisors. I
represent and warrant to the Company that no person, or any agent or attorney of
any person, has made any promise, representation or warranty whatsoever, express
or implied, not contained in this letter agreement concerning the subject matter
hereof to induce the execution of this letter agreement and acknowledge
execution of this letter agreement was not in reliance upon any promise,
representation or warranty not contained in this letter agreement. I hereby
relinquish all right, title and interest to receive ten percent (10%) of all net
profits after taxes reported by the Company on its Federal Tax Return as
provided for in Section 3(b) of the Agreement. Except as otherwise amended
hereby, the Agreement shall remain in full force and effect.
                        Page 392

813670f0e3fb45f094a64ef497699189

If you have any questions regarding the foregoing, please feel free to contact the undersigned.

EXCELSIOR!

/s/ Stan Lee
STAN LEE

ACCEPTED AND APPROVED:
Stan Lee Media, Inc.

By:  /s/ Gill Champion
     -----------------------------
        Gill Champion,
        Chief Operating Officer
Dated:  October 22, 1999.
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-10.43
<SEQUENCE>49
<DESCRIPTION>MATERIAL CONTRACTS
<TEXT>

<PAGE>    1

Exhibit 10.43

CONSULTING AGREEMENT

     AGREEMENT dated as of October 5, 1999, between STAN LEE MEDIA, INC., a Colorado corporation ("Company"), and PARAVERSAL, INC. ("Consultant").

     Company currently is engaged in the business of deploying the global brand, intellectual property, development capabilities and goodwill of comic book publisher Stan Lee to the Internet, as well as other new media and traditional media platforms, and the commercial exploitation of such content through e-commerce, product and merchandise licensing and sales, online publishing, gaming, distance learning, financial services, sponsorships, co-branding, advertising, product placement and endorsements. Consultant is experienced in structuring corporate partnering relationships and strategic alliances, and coordinating public relations efforts, through services rendered by Peter F. Paul (being hereinafter sometimes referred to, collectively, as "Consultant"), who is a co-founder of Company.

     Company desires to retain the experience, skills, abilities, background and knowledge of the Consultant, and the Consultant is willing to accept such engagement, in each case, for the purposes and on the terms and conditions described in this Agreement.

     Accordingly, the Company and the Consultant hereby agree as follows:

I.      TERM

     The term of the Consultant's engagement under this Agreement shall be for a period of seven (7) years, commencing as of October 1, 1999, unless earlier terminated as provided in Article IV hereof; and thereafter, this Agreement shall be renewed for two (2) additional, successive three (3) year periods unless either party gives notice of its desire not to renew this Agreement to the other party not more than 180 days and not less than 60 days prior to the expiration of the initial or the then current renewal term, as the case may be (the "Consulting Period").

Page 393

# EXHIBIT C
## (Certificate of Recordation)



# COPY OF ASSIGNMENT

**RECORDED IN VOLUME: 3544**

**DOC. NO.: 426**

**ON:   November 28, 2006**



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION

28Nov06

| VOLUME | DOC. NO. |
|--------|----------|
| 3544 | 426 |
| VOLUME | DOC. NO. |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

# Document Cover Sheet

UNITED STATES COPYRIGHT OFFICE

**158275180**

158275180

RECEIVED

NOV 30 2006

**For Recordation of Documents**

Volume _3544_    Document _426_

Volume _____    Document _____

Date of recordation M _11_ D _28_ Y _06_
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DOCUMENT SECTION

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

1. First party name given in the document  _STAN LEE_
(IMPORTANT: *Please read instruction for this and other spaces.*)

2. First title given in the document  _SPIDERMAN_

3. Total number of titles in the document  _9_   _THE INCREDIBLE HULK, X-MEN, FANTASTIC FOUR, IRON MAN, DAREDEVIL, SILVER SURFER, DR. STRANGE STAN LEE PRESENTS_

4. Amount of fee calculated  _$120_

5. Fee enclosed  ☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

6. Completeness of document  ☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

7. Certification of Photocopied Document   Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document. Executed on _11/27/06_ .
DATE

Signature _A.F. Galloway_    _A.F. GALLOWAY, SECRETARY_

Duly authorized agent of _Stan Lee Media, Inc., of Colorado_
_successor in interest of Stan Lee Entertainment, Inc., of Delaware_

8. Return to:   Name _James Nesfield, PRESIDENT_

Number/street _32 GOSHEN RD_    Apt/suite _____

City _ENGELHARD_    State _NC_    Zip _27824_

Phone number _252-925-7115_    Fax number _____

Email _jnesfield@gmail.com_

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

DOCUMENT COVER SHEET   REV: 07/2006   PRINT: 07/2006 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2006-310-xxx/60,xxx

Stan Lee Entertainment Inc.
15821 Ventura Blvd., Suite 675
Encino, CA 91436

October 15, 1998

Mr. Stan Lee
9143 Oriole Way
Los Angeles, CA 90068

Re: Employment Agreement/Rights Assignment

Dear Stan:

Confirming our discussions, this letter, when accepted and agreed by you,
shall constitute an agreement between you and Stan Lee Entertainment Inc.
(the "Company") relating to the terms of your employment with the Company
as set forth below:

1.  Stan Lee will serve as Chairman and Chief Creative Officer of
    Company, based in Los Angeles, for a term commencing as of the date
    hereof and terminating on the death of Stan Lee.

2.  Stan Lee's services shall be exclusive with the exception of those
    services provided under a lifetime agreement with Marvel Enterprises,
    Inc., which shall require no more than an average of 10 - 15 hours per
    week on its behalf. All other services performed and intellectual
    property created for the Company, or for any other entity, which
    entity shall be approved in writing by the Company, shall inure to the
    benefit of the Company to the entire extent your participation
    provides. Your services to Company shall include, but not be limited to,
    the following:

    (a)  Serve, and be listed in all directories and publications, as
         Chairman, Publisher and Chief Creative Officer of the Company,
         including attending corporate meetings, developing and

V3544 D426    Page 1

**V3544 D426**



Page 2. Employment Agreement/ Stan Lee

supervising development and production of intellectual property
in any and all media, directing and guiding the creative staff or
staffs of the Company, all subsidiaries and affiliates as
reasonably requested by the company.

(b)     Act as Executive Producer or Co-Executive Producer for all
        media productions and receive customary fees accordingly;

(c)     Apply your good faith, best efforts to enhance the brand and
        good will of the company, support and stimulate strategic
        alliances, joint ventures, sponsors, production partners and all
        direct and ancillary business of the company,

(d)     Serve as spokesman for the company to all media and
        assemblies as reasonably requested by the company.

(e)     Take all actions and contribute all creative talents within your
        reasonable capability, pursuant to your good faith
        determination of your schedule, as may reasonably be required
        to advance the interests of the company.

3.      As compensation to you for all rights and services contributed by you,
        to the Company hereunder, notwithstanding any disability, the
        Company agrees to provide the following compensation for your life:

        a) Base Salary - You shall receive a base salary of $250,000 (Two
           Hundred Fifty Thousand Dollars) per annum payable in equal
           monthly installments commencing February 1, 1999, payable to you
           or any company you so designate in lieu of making payments to you
           individually.

V3544 D426  Page 2

Page 3. Employment Agreement/ Stan Lee

b)    Bonuses – You shall receive bonuses on those projects you
      personally initiate and/or accomplish with approved entities
      from your participation as assigned to the company. You shall
      also receive ten per cent of all net profits after taxes reported
      by the Company on its Federal Tax Return. The Company will
      compute, account and pay to you your participation due, if any,
      on account of said profits, for the annual period ending each
      January 31 during your life, on an annual basis within a
      reasonable time after the end of each such period.

c)    Stock Options – The Company agrees to issue to you, in
      accordance with the Company's Stock Option Plan, as and when
      it may be adopted, the highest number of options offered to
      Company executives.

d)    Expenses/Fringe Benefits – You are to receive prompt
      reimbursement for all ordinary and necessary business
      expenses incurred by you in connection with your activities on
      behalf of the Company upon presentation of appropriate
      documentation, and you shall be permitted your customary style
      of business travel, which shall be first class with sedan
      limousine and stay in deluxe hotels.

e)    Insurance – The company shall no later than December 31, 1998,
      secure a term life insurance policy in the minimum principal sum
      of two million dollars, providing your designated heir as co-
      beneficiary with the company on the event of your death.

V3544 D426    Page 3

4.    In express consideration for the performance of the foregoing
obligations of the Company, you agree as follows:

a)    I assign, convey and grant to the Company forever, all right,
title and interest I may have or control, now or in the future, in the
following:    Any and all ideas, names, titles, characters, symbols,
logos, designs, likenesses, visual representations, artwork, stories,
plots, scripts, episodes, literary property, and the conceptual universe
related thereto, including my name and likeness (the "Property") which
will or have been in whole or part disclosed in writing to, published,
merchandised, advertised, and/or licensed by Company, its affiliates
and successors in interest and licensees (which by agreement inures to
Company's benefit) or any of them and any copyrights, trademarks,
statutory rights, common law, goodwill, moral rights and any other
rights whatsoever in the Property in any and all media and/or fields,
including all rights to renewal or extensions of copyright and make
applications or institute suits therefor (the "Rights").

b)    Subject to a material breach of this agreement, I hereby agree
to execute upon request from Company any documents it deems
reasonably necessary to effect the purposes of this agreement,

c)    Subject to a material breach of this agreement, I will never file
with the U.S. Copyright or Patent and Trademark Office or any
governmental or public agency, and will never assert or assist
others in asserting on my behalf or in claiming rights through
me, any claim to ownership of the Rights in the Property, or in
making any objection to Company's complete and unrestricted
right to use and exploit said Property or Rights in any form,
manner or medium Company may desire.

V3544 D426    Page 4

Page 5. Employment Agreement / Stan Lee

5.  This Agreement, including the assignment set forth herein, shall be
    binding upon the parties hereto, their affiliates and subsidiaries, legal
    representatives, successors and predecessors in interest, heirs and
    assigns.

6.  The invalidity of any provision or part hereof or obligation hereunder,
    or the contravention thereby of any law, rule or regulation of any
    State, the Federal Government or any agency, shall not relieve any
    party from its obligation under, nor deprive any party of advantages
    of any other provision of this Agreement.

7.  This Agreement will constitute the entire understanding between the
    parties in connection with Stan Lee's relationship with the Company
    from the date hereof and may not be amended or modified except by
    a writing signed by the party charged. This agreement shall be
    governed by and construed under the laws of the State of California.

Signed at Los Angeles, California this 21st day of October, 1998.

Stan Lee Entertainment Inc.

By: _____
President

_____
Stan Lee

V3544 D426    Page 5

Extracted from Stan Lee Media Inc. 10K filing with the Securities Exchange Commission
10KSB 03/20/2000
UNIQUE COMPANY ASSETS

Our primary assets consist of all the intellectual property currently owned by our founder Stan Lee, including ownership in perpetuity to Stan's name, likeness, brand and signature slogans, **"Stan Lee Presents,"** "Excelsior!" and "Stan's Soap Box," along with rights to all intellectual property that will hereafter be created by Stan Lee. Known to millions as the man whose Super Heroes propelled Marvel Comics to its preeminent position in the comic book industry, Stan Lee's co-creations include **Spider-Man, The Incredible Hulk, X-Men, The Fantastic Four, Iron Man, Daredevil, Silver Surfer and Dr. Strange**. Now, in the 21st Century, Stan Lee is broadening his horizons once more, this time, into cyberspace. His Marvel creations have inspired thousands of Super Hero fan sites throughout the web, representing millions of web page references. Now his fans and admirers may meet the newest cutting-edge Stan Lee characters in The 7th Portal, which has been launched on shockwave.com and will later be featured on our stanlee.net website. In addition, Stan's fans can visit stanlee.net to read a regularly updated Stanzine with games, goofs and features from Stan and his staff.

We believe our competitive advantages include the following: (1) Stan Lee having a proven historic ability to create internationally popular, engaging content; (2) a talented, experienced creative and production team assembled from leading Internet and entertainment companies, including Disney, 20th Century Fox and NBC Interactive; and (3) goodwill with global media and creative

3

<PAGE> 7

leaders around the world desirous of supporting and collaborating with pop-culture icon Stan Lee. These attributes will provide exponential resource strength and growth through association of the "best of breed" strategic partners providing financial, production, marketing and distribution capabilities utilizing all venues of media and product dissemination. Stan Lee now personifies the genre at large, and we believe our company has the ability and resources to consolidate his brand recognition in more than 100 countries around the world to firmly establish a lifestyle brand for "tweens" between ages 6 to 20 in addition to the three generation of fans already assembled.