IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02663–WJM–KMT

STAN LEE MEDIA, INC.,

      Plaintiff,

v.

THE WALT DISNEY COMPANY,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Amended Complaint for Copyright Infringement" (Doc. No. 25, filed December 26, 2012) is STRICKEN, as it has been filed in violation of Fed. R. Civ. P. 15(a).

Dated: January 2, 2013