# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 12-cv-02663-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** January 10, 2013 | Deputy Clerk, Nick Richards |

STAN LEE MEDIA, INC.,

        Plaintiff,

Jon-Jamison Hill
Mark Todd Barnes
Robert Steven Chapman
John V. McDermott

v.

THE WALT DISNEY COMPANY,

        Defendant.

Randi W. Singer
Frederick J. Baumann
Holly C. Ludwig

---

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 9:13 a.m.**
Court calls the case. Appearances of counsel.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: February 22, 2013
Fact Discovery Cut-off: August 2, 2013
Expert Discovery Cut-off: October 11, 2013
Dispositive Motions Deadline: November 22, 2013
Each side shall be limited to 5 expert witnesses.
Disclosure of Affirmative Experts: August 16, 2013
Disclosure of Rebuttal Experts: September 20, 2013
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 10 depositions, excluding experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE OR EARLY NEUTRAL EVALUATION** set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **January 23, 2014 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 9:54 a.m.**
Total In-Court Time:   00:41        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.