IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

 Plaintiff,

v.

THE WALT DISNEY COMPANY,

 Defendant.

---

**DECLARATION OF MARSHA L. REED IN SUPPORT OF THE WALT DISNEY COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6)**

---

 Marsha L. Reed, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

 1. I am an officer of The Walt Disney Company ("TWDC"), serving as Vice President, Governance Administration and Assistant Secretary. This Declaration is based on my personal knowledge, my review of corporate records, and information provided to me in my capacity as an officer of TWDC. It is submitted in support of TWDC's motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6).

 2. TWDC is a Delaware corporation that is qualified to do business, and maintains offices, only in California and New York. TWDC's principal place of business is in California. TWDC is a holding company and its business consists of the ownership of stock (directly and indirectly) in a variety of corporations operating in, among others, the fields of entertainment, recreation and consumer products. TWDC conducts no business activities other than those of a public holding company.

3. TWDC is not incorporated or organized and does not exist under the laws of Colorado and is not qualified or registered to do business as a foreign corporation in Colorado.

4. TWDC has no presence in, and no connections with, Colorado. TWDC has not conducted, and does not currently conduct, any business in Colorado; has neither incurred nor paid taxes in Colorado; has no office, place of business, or employees or agents in Colorado; owns no real estate, bank accounts or other assets in Colorado; and has no appointed agent for service of process in Colorado.

5. TWDC was served with the original complaint in this action through its designated agent for service of process in the State of Delaware.

6. TWDC owns all the outstanding common shares of Disney Enterprises, Inc. ("DEI"), which is the sole member of Marvel Entertainment, LLC, a Delaware limited liability company ("Marvel Entertainment"), successor by merger to the entity previously known as Marvel Entertainment, Inc.

7. Marvel Studios, LLC is a Delaware limited liability company, whose sole member is Marvel Characters, Inc., a Delaware corporation, the common shares of which are wholly owned by Marvel Property, Inc., a Delaware corporation the common shares of which are wholly owned by Marvel Entertainment. TWDC does not manage or direct the operations of any of these companies. TWDC maintains separate records, bank accounts, officers and directors from each of these companies. None of these companies is authorized to, or does, act as an agent for TWDC.

8. Disney Consumer Products, Inc. is a California corporation, the common shares of which are wholly owned by DEI. Disney Store USA, LLC is a Delaware limited liability

company, whose sole member is T1 Acquisition Corp., which is a Delaware corporation, the common shares of which are wholly owned by DEI. Disney Publishing Worldwide is a California corporation, the common shares of which are wholly owned by DEI. TWDC does not manage or direct the operations of any of these companies, and TWDC maintains separate records, bank accounts, officers and directors from each of them. None of these companies is authorized to, or does, act as an agent for TWDC.

9. TWDC does not produce, market or distribute any motion pictures or other productions featuring any Marvel character or property in Colorado or elsewhere. TWDC did not produce the motion pictures titled *Iron Man 2*, *X-Men: First Class*, *Marvel's The Avengers* and *The Amazing Spider-Man* or the live-theater production titled *Spider-Man Turn Off the Dark*.

10. *Iron Man 2* and *Marvel's The Avengers* were produced by a subsidiary of Marvel Studios, LLC.

11. Upon information and belief, *X-Men: First Class* was produced and distributed by Twentieth Century Fox Film Corporation or a division or subsidiary thereof, which is not an affiliate of TWDC or Marvel Entertainment, under a license from Marvel.

12. Upon information and belief, *The Amazing Spider-Man* was produced and distributed by Columbia Pictures, a subsidiary of Sony Pictures Entertainment, or a division or subsidiary thereof, which is not an affiliate of TWDC or Marvel Entertainment, under a license from Marvel.

13. Upon information and belief, *Spider-Man Turn Off the Dark* was produced by 8 Legged Productions, LLC, Hello Entertainment, LLC and Goodbye Entertainment, LLC, none of which is an affiliate of TWDC or Marvel Entertainment, under a license from Marvel.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief. This declaration was executed on the 14th day of January, 2013 in Burbank, California.

*Marsha L. Reed*
Marsha L. Reed