IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

 Plaintiff,

v.

THE WALT DISNEY COMPANY,

 Defendant.

## DECLARATION OF RANDI W. SINGER

 I, Randi W. Singer, declare under penalty of perjury as follows:

 1. I am a partner of Weil, Gotshal & Manges LLP and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Rothberger Johnson & Lyons LLP, I am counsel to Defendant The Walt Disney Company in this action.

 2. Attached hereto as Exhibit A is a true and correct copy of an Employment Agreement between Stan Lee and Marvel Enterprises, Inc. dated November 1, 1998, which was originally attached as Exhibit C to the initial complaint filed in this action (Docket No. 1).

 3. Annexed hereto as Exhibit B is a true and correct copy of a letter dated January 30, 2001, from Arthur Lieberman on behalf of Stan Lee to Stan Lee Media, Inc., which was attached as Exhibit E to the Declaration of Marcy M. Heronimus in Support of Defendants Stan Lee, QED Productions, LLC and POW! Entertainment, Inc.'s Motion to Dismiss Complaint in the action *Stan Lee Media, Inc. v. Lee, et al.*, Case No. 07-CV-0025-SVW (SSx) ("*Stan Lee Media v. Lee*"), filed on March 16, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Shareholder's Derivative Complaint filed on April 3, 2009 by Jose Abadin, derivatively on behalf of Stan Lee Media, Inc. in the action *Abadin v. Lee*, CV 09-2340-SVW-PJW (C.D. Cal.) ("*Abadin II*").

5. Attached hereto as Exhibit D is a true and correct copy of the Order re Request for Stay of Current Action, dated September 14, 2009, that was filed in the derivative action *Abadin II*, later consolidated as *Stan Lee Media v. Lee*.

6. Attached hereto as Exhibit E is a true and correct copy of the In Chambers Order re Stay Of the Case, dated May 4, 2011, that was filed in the consolidated action *Stan Lee Media v. Lee*.

7. Attached hereto as Exhibit F is the Order of the United States Court of Appeals for the Sixth Circuit in the action *Lahera v. The Walt Disney Company*, No. 08-2139 (6th Cir.), filed on July 28, 2009.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 14th day of January, 2013 in New York, New York.

_____
Randi W. Singer