# EXHIBIT B

Case No. 1:12-cv-02663-WJM-KMT    Document 37-4    filed 01/14/13    USDC Colorado
pg 1 of 10

| | |
|---|---|
| 1 | MCGUIRE WOODS LLP |
| | LESLIE M. WERLIN #67994 |
| 2 | 1800 Century Park East, 8th Floor |
| | Los Angeles, California 90067 |
| 3 | Telephone: (310) 315-8200 |
| | Facsimile: (310) 315-8210 |
| 4 | LWerlin@mcguirewoods.com |
| 5 | SHERMAN & HOWARD, L.L.C. |
| | Mark W. Williams (appearing *Pro Hac Vice*) |
| 6 | Marcy M. Heronimus (appearing *Pro Hac Vice*) |
| | 633 Seventeenth Street, Suite 3000 |
| 7 | Denver, Colorado  80202 |
| | MWilliams@shermanhoward.com |
| 8 | MHeronimus@shermanhoward.com |
| 9 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>STAN LEE, an individual, et al.,<br><br>            Defendants. | CASE NO. 07-CV-00225-SVW (SSx)<br><br>[Consolidated with Case No. 07-4438-SVW (SSx) and 09-CV-2340-SVW (PJWx)]<br><br>Assigned to Hon. Stephen V. Wilson Courtroom 6<br><br>**DECLARATION OF MARCY M. HERONIMUS IN SUPPORT OF DEFENDANTS STAN LEE, QED PRODUCTIONS, LLC AND POW! ENTERTAINMENT, INC.'S MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Date:  April 25, 2011**<br>**Time:  1:30 p.m.**<br>**Ctrm:  6** |

1  I, Marcy M. Heronimus, declare as follows:

2  l. I am counsel of record in these actions for QED Productions, LLC, POW! Entertainment, Inc., and Stan Lee. I have personal knowledge of the facts set forth below. I submit this declaration in support of Defendants Stan Lee, QED Productions, LLC and POW! Entertainment, Inc.'s Motion to Dismiss Complaint.

3  2. Attached hereto as Exhibit A is a true and correct copy of the Final Judgment and Order by Judge Crotty dismissing the lawsuit *Abadin v. Marvel*, 09 CIV. 0715 (PAC) in the United States District Court in the Southern District of New York, dated March 31, 2010.

4  3. Attached hereto as Exhibit B is a true and correct copy of the Opinion of the United States District Court for the Southern District of New York dated February 4, 2011 in *Stan Lee v. Marvel Enterprises, Inc., et al.*, Case No. 02 CV 8945 (S.D.N.Y.).

5  4. Attached hereto as Exhibit C are true and correct copies of the Certificates of registration of the first publication in which each of the Marvel Characters specifically referenced in the Consolidated Complaint first appeared filed by Marvel and its corporate predecessors with the United States Copyright Office.

6  5. Attached hereto as Exhibit D is a true and correct copy of the Annual report of Stan Lee Media, Inc., a Colorado corporation ("SLMI") on Form 10-KSB for the year ended December 31, 1999 filed on March 20, 2000 with the Securities and Exchange Commission ("SEC").

7  6. Attached hereto as Exhibit E is a true and correct copy of a letter dated January 30, 2001, from Arthur Lieberman to SLMI

8  7. Attached hereto as Exhibit F is a true and correct copy of the Summary history from the Colorado Secretary of State Website reflecting, *inter alia*, the dissolution of SLMI on August 1, 2002.

|   |   |
|---|---|
| 1 | 8. Attached hereto as Exhibit G is a true and correct copy of the Order Dismissing Cases and Judgment for Quarterly Fees, filed in the Central District of California Bankruptcy Court on December 6, 2006, Case Nos. SV-01-11331-KL and SV-01-11329-KL. |

8.  Attached hereto as Exhibit G is a true and correct copy of the Order Dismissing Cases and Judgment for Quarterly Fees, filed in the Central District of California Bankruptcy Court on December 6, 2006, Case Nos. SV-01-11331-KL and SV-01-11329-KL.

9.  Attached hereto as Exhibit H is a true and correct copy of the Complaint filed by Stan Lee Media, Inc. in *Stan Lee Media, Inc. v. Marvel*, 1:07 CIV. 2238 (PAC) in the United States District Court in the Southern District of New York dated March 15, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of the Order dismissing the lawsuit *Stan Lee Media, Inc. v. Marvel*, 1:07 CIV. 2238 (PAC) in the United States District Court in the Southern District of New York dated September 9, 2008.

11. Attached hereto as Exhibit J is a true and correct copy of the Complaint filed by Jose Abadin, *et al.*, derivatively on behalf of SLMI in *Abadin v. Marvel*, 09 CIV. 0715 (PAC) in the United States District Court in the Southern District of New York dated January 26, 2009.

12. Attached hereto as Exhibit K is a true and correct copy of the Verified Amended Shareholders Derivative Complaint filed by Jose Abadin and Christopher Belland, derivatively on behalf of SLMI in *Abadin v. Marvel*, 09 Civ. 0715 (PAC) in the United States District Court in the Southern District of New York, dated April 27, 2009.

13. Attached hereto as Exhibit L is a true and correct copy of the Notice of Appeal filed by Jose Abadin and Christopher Belland, derivatively on behalf of SLMI, in *Abadin v. Marvel*, 09 Civ. 0715 (PAC) in the United States District Court for the Southern District of New York, dated April 29, 2009.

14. Attached hereto as Exhibit M is a true and correct copy of the Shareholder's Derivative Complaint For: Declaratory Relief; Injunctive Relief;

-3-

1  Misappropriation of Corporate Opportunity; and Breach of Fiduciary Duty filed by
2  Jose Abadin, in his derivative capacity as a shareholder of Stan Lee Media, Inc., in
3  *Abadin v. Lee*, CV 09-2340 SVW (PSWx) in the United States District Court for the
4  Central District of California, dated April 3, 2009.

5      15.    Attached hereto as Exhibit N is a true and correct copy of the Order Re
6  Request for Stay of Current Action entered by the Court in *Abadin v. Lee*,
7  CV 09-2340 SVW (SSx) in the United States District Court for the Central District
8  of California, on September 11, 2009.

9      16.    Attached hereto as Exhibit O is a true and correct copy of the Order
10 entered by the Court in *Belland v. Marvel*, 10-1717 in the United States Court of
11 Appeals for the Second Circuit, on September 16, 2010.

12     17.    Attached hereto as Exhibit P is a true and correct copy of a letter dated
13 September 10, 2010, from Raymond Dowd on behalf of SLMI to Judge Crotty
14 requesting a promotion conference.

15     18.    Attached hereto as Exhibit Q is a true and correct copy of the transcript
16 from the November 17, 2010 hearing before Judge Crotty.

17     19.    Attached hereto as Exhibit R is a true and correct copy of a letter dated
18 November 22, 2010, from Raymond Dowd on behalf of SLMI to Judge Crotty
19 withdrawing SLMI's application.

20     20.    Attached hereto as Exhibit S is a true and correct copy of the Proposed
21 Amended Complaint filed by SLMI in *Lee v. Marvel Enterprises, Inc. et al.*,
22 02-CV-8945 (RWS).

23     21.    Attached hereto as Exhibit T is a true and correct copy of the Notice of
24 Appeal in a Civil Case dated March 1, 2011, and filed in the United States District
25 Court for the Southern District of New York in *Stan Lee v. Marvel Enterprises, Inc.,*
26 *et al.*, Case No. 02 CV 8945 (S.D.N.Y.).

27
28

|   |   |
|---|---|
| 1 | 22. Attached hereto as Exhibit U is a true and correct copy of an Order of the Colorado Court of Appeals dated May 27, 2010, in *P.F.P. Family Holdings, L.P., v. Stan Lee Media, Inc.*, Case No. 09CA0899. |
| 4 | 23. Attached hereto as Exhibit V is a true and correct copy of a letter dated January 5, 2011, from Stan Lee Media, Inc. to the Shareholders. |
| 6 | 24. Attached hereto as Exhibit W is a true and correct copy of an Order entered in the United States District Court for the Central District of California on February 15, 2011, in Case Nos. CV 07-0225 SVW (SSX), CV 07-4438 SVW (SSX), and CV 09-2340 SVW (PJWx). |
| 10 | 25. Attached hereto as Exhibit X is a true and correct copy of a chart entitled "Comparison of First Amended Complaint in *Abadin* Action, SLMI's Proposed Amended Compliant in J. Sweet Action, and SLMI's California Consolidated Complaint." |
| 14 | 26. Attached hereto as Exhibit Y is a true and correct copy of the Amended Form 8K/A for Stan Lee Media Inc., filed with the Securities and Exchange Commission ("SEC") on September 14, 1999, as downloaded from the SEC's website. |
| 18 | 27. Attached hereto as Exhibit Z is a true and correct copy of the 14F-1 Information Statement for Boulder Capital Opportunities, Inc. in connection with an acquisition of Stan Lee Media Inc., filed with the SEC on June 28, 1999, as downloaded from the SEC's website. |
| 22 | 28. Attached hereto as Exhibit AA is a true and correct copy of the Order of the Colorado District Court in *Regarding the Matter of Christopher Belland and Stan Lee Media, Inc.*, 2007CV7536, dated September 10, 2008. |

-5-

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct.
3 | Executed on March 16, 2011, at Denver, Colorado.
4 |
5 | /s/ Marcy M. Heronimus
6 | Marcy M. Heronimus
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-6-

DECLARATION OF MARCY M. HERONIMUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2011, a true and correct copy of the foregoing DECLARATION OF MARCY M. HERONIMUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS was served via e-mail and/or U.S. Mail to the following:

> Jack Cairl, Esq.
> Law Offices of Jack G. Cairl
> 10250 Constellation Boulevard, Suite 2900
> Los Angeles, CA 90067
> cairl@ikplaw.com
>
> Martin Garbus, Esq.
> Eaton & Van Winkle LLP
> 3 Park Avenue, 16th Floor
> New York, NY 10016
> MGarbus@evw.com
>
> David A. Pash, Esq.
> David A. Pash Law Offices
> 1880 Century Park East, Suite 1511
> Los Angeles, CA 90013
> dap@dpashlaw.com
>
> Judith M. Sasaki, Esq.
> Simke Chodos and Sasaki
> 1880 Century Park East, Suite 1511
> Los Angeles, CA 90013
> jms@scsattys.com
>
> Peter F. Paul, 78802-012
> FCI LA TUNA
> Federal Correctional Institution
> P.O. Box 3000
> Anthony, TX 88021
> (Via U.S. Mail)

-7-

DECLARATION OF MARCY M. HERONIMUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT

Case No. 1:12-cv-02663-WJM-KMT   Document 37-4   filed 01/14/13   USDC Colorado
pg 9 of 10
Case 2:07-cv-00225-SVW-SS   Document 159   Filed 03/16/11   Page 8 of 8   Page ID #:2324

| | |
|---|---|
| 1 | Robert E. Kohn, Esq.<br>Enenstein & Ribakoff, APC |
| 2 | 233 Wilshire Boulevard, Suite 900 |
| 3 | Santa Monica, CA 90401<br>rkohn@enensteinlaw.com |
| 4 | |
| 5 | Raymond Dowd, Esq.<br>Luke McGrath, Esq. |
| 6 | Dunnington, Bartholow & Miller LLP |
| 7 | 1359 Broadway<br>New York, NY 10018 |
| 8 | rdowd@dunnington.com |
| 9 | lmcgrath@dunnington.com |
| 10 | |
| 11 | By: /s/ Marcy M. Heronimus |
| 12 | SHERMAN & HOWARD, L.L.C.<br>Marcy M. Heronimus |
| 13 | Attorney for Plaintiffs |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-8-

DECLARATION OF MARCY M. HERONIMUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT

Case No. 1:12-cv-02663-WJM-KMT   Document 37-4   filed 01/14/13   USDC Colorado
                                    pg 10 of 10
Case 2:07-cv-00225-SVW-SS   Document 159-7   Filed 03/16/11   Page 1 of 29   Page ID
                                    #:2503

JAN-30-2001 TUE 11:30 AM          FAX NO.                    P. 02/02

EVIDENCE FILE

# LIEBERMAN & NOWAK, LLP
### ATTORNEYS AT LAW

350 FIFTH AVENUE
NEW YORK, NEW YORK 10118
TELEPHONE: (212) 947-0500
TELEFAX: (212) 947-0417
E-MAIL: ip@lieberman-nowak.com

January 30, 2001

Via Facsimile: 818-461-1760

Ken Williams
Chief Executive Officer
Stan Lee Media
15821 Ventura Blvd., Suite 675
Encino, CA 91436

Dear Ken:

I have been authorized by Stan Lee to inform you that he considers his agreement dated October 15th, 1998 with the company to be terminated for Material Breaches. Included are: failure of the company to pay salary and expenses pursuant to Agreement; failure of the company to maintain insurance in the principle sum of $2,000,000 to his designated heir as co-beneficiary; failure of the company to protect his position as Chief Creative Officer; failure of the company to permit him to serve as spokesman of the company; failure of the company to provide him with first class sedan limousine services; and failure of the company to protect his name from constant forgery.

In the agreement, such material breaches expressly permit Stan to claim rights and ownership in the Properties such as defined in the agreement, which I hereby do on his behalf, including the trademarks, copyrights, and notted intellectual Property of the company.

Notwithstanding such material breaches, he will continue to perform services to the company to assure the equitable distribution of assets to creditors and stockholders alike and to that end waive as much of his claim to rights in this Property as is reasonable under the circumstances as the facts continue to emerge.

Very truly yours,

Arthur M. Lieberman

AML:hc

cc:   Stan Lee

THE EMPIRE STATE BUILDING
74th FLOOR

EXHIBIT E

EXHIBIT 1 PAGE 6

187