# EXHIBIT D

Case No. 1:12-cv-02663-WJM-KMT   Document 37-7   filed 01/14/13   USDC Colorado
pg 2 of 3
Case 2:09-cv-02340-SVW -PJW   Document 23   Filed 09/11/09   Page 1 of 2   Page ID #:193

1
2
3
4
5
6
7

# JS-6

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

JOSE ABADIN, derivatively on behalf of
STAN LEE MEDIA, INC., a Colorado
Corporation,

13
14

              Plaintiff,

15

       v.

16
17

STAN LEE, an individual,

18
19

              Defendant.

CASE NO.  CV 09-2340 SVW (SSx)

**ORDER RE REQUEST FOR
STAY OF CURRENT ACTION**

Current Status Conference and
Hearing on Motion to Dismiss:

Date:          September 14, 2009
Time:          1:30 p.m.
Crtrm:        6

       *The Hon. Stephen V. Wilson*

20
21
22
23

       GOOD CAUSE APPEARING THEREFOR, This action, case no. CV 09-
2340 SVW (SSx), is hereby stayed pending the resolution of any motion(s) to
dismiss the action currently pending in the United States District Court for the

24
25

Southern District of New York, Case No. 09 Civ. 0715 (PAC).

26
27
28

       Counsel for Plaintiff is to give written notice to this Court and to counsel for
the defendant of the resolution of any motion(s) to dismiss the action currently

1  pending in the United States District Court for the Southern District of New York,

2  Case No. 09 Civ. 0715 (PAC).

3       The Status Conference and Hearing on Defendant's Motion to Dismiss –

4

5  currently scheduled for September 14, 2009, at 1:30 p.m. in this Court and the Status

6  Conference currently scheduled for September 14, at 3:00 p.m. – are hereby taken

7  off calendar.

8

9       IT IS SO ORDERED.

10  Dated:  September 11, 2009

11                                             Hon. Stephen V. Wilson

12                                             Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER RE REQUEST FOR STAY OF CURRENT ACTION
CASE NO. 09-CV-002340-SVW (SSx)CASE NO. 09-CV-002340-SVW (SSx)

LITIGATION\1848152.1