**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

          Plaintiff,

v.

THE WALT DISNEY COMPANY,

          Defendant.

---

**ORDER GRANTING THE WALT DISNEY COMPANY'S MOTION
TO STAY DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS
PENDING RESOLUTION OF PENDING MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SEQUENCED DISCOVERY**

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Pending Motion to Dismiss ("Motion") or, in the alternative, for sequenced discovery, and the Court having considered the parties' briefing relating to the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED.  It is

FURTHERED ORDERED that all discovery and pretrial proceedings are stayed until the resolution of TWDC's pending motion to dismiss or, in the alternative, discovery is divided into three sequential phases: (1) whether TWDC is subject to personal jurisdiction in this forum; (2) the merits of Plaintiff's action; and (3) damages.

2004020111_1

- 2 -

DATED:  _____

BY THE COURT:


_____
U.S. District Court Judge

Case No. 1:12-cv-02663-WJM-KMT    Document 38-1    filed 01/16/13    USDC Colorado
pg 2 of 2

- 2 -

2004020111_1