IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

## ENTRY OF APPEARANCE

James R. Molen, of the law firm Eisner, Kahan & Gorry, pursuant to D.C.COLO.LCivR 11.1(A), hereby enters his appearance as counsel of record for Plaintiff Stan Lee Media, Inc. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

Dated this 18th day of January, 2013.

        /s/ James R. Molen
Robert S. Chapman
Jon-Jamison Hill
James R. Molen
EISNER, KAHAN & GORRY, P.C.
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Phone: 310.855.3200
Email: rchapman@eisnerlaw.com

John V. McDermott, #5384
Mark T. Barnes, #23091
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Email: jmcdermott@bhfs.com
**Attorneys for Plaintiff Stan Lee Media, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court, using CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Frederick J. Baumann | James W. Quinn |
| Holly C. Ludwig | R. Bruce Rich |
| ROTHGERBER JOHNSON & LYONS LLP | Randi W. Singer |
| One Tabor Center, Suite 3000 | WEIL, GOTSHAL & MANGES LLP |
| 1200 17th Street | 767 Fifth Avenue |
| Denver, CO 80202-5855 | New York, NY 10153 |
| Tel: (303) 623-9000 | Tel: (212) 310-8000 |
| Fax: (303) 623-9222 | james.quinn@weil.com |
| fbaumann@rothgerber.com | bruce.rich@weil.com |
| hludwig@rothgerber.com | randi.singer@weil.com |

                                                      *s/Vanessa A. McCloud*
                                                      Vanessa A. McCloud
                                                      Assistant to James R. Molen