IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## DECLARATION OF ROBERT S. CHAPMAN IN SUPPORT OF STAN LEE MEDIA, INC.'S OPPOSITION TO DISNEY'S MOTION TO DISMISS

I, Robert S. Chapman, declare as follows:

1. I am an attorney licensed to practice before this Court, and am a partner at the law firm of Eisner Kahan Gorry Chapman Ross & Jaffe, counsel for Plaintiff Stan Lee Media, Inc. ("SLMI"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could competently testify thereto under oath.

2. Attached hereto as **Exhibit "1"** and **Exhibit "2"** are, respectively, true and correct copies of the Colorado business entity summaries and certificates of good standing in Colorado for Disney subsidiaries Buena Vista Home Entertainment, Inc., Disney Worldwide Services, Inc. and Disney Online, Inc. These documents were obtained from the Colorado Secretary of State's official website on February 6, 2013. As demonstrated by Disney's SEC filings, the principal address for these subsidiaries is Disney's world-wide headquarters in Burbank, California. *See* Exh. 1; *Cf.* RJN, Exh. A at p. 7.

1

3. For the Court's reference, attached hereto as **Exhibit "3"** is a copy of the Verified Amended Shareholders Derivative Complaint, filed on April 29, 2009 in the Southern District of New York action entitled *Abadin v. Marvel Entm't, Inc., et al.* (Case No. 09-CV-00715-PAC) (*"Abadin I"*).

I declare under penalty of perjury under the laws of the State of Colorado and the United States that the foregoing is true and correct.

Executed this 7th day of February, 2013, at Beverly Hills, California.

_____
Robert S. Chapman

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2013, I electronically filed the foregoing **DECLARATION OF ROBERT S. CHAPMAN IN SUPPORT OF STAN LEE MEDIA, INC'S OPPOSITION TO DISNEY'S MOTION TO DISMISS** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Frederick J. Baumann | James W. Quinn |
| Holly C. Ludwig | R. Bruce Rich |
| ROTHGERBER JOHNSON & LYONS LLP | Randi W. Singer |
| One Tabor Center, Suite 3000 | WEIL, GOTSHAL & MANGES LLP |
| 1200 17th Street | 767 Fifth Avenue |
| Denver, CO 80202-5855 | New York, NY 10153 |
| Tel: (303) 623-9000 | Tel: (212) 310-8000 |
| Fax: (303) 623-9222 | james.quinn@weil.com |
| fbaumann@rothgerber.com | bruce.rich@weil.com |
| hludwig@rothgerber.com | randi.singer@weil.com |

*s/Penny G. Lalonde*
Penny G. Lalonde, Paralegal

3