IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

## STAN LEE MEDIA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DISNEY'S MOTION TO DISMISS

Pursuant to Federal Rule of Evidence 201(b), plaintiff Stan Lee Media, Inc. hereby requests that the Court take judicial notice of defendant The Walt Disney Company's ("Disney's") Fiscal Year 2011 Annual Financial Report (Form 10-K) and Shareholder Letter, filed with the Securities and Exchange Commission (SEC). *See Glenbrook Capital Ltd. Partnership v. Kuo*, 525 F.Supp.2d 1130, 1137 (N.D.Cal. 2007) (court may take judicial notice of SEC filings); *In re Calpine Corp. Sec. Litig.*, 288 F.Supp.2d 1054, 1076 (N.D.Cal. 2003) (same); *Pet Quarters, Inc. v. Depository Trust and Clearing Corp.*, 545 F.Supp.2d 845 (E.D.Ark. 2008) (judicial notice of public disclosures filed with the SEC).

A true and correct copy of Disney's SEC filing is attached hereto as **Exhibit "A."**

1

Dated this 7th day of February, 2013.

                                                                   *s/ Robert S. Chapman*
Robert S. Chapman
Jon-Jamison Hill
James R. Molen
EISNER KAHAN GORRY CHAPMAN
ROSS & JAFFE, P.C.
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Phone: 310.855.3200
Email: rchapman@eisnerlaw.com

John V. McDermott, #5384
Mark T. Barnes, #23091
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Email: jmcdermott@bhfs.com
**Attorneys for Plaintiff Stan Lee Media, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2013, I electronically filed the foregoing **STAN LEE MEDIA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DISNEY'S MOTION TO DISMISS** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Frederick J. Baumann | James W. Quinn |
| Holly C. Ludwig | R. Bruce Rich |
| ROTHGERBER JOHNSON & LYONS LLP | Randi W. Singer |
| One Tabor Center, Suite 3000 | WEIL, GOTSHAL & MANGES LLP |
| 1200 17th Street | 767 Fifth Avenue |
| Denver, CO 80202-5855 | New York, NY 10153 |
| Tel: (303) 623-9000 | Tel: (212) 310-8000 |
| Fax: (303) 623-9222 | james.quinn@weil.com |
| fbaumann@rothgerber.com | bruce.rich@weil.com |
| hludwig@rothgerber.com | randi.singer@weil.com |

*s/Penny G. Lalonde*
Penny G. Lalonde, Paralegal