# EXHIBIT A


**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

*[signature]*

Michael A. Martinez
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Sep 10 2008 10:03AM MDT
Filing ID: 21442067
Review Clerk: Melissa Birnbach

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock St.<br>Denver, CO 80202 | |
| REGARDING THE MATTER OF:<br><br>CHRISTOPHER C. BELLAND, APPLICANT,<br><br>AND<br><br>STAN LEE MEDIA, INC., a Colorado Corporation<br><br>v.<br><br>Defendant(s):   STAN LEE MEDIA, INC., a Colorado corporation, JAMES NESFIELD, an individual, A.F. GALLOWAY, an individual, DOUGLAS C. COGAN, an individual, and PETER BLUMEN, an individual. | ▲   COURT USE ONLY   ▲ |
| Attorneys for Intervenor<br>Mark W. Williams, Esq.<br>Marcy M. Heronimus, Esq.<br>Sherman & Howard L.L.C.<br>633 17th St., Suite 3000<br>Denver, Colorado 80202<br>Phone Number: (303) 297-2900<br>Facsimile: (303) 298-0940<br>Email: mwilliams@shermanhoward.com<br>          mheronimus@shermanhoward.com<br>Atty. Reg. # 15304 (M. Williams)<br>Atty. Reg. # 28669 (M. Heronimus) | Case Number:  2007-CV-7536<br><br>Courtroom:  9 |
| **AGREED ORDER RE:  MOTION TO REQUIRE DOCUMENTS BE DELIVERED TO COUNSEL FOR STAN LEE** | |

This matter having come before the Court on Intervenor Stan Lee's Motion to Require Documents Be Delivered to Counsel For Stan Lee, and being fully advised in the premises, hereby GRANTS the Motion. IT IS HEREBY ORDERED:

1.  The Court's Order of June 22, 2008 ordering delivery of the documents to Sean Sheppard, Esq. as counsel for Stan Lee Media, Inc. ("SLMI") is hereby vacated.

2.  Control of the documents is transferred to, and are to be delivered to counsel for Intervenor Stan Lee, Mark W. Williams, Esq., and the law firm of Sherman & Howard L.L.C. They are to be held at the DocuVault facility where Special Master Krendl has been storing the records, and shall be held at that facility until further order of the Court. Also, until further order of the Court, Intervenor Stan Lee shall pay the expense of storing the documents. He and his counsel shall have access to the documents and shall not destroy them until further order of the Court. Belland shall be permitted to have an independent copy service make copies of the documents provided that the documents are preserved and protected during the copying process, and returned to their place at DocuVault promptly, and shall be conducted at the supervision of counsel for Stan Lee.

DATED: August _____, 2008.

BY THE COURT:

_____
District Court Judge

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Michael Anthony Martinez |
| File & Serve Transaction ID: | 21142331 |
| Current Date: | Sep 10, 2008 |
| Case Number: | 2007CV7536 |
| Case Name: | BELLAND, CHRISTOPHER C vs. STAN LEE MEDIA INC |

/s/ Judge Michael Anthony Martinez