IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

     Plaintiff,

v.

THE WALT DISNEY COMPANY,

     Defendant.

---

## REPLY DECLARATION OF RANDI W. SINGER IN FURTHER SUPPORT OF THE WALT DISNEY COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINT

---

I, Randi W. Singer, declare under penalty of perjury as follows:

1.     I am a partner of Weil, Gotshal & Manges LLP and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Rothberger Johnson & Lyons LLP, I am counsel to Defendant The Walt Disney Company in this action.

2.     Attached hereto as Exhibit A is a true and correct copy of the proposed Amended Complaint in *Lee v. Marvel Enterprises, Inc.*, Case No. 02 CV 8945 (RWS) (S.D.N.Y), which was attached as Exhibit L to the Affirmation of Luke A. McGrath in Support of Motion to Intervene and Unseal Records, filed by Plaintiff on July 14, 2010.

3.     Annexed hereto as Exhibit B is a true and correct copy of the Consolidated Complaint of Stan Lee Media, Inc. in the consolidated action *Stan Lee Media, Inc. v. Lee, et al.*, Case No. 07-CV-0025-SVW (SSx) (C.D. Cal.), filed by Plaintiff on February 14, 2011.

2

I declare under penalty of perjury that the foregoing facts are true and correct.  This declaration

was executed on the 25th day of February, 2013 in New York, New York.

_____
Randi W. Singer

US_ACTIVE:\44204277\1\79593.0033