IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

**REPLY DECLARATION OF MARSHA L. REED IN FURTHER SUPPORT OF THE WALT DISNEY COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Marsha L. Reed, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an officer of The Walt Disney Company ("TWDC"), serving as Vice President, Governance Administration and Assistant Secretary. This Declaration is based on my personal knowledge, my review of corporate records, and information provided to me in my capacity as an officer of TWDC. It is submitted in further support of TWDC's motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6).

2. TWDC does not own or license the intellectual property at issue in this action, including Marvel characters such as Spider-Man, Iron Man, The Incredible Hulk, The X-Men, The Fantastic Four, or The Avengers. More specifically, TWDC does not license, and has never licensed, such intellectual property for use in motion pictures, theatrical productions or print media in Colorado or elsewhere. TWDC also does not license, and has never licensed, this intellectual property for any merchandise, including merchandise distributed through the Disney Store in Colorado, online or elsewhere.

3.    I understand that the Plaintiff in this action alleges that TWDC itself distributed the film *Marvel's The Avengers* in Colorado. It did not. *Marvel's The Avengers* was distributed by Walt Disney Studios Motion Pictures ("Studios"), the business of which is motion picture distribution, and which is a division of ABC, Inc., a New York corporation. The common shares of ABC, Inc. are wholly owned by a subsidiary of Disney Enterprises, Inc. ("DEI"), a Delaware corporation that is in turn wholly owned by TWDC. TWDC does not manage or direct the operations or day-to-day affairs of Studios and Studios maintains separate records and bank accounts from TWDC. Studios is not authorized to act and does not act as an agent for TWDC.

4.    Buena Vista Home Entertainment, Inc. ("BVHE") is a California corporation, the business of which is sales and distribution of pre-recorded home entertainment products in all formats, and the common shares of which are wholly owned by DEI. TWDC does not manage or direct the operations or day-to-day affairs of BVHE and BVHE maintains separate records and bank accounts from TWDC. BVHE is not authorized to act and does not act as an agent for TWDC.

5.    Disney Worldwide Services, Inc. ("DWWS") is a Florida corporation, the business of which is to provide administrative and benefits-related services to TWDC and its subsidiaries, and the common shares of which are wholly owned by DEI. TWDC does not manage or direct the operations or day-to-day affairs of DWWS and DWWS maintains separate records and bank accounts from TWDC. DWWS is not authorized to act and does not act as an agent for TWDC.

6.    Disney Online ("Online") is a California corporation, the business of which is the development and operation of online services. Online recently acquired Kerpoof Studios, a

Boulder, Colorado-based business which runs an educational website for children. The common shares of Online are wholly owned by ABC. TWDC does not manage or direct the operations or day-to-day affairs of Online and Online maintains separate records and bank accounts from TWDC. Online is not authorized to act and does not act as an agent for TWDC.

7. I understand that Plaintiff alleges that TWDC exercises control over its subsidiaries' legal affairs and personnel decisions through its centralized legal and human resources departments, and otherwise controls them through a "centralized finance department." Plaintiff appears to be basing these assertions on generalized descriptions of the corporate legal department, the corporate human resources department, and the corporate finance and accounting department on the Disney Careers website. Those descriptions are not complete, accurate or legal descriptions of how TWDC and its direct and indirect subsidiaries actually operate. None of these departments directs or controls the business activities of TWDC or its subsidiaries.

8. As is typical for publicly-held corporations, TWDC issues consolidated financial statements that include the finances of its subsidiaries, which is no indication whatsoever that the subsidiaries do not exercise control over their own business affairs.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief. This declaration was executed on the 23rd day of February, 2013 in Altadena Burbank, California.

Marsha L. Reed

3