**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

INTERIM ORDER REGARDING THE WALT DISNEY COMPANY'S EMEREGENCY MOTION FOR PROTECTIVE ORDER

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Emergency Motion for Protective Order ("Motion"), and the Court having considered the confidential and time-sensitive nature of the Motion, and being otherwise fully advised in the premises, it is hereby:

ORDERED that (1) the Plaintiff shall have through and including April 5, 2013 within which to respond to TWDC's Emergency Motion for Protective Order; and (2) the Lee Documents and Mr. Lee's deposition transcript shall remain confidential pending the resolution of the Emergency Motion for Protective Order.

DATED: _____

                          BY THE COURT:

                          _____
                          U.S. District Court Judge

2004131027_1