**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

ORDER GRANTING THE WALT DISNEY COMPANY'S EMEREGENCY MOTION FOR PROTECTIVE ORDER

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Emergency Motion for Protective Order ("Motion"), and the Court having considered the parties' briefing relating to the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED. It is

FURTHERED ORDERED that the proposed Protective Order attached as Exhibit I to the Singer Declaration is hereby entered.

DATED: _____

                BY THE COURT:

                _____
                U.S. District Court Judge

2004131013_1