IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.
_____

**NOTICE OF ERRATA AND CORRECTION TO THE WALT DISNEY COMPANY'S EMERGENCY MOTION FOR PROTECTIVE ORDER TO CORRECT EXHIBIT F TO DECLARATION OF RANDI SINGER**
_____

    Defendant The Walt Disney Company ("TWDC"), through its undersigned counsel, hereby files this Errata and Correction to correct Exhibit F to the Declaration of Randi Singer in support of TWDC's Emergency Motion for Protective Order. In support thereof, TWDC states as follows:

    1.    On April 1, 2013, TWDC filed its Emergency Motion for Protective Order. Attached in support of TWCD's Emergency Motion for Protective Order is the Declaration of Randi Singer, which included Exhibits A – I. TWDC mistakenly filed an incorrect document as Exhibit F to the Declaration of Randi Singer.

    2.    Submitted with this Notice is a copy of the correct Exhibit F to the Declaration of Randi Singer that was inadvertently omitted with the original filing of the Emergency Motion for Protective Order.

2004131623_1

WHEREFORE, Defendant The Walt Disney Company respectfully files this Errata to correct Exhibit F to the Declaration of Randi Singer filed in support of The Walt Disney Company's Emergency Motion for Protective Order.

DATED this 1st day of April, 2013.

        Respectfully submitted,

        *s/ Holly C. Ludwig*
        James W. Quinn
        R. Bruce Rich
        Randi W. Singer
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, NY 10153
        Tel: (212) 310-8000
        james.quinn@weil.com
        bruce.rich@weil.com
        randi.singer@weil.com

        Frederick J. Baumann
        Holly C. Ludwig
        ROTHGERBER JOHNSON & LYONS LLP
        One Tabor Center, Suite 3000
        1200 17th Street
        Denver, CO 80202-5855
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        fbaumann@rothgerber.com
        hludwig@rothgerber.com

        *Counsel for The Walt Disney Company*

2004131623_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2013, I filed electronically the foregoing **NOTICE OF ERRATA AND CORRECTION TO THE WALT DISNEY COMPANY'S EMERGENCY MOTION FOR PROTECTIVE ORDER TO CORRECT EXHIBIT F TO DECLARATION OF RANDI SINGER** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
       jhill@eisnerlaw.com

                                        *s/ Holly C. Ludwig*
                                        Holly C. Ludwig

2004131623_1