# EXHIBIT F

## Singer, Randi

| | |
|---|---|
| From: | Singer, Randi |
| Sent: | Tuesday, March 19, 2013 10:59 AM |
| To: | rchapman@eisnerlaw.com |
| Cc: | jhill@eisnerlaw.com; James Molen (jmolen@eisnerlaw.com); fbaumann@rothgerber.com; jmcdermott@bhfs.com; Rich, Bruce |
| Subject: | FW: SLMI v. Disney |
| Attachments: | US_ACTIVE_SLMI Protective Order_44205759_5.docx |

Dear Bob,

Do you have any comments on the protective order or can we submit it to the court?

Thanks,
Randi

---

**From:** Singer, Randi
**Sent:** Friday, March 08, 2013 6:57 PM
**To:** 'Robert Chapman'
**Cc:** Jon Hill; James Molen; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce
**Subject:** SLMI v. Disney

Dear Bob,

As discussed at the scheduling conference with Magistrate Judge Tafoya, I am attaching our proposed protective order. Please let us know if you have any comments or if we have your permission to affix your electronic signature and submit this to the court.

Regards,
Randi



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

1