# EXHIBIT D



# EISNER KAHAN

## GORRY CHAPMAN ROSS & JAFFE

A Professional Corporation

February 28, 2013

<u>*Via Electronic Mail and U.S. Mail*</u>
Mwilliams@shermanhoward.com
Mark W. Williams, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

> *Re:*    ***Stan Lee Media, Inc. v. The Walt Disney Company***
> (Deposition Subpoena Directed to Stan Lee – Central District of California
> Misc. No. 2:13-MC-00014)

Mark:

Thank you for your letter of February 27th. As I have told you, I will do my best to accommodate Mr. Lee given his age and health issues and I fully expect other counsel will do the same. I am not available to meet and confer with you at 9:00 a.m. tomorrow although I can do so at 10:00 a.m. or in the afternoon after 2:00 p.m. Please let me know your availability.

In connection with your request for confidentiality, we will have to agree to disagree concerning the availability of discovery materials in civil litigation. However, in an attempt to move forward, my client will agree to not disclose the deposition transcript or video for a period of thirty days after Mr. Lee's testimony on March 13-15. During that time, if you so choose, your client can move for a protective order concerning the confidentiality. If the Court grants the order then of course, we will comply with it.

349466

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210 | T 310.855.3200 | F 310.855.3201          www.eisnerlaw.com



Mark W. Williams, Esq.
February 28, 2013
Page 2

Please let me know when you or one of your colleagues is available for the meet and confer.

Very truly yours,

Robert S. Chapman

RSC/aws
cc:    Jon-Jamison Hill, Esq. (by e-mail)
        James Molen, Esq. (by e-mail)
        Randi Singer, Esq. (by e-mail)
        Fredrick Baumann, Esq. (by e-mail)
        John McDermott, Esq. (by e-mail)
        Ira Brad Matetsky, Esq. (by e-mail)
        Leslie M. Werlin, Esq. (by e-mail)

349466