# EXHIBIT E

**Williams, Mark W.**

| | |
|---|---|
| From: | Werlin, Leslie M. <LWerlin@mcguirewoods.com> |
| Sent: | Friday, March 08, 2013 11:09 AM |
| To: | 'Robert Chapman' |
| Cc: | Ira B. Matetsky (IMatetsky@ganfershore.com); Williams, Mark W.; randi.singer@weil.com; 'Jon Hill'; 'fbaumann@rothgerber.com'; 'McDermott, John V.' |
| Subject: | SLMI v. Disney (Rule 37-1 request to meet and confer) |

Dear Mr. Chapman:

In follow up to your letter of February 28, 2013 in which you agreed your side will not disclose any deposition video or transcript for 30 days following the conclusion of Mr. Lee's deposition, I am sending this e-mail pursuant to Rule 37-1 of the CD CA Local Rules to arrange a meet and confer conference regarding that deposition.

The purpose of the meet and confer conference is to discuss a requested protective order directing that any use of the video and/or transcript of that deposition, including but not limited to copies, content or excerpts (collectively "the Lee Deposition Materials") will be limited to litigation purposes only and no part of the Lee Deposition Materials will be otherwise used, disseminated, released to, provided, or made available to any third party (except with the consent of the witness or of his representatives or counsel) or utilized for any non-litigation purpose. This motion for protective order will be made pursuant to FRCivP 26(c) and 45(c). Under Rule 26, a Court may grant a protective order for good cause. Good cause is a non-rigorous standard, *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). We would ask that SLMI stipulate to the protective order requested or explain why it will not so stipulate so that we can address those issues in any motion filed with the court.

I propose that the meet and confer conference take place immediately after the conclusion of the March 13 session of Mr. Lee's deposition at your office to be attended by counsel for the parties and counsel for Mr. Lee. Please advise.

Leslie M. Werlin
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
310.315.8222 (Direct Line)
310.315.8210 (Direct FAX)
lwerlin@mcguirewoods.com
http://www.mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

1