# EXHIBIT G

## Williams, Mark W.

| | |
|---|---|
| **From:** | Robert Chapman <rchapman@eisnerlaw.com> |
| **Sent:** | Tuesday, March 12, 2013 12:04 PM |
| **To:** | 'Ira B. Matetsky'; Angelique Walker-Smith |
| **Cc:** | Jon Hill; James Molen; 'randi.singer@weil.com'; 'fbaumann@rothgerber.com'; 'JMcDermott@BHFS.com'; Williams, Mark W.; 'lwerlin@mcguirewoods.com' |
| **Subject:** | RE: SLMI-Disney - Reply to Ira Brad Matetsky re Stan Lee's deposition |

Ira,

We will keep the documents confidential on the same terms we agreed to concerning the transcript.

Regards,

Bob

---

**From:** Ira B. Matetsky [mailto:IMatetsky@ganfershore.com]
**Sent:** Monday, March 11, 2013 7:53 PM
**To:** Robert Chapman; Angelique Walker-Smith
**Cc:** Jon Hill; James Molen; 'randi.singer@weil.com'; 'fbaumann@rothgerber.com'; 'JMcDermott@BHFS.com'; 'Mwilliams@shermanhoward.com'; 'lwerlin@mcguirewoods.com'
**Subject:** Re: SLMI-Disney - Reply to Ira Brad Matetsky re Stan Lee's deposition

Bob:

You will be receiving the documents tomorrow.

Many of the documents will be designated as Confidential, inasmuch as they are non-public in nature. I understand that counsel for Disney has proffered a form of protective order governing confidential discovery materials, but that it has not yet been agreed to or entered. I trust that SLMI will maintain the confidentiality of the documents we produce, utilizing them for purposes of this litigation only, until the terms of the protective order are finalized. Please confirm. Alternatively, please confirm that SLMI will maintain the confidentiality of the documents for 30 days from receipt of the deposition transcript to allow time for this issue to be resolved (similar to the understanding we have regarding the deposition transcript itself).

Ira Brad Matetsky
Ganfer & Shore, LLP

---

**From:** Robert Chapman <rchapman@eisnerlaw.com>
**To:** Ira B. Matetsky; Angelique Walker-Smith <AWalkerSmith@eisnerlaw.com>
**Cc:** Jon Hill <jhill@eisnerlaw.com>; James Molen <jmolen@eisnerlaw.com>; 'Randi W. Singer (randi.singer@weil.com)' <randi.singer@weil.com>; 'fbaumann@rothgerber.com' <fbaumann@rothgerber.com>; 'McDermott, John V.' <JMcDermott@BHFS.com>; 'Mark Williams (Mwilliams@shermanhoward.com)' <Mwilliams@shermanhoward.com>; 'lwerlin@mcguirewoods.com' <lwerlin@mcguirewoods.com>
**Sent:** Mon Mar 11 16:00:17 2013
**Subject:** RE: SLMI-Disney - Reply to Ira Brad Matetsky re Stan Lee's deposition

Ira,

When will you be producing the documents? As we discussed, the deposition will take less time and go more smoothly if you produce them before Wednesday.

1

Regards,

Bob

**From:** Ira B. Matetsky [mailto:IMatetsky@ganfershore.com]
**Sent:** Friday, March 08, 2013 3:30 PM
**To:** Robert Chapman; Angelique Walker-Smith
**Cc:** Jon Hill; James Molen; 'Randi W. Singer (randi.singer@weil.com)'; 'fbaumann@rothgerber.com'; 'McDermott, John V.'; 'Mark Williams (Mwilliams@shermanhoward.com)'; 'lwerlin@mcguirewoods.com'
**Subject:** RE: SLMI-Disney - Reply to Ira Brad Matetsky re Stan Lee's deposition

Bob:

Please see attached letter concerning this matter.

Ira Brad Matetsky
Ganfer & Shore, LLP

**From:** Angelique Walker-Smith [mailto:AWalkerSmith@eisnerlaw.com]
**Sent:** Tuesday, March 05, 2013 10:05 PM
**To:** Ira B. Matetsky
**Cc:** Robert Chapman; Jon Hill; James Molen; 'Randi W. Singer (randi.singer@weil.com)'; 'fbaumann@rothgerber.com'; 'McDermott, John V.'; 'Mark Williams (Mwilliams@shermanhoward.com)'; 'lwerlin@mcguirewoods.com'
**Subject:** SLMI-Disney - Reply to Ira Brad Matetsky re Stan Lee's deposition

Mr. Matetsky:

Attached is a letter from Robert S. Chapman regarding the above-referenced matter. The hardcopy was mailed.



Angelique Walker-Smith ("Angel")
*Assistant to Robert S. Chapman, Aaron J. Spivak and Liza M. Brereton*

EISNER KAHAN GORRY CHAPMAN ROSS & JAFFE
A Professional Corporation

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
awalkersmith@eisnerlaw.com | www.eisnerlaw.com


```
This e-mail, and any attachments hereto, is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or copying of this e-mail,
and any attachments hereto, is strictly prohibited. If you have received this
e-mail in error, please immediately notify me at 310.855.3200 and permanently
delete the original and any copy of any e-mail and any printout thereof.


IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing
tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any
```

Case No. 1:12-cv-02663-WJM-KMT    Document 55-8    filed 04/10/13    USDC Colorado
pg 4 of 4

taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

This E-Mail is not intended to create a binding agreement of any kind, nor is it intended to be a binding counter-offer to any offer that may be pending, unless otherwise expressly stated. It is intended to be an informal response to any pending proposal, part of an ongoing negotiation which awaits a written agreement signed by the party or parties to be charged before being legally binding. For this E-Mail to create any form of a binding agreement, it must include an affirmative statement to that effect.

This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at 310.855.3200 and permanently delete the original and any copy of any e-mail and any printout thereof.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

This E-Mail is not intended to create a binding agreement of any kind, nor is it intended to be a binding counter-offer to any offer that may be pending, unless otherwise expressly stated. It is intended to be an informal response to any pending proposal, part of an ongoing negotiation which awaits a written agreement signed by the party or parties to be charged before being legally binding. For this E-Mail to create any form of a binding agreement, it must include an affirmative statement to that effect.

This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at 310.855.3200 and permanently delete the original and any copy of any e-mail and any printout thereof.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.