# EXHIBIT H

**Williams, Mark W.**

| | |
|---|---|
| From: | Werlin, Leslie M. <LWerlin@mcguirewoods.com> |
| Sent: | Tuesday, March 12, 2013 12:26 PM |
| To: | rchapman@eisnerlaw.com |
| Cc: | Ira B. Matetsky (IMatetsky@ganfershore.com); Williams, Mark W.; randi.singer@weil.com; 'Rich, Bruce' (bruce.rich@weil.com); 'Jon Hill' |
| Subject: | SLMI v. Disney |
| Attachments: | 20130312110046665.pdf; 20130312110618591.pdf |

Mr. Chapman:

Attached are the documents being produced in response to the subpoena directed to Mr. Lee marked Lee 0001-0236. Documents marked Lee 0039-0236 are marked "confidential" (except for 0183) and should be treated confidentially and not disclosed in accordance with your e-mail to Mr. Matetsky dated today.

Leslie M. Werlin
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
310.315.8222 (Direct Line)
310.315.8210 (Direct FAX)
lwerlin@mcguirewoods.com
http://www.mcguirewoods.com

---

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

1