# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 12-cv-02663-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** April 12, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| STAN LEE MEDIA, INC., | Mark Todd Barnes |
| Plaintiff, | |
| v. | |
| THE WALT DISNEY COMPANY, | Holly C. Ludwig |
| | Randi Wolkenbreit Singer |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:44 a.m.**
Court calls case. Appearances of counsel. Mark Williams also present.

Motion Hearing called regarding The Walt Disney Company's Emergency Motion for Protective Order [Doc. No. 49, filed April 1, 2013].

Mark Williams addresses the Court.
Oral argument by Plaintiff.

It is **ORDERED**:   The Walt Disney Company's Emergency Motion for Protective Order [49] is **GRANTED** under the provisions discussed on the record. The parties shall submit the agreed upon language for the Protective Order on or before May 3, 2013 and shall provide a Microsoft Word or Word Perfect version of the Protective Order via email to Magistrate Judge Kathleen M. Tafoya at Tafoya_Chambers@cod.uscourts.gov.

It is **ORDERED**:   Documents produced for the deposition of Mr. Stan Lee, the deposition transcript, and the video of the deposition shall remain confidential and shall not be disseminated or disclosed to anyone outside of this litigation pending further order of the court.

**Court in Recess: 11:32 a.m.**
Hearing concluded.

Total In-Court Time    00:48

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.