IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

## DECLARATION OF RANDI W. SINGER IN SUPPORT OF THE WALT DISNEY COMPANY'S MOTION FOR PROTECTIVE ORDER

---

I, Randi W. Singer, declare under penalty of perjury as follows:

1.     I am a partner of Weil, Gotshal & Manges LLP and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Rothberger Johnson & Lyons LLP, I am counsel to Defendant The Walt Disney Company ("TWDC") in this action.

2.     As acknowledged in the Minute Order dated April 12, 2013 (Docket No. 56), the parties were instructed to submit to the Court a Protective Order on or before May 3, 2013 that complied with the provisions discussed during the April 12, 2013 hearing on TWDC's Emergency Motion for a Protective Order (the "Hearing").

3.     During the Hearing, the Court indicated that a Protective Order was appropriate in this matter. The Court also provided guidance that the parties should rename the "Highly Confidential" designation to "Attorney's Eyes Only" and that such designation should apply only where counsel had a good faith belief that the heightened protection was necessary. The Court also ordered that the parties change the procedure for filing motions to restrict public access in

accordance with D.C. Colo. L.Civ.R. 7.2 and change the procedure for challenging a confidentiality designation to put the burden on the designating party.

4. On April 25, 2013, I sent Plaintiff's counsel a draft proposed protective order incorporating these changes for review. A true and correct copy of my April 25, 2013 email exchange with Plaintiff's counsel and the draft proposed protective order is attached hereto as Exhibit A.

5. Since then, I have exchanged numerous emails with Plaintiff's counsel regarding the proposed protective order that I originally sent on April 25. On April 29, 2013, I was informed by Plaintiff's counsel that he would "get back to me", however, as of May 2, 2013 I had not received any comments. True and correct copies of my email correspondence with Plaintiff's counsel on April 29 and May 2, 2013 are attached hereto as Exhibits B-D, respectively.

6. At 4:30p.m. Eastern Daylight Time on May 2, 2013, I received a redline from Plaintiff's counsel with proposed changes. A true and correct copy of Robert Chapman's May 2, 2013 email exchange with a redline indicating changes to the draft proposed protective order is attached hereto as Exhibit E.

7. After reviewing the proposed changes, I incorporated many of them into a revised draft, which I sent to Plaintiff's counsel, noting that while certain changes had been incorporated, others were unacceptable. A true and correct copy of my May 3, 2013 email exchange with Plaintiff's counsel and the revised draft proposed protective order is attached hereto as Exhibit F.

8. A true and correct copy of Plaintiff's counsel's May 3, 2013 email indicating that the parties "are very far apart on resolution of the proposed protective order" is attached hereto as Exhibit G.

9. Attached as Exhibit H is a true and correct copy of the proposed protective order that TWDC requests be entered to govern all discovery in this case, including discovery from non-party Stan Lee and any further documents produced or testimony given if discovery goes forward. Exhibit H incorporates many of Plaintiff's counsel's proposed revisions.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 3rd day of May, 2013 in New York, New York.

_____
Randi W. Singer