# EXHIBIT B

# Singer, Randi

| | |
|---|---|
| **From:** | Singer, Randi |
| **Sent:** | Monday, April 29, 2013 1:36 PM |
| **To:** | 'Robert Chapman' |
| **Cc:** | 'Jon Hill'; 'James Molen'; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce; Williams, Mark W. (Mwilliams@shermanhoward.com); 'mbarnes@bhfs.com' |
| **Subject:** | RE: SLMI v. Disney - Protective Order |
| **Attachments:** | US_Active_Proposed Protective Order_44242190_3.docx |

Dear Bob,

Please let us know if you have any comments on the new draft of the protective order.

Regards,
Randi



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

---

**From:** Singer, Randi
**Sent:** Thursday, April 25, 2013 11:39 AM
**To:** 'Robert Chapman'
**Cc:** Jon Hill; James Molen; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce; Williams, Mark W. (Mwilliams@shermanhoward.com); 'mbarnes@bhfs.com'
**Subject:** SLMI v. Disney - Protective Order

Dear Bob:

I am attaching a new draft of the protective order that has been revised per the discussions and guidance from Magistrate Judge Tafoya at the hearing.

Please let us know if you have any comments or if it is ok to submit to the Court as a stipulated order.

Regards,
Randi



1

Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

2