# EXHIBIT C

## Singer, Randi

| | |
|---|---|
| **From:** | Robert Chapman <rchapman@eisnerlaw.com> |
| **Sent:** | Monday, April 29, 2013 5:51 PM |
| **To:** | Singer, Randi |
| **Cc:** | Jon Hill; James Molen; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce; Williams, Mark W. (Mwilliams@shermanhoward.com); mbarnes@bhfs.com |
| **Subject:** | RE: SLMI v. Disney - Protective Order |

Randi,

I just finished a trial. I'll look at this and get back to you.

Regards,

Bob

---

**From:** Singer, Randi [mailto:randi.singer@weil.com]
**Sent:** Monday, April 29, 2013 10:36 AM
**To:** Robert Chapman
**Cc:** Jon Hill; James Molen; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce; Williams, Mark W. (Mwilliams@shermanhoward.com); mbarnes@bhfs.com
**Subject:** RE: SLMI v. Disney - Protective Order

Dear Bob,

Please let us know if you have any comments on the new draft of the protective order.

Regards,
Randi



Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

---

**From:** Singer, Randi
**Sent:** Thursday, April 25, 2013 11:39 AM
**To:** 'Robert Chapman'
**Cc:** Jon Hill; James Molen; 'fbaumann@rothgerber.com'; 'jmcdermott@bhfs.com'; Rich, Bruce; Williams, Mark W. (Mwilliams@shermanhoward.com); 'mbarnes@bhfs.com'
**Subject:** SLMI v. Disney - Protective Order

Dear Bob:

1

I am attaching a new draft of the protective order that has been revised per the discussions and guidance from Magistrate Judge Tafoya at the hearing.

Please let us know if you have any comments or if it is ok to submit to the Court as a stipulated order.

Regards,
Randi



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

```
This e-mail, and any attachments hereto, is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or copying of this e-mail,
and any attachments hereto, is strictly prohibited. If you have received this
e-mail in error, please immediately notify me at 310.855.3200 and permanently
delete the original and any copy of any e-mail and any printout thereof.
```

```
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing
tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any
taxpayer for the purpose of avoiding penalties that may be imposed under the
U.S. Internal Revenue Code.
```