UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.  1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.,

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

      I, James R. Molen, am listed as counsel of record in the above-entitled cause of action for Plaintiff Stan Lee Media, Inc. ("Plaintiff").  I am no longer with the firm of Eisner Kahan Gorry Chapman Ross & Jaffe, the firm representing Plaintiff in this action.  There are attorneys from my former firm who are currently and will continue to represent Plaintiff as counsel of record in this case.

DATED:  June 21, 2013        Respectfully submitted,

        /s/ James R. Molen
        James R. Molen

        GREENBERG GLUSKER FIELDS
        CLAMAN & MACHTINGER LLP
        1900 Avenue of the Stars, 21st Floor
        Los Angeles, CA 90067
        (310) 553-3610
        (310) 553-0687 | Fax
        JMolen@GreenbergGlusker.com | Email

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2013, I electronically filed the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Mark T. Barnes
John V. McDermott
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel: (303) 223-1100
Fax: (303) 223-1111
mbarnes@bhfs.com
jmcdermott@bhfs.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

    /s/ Angelique Walker-Smith
    Angelique Walker-Smith