**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**NOTICE OF FIRM NAME CHANGE**
_____

    **PLEASE TAKE NOTICE** that Rothgerber Johnson & Lyons LLP is now Lewis Roca Rothgerber LLP. The firm address, telephone, and fax numbers remain unchanged. Email addresses have changed as reflected below.

    Respectfully submitted this 3rd day of September, 2013.

    Respectfully submitted,

*s/Frederick J. Baumann*_____
Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

2004373158_1

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

*Counsel for The Walt Disney Company*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of September, 2013, I filed electronically the foregoing **NOTICE OF FIRM NAME CHANGE** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 855-3200
Email:  rchapman@eisnerlaw.com
   jhill@eisnerlaw.com

               s/*Frederick J. Baumann*_____
               Frederick J. Baumann
               Holly C. Ludwig
               LEWIS ROCA ROTHGERBER LLP
               One Tabor Center, Suite 3000
               1200 17th Street
               Denver, CO 80202-5855
               Tel: (303) 623-9000
               Fax: (303) 623-9222
               fbaumann@lrrlaw.com
               hludwig@lrrlaw.com