**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.,

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case and the Order Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on September 5, 2013,

IT IS ORDERED that the Defendant's Motion to Dismiss the Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is hereby entered for Defendant and against Plaintiff and the Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE in its entirety.

IT IS FURTHER ORDERED that Defendant is awarded its costs in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and the filing of a Bill of Costs in this case within fourteen days' entry of judgment.

Dated at Denver, Colorado this   16th   day of September, 2013.

                                  BY THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk