Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 110555 | 04/25/2013 | 01-39360 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/12/2013 | WOODWI | 12 CV 02663 |

**CASE CAPTION**

STAN LEE MEDIA VS. THE WALT DISNEY COMPAN

**TERMS**

Due upon receipt

RANDI SINGER, ESQ.
WEIL GOTSHAL
767 FIFTH AVENUE
NEW YORK, NY 10153

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    MOTIONS HEARING                    42 Pages                    84.00

                              TOTAL   DUE   >>>>                    84.00

TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS HELD BEFORE MAGISTRATE
JUDGE KATHLEEN M. TAFOYA.  EMAIL COPY ONLY REQUESTED.
```

TAX ID NO.: 84-1079884                                                (212) 310.8679

*Please detach bottom portion and return with payment.*

```
                                        Job No.    : 01-39360
                                        Case No.   : 12 CV 02663
RANDI SINGER, ESQ.                      STAN LEE MEDIA VS. THE WALT DISNEY C
WEIL GOTSHAL
767 FIFTH AVENUE                        Invoice No.: 110555
NEW YORK, NY 10153                      Date       : 04/25/2013
                                        TOTAL DUE  :       84.00
```

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:                     Phone #:
Billing Address:
Amount to Charge:              Zip:
Cardholder's Signature:

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

**EXHIBIT A**

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: R. Bruce Rich, Esq
Weil Gotshal & Manges LLP
767 5th Avenue
25th Floor
New York, NY 10153-0119

Invoice #: CA1706306
Invoice Date: 03/20/2013
Balance Due: $991.28

Case: Stan Lee Media, Inc v. The Walt Disney Company
Job #: 1619769 | Job Date: 3/13/2013 | Delivery: Expedited

Location: Eisner, Kahan & Gorry
9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210-5211

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Stan Lee, Vol 1 | Certified Transcript | Page | 83.0 | $273.90 |
| | Transcript - Expedited Fee | Page | 83.0 | $395.08 |
| | Exhibits | Per Page | 122.0 | $79.30 |
| | Exhibits - Color | Per Page | 1.0 | $1.50 |
| | Rough Draft | Page | 83.0 | $124.50 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $991.28 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $991.28 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Invoice #: CA1706306
Job #: 1619769
Invoice Date: 03/20/2013
Balance: $991.28

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: R. Bruce Rich, Esq
Weil Gotshal & Manges LLP
767 5th Avenue
25th Floor
New York, NY 10153-0119

Invoice #: CA1706465
Invoice Date: 03/20/2013
Balance Due: $1,116.17

Case: Stan Lee Media, Inc v. The Walt Disney Company
Job #: 1619771 | Job Date: 3/14/2013 | Delivery: Expedited

Location: Elsner, Kahan & Gorry
9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210-5211

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Stan Lee, Vol 2 | Certified Transcript | Page | 77.0 | $254.10 |
| | Transcript - Expedited Fee | Page | 77.0 | $412.72 |
| | Exhibits | Per Page | 329.0 | $213.85 |
| | Exhibits - Color | Per Page | 2.0 | $3.00 |
| | Rough Draft | Page | 77.0 | $115.50 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

Invoice Total: $1,116.17
Payment:
Credit:
Interest: $0.00
Balance Due: $1,116.17

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: CA1706465
Job #: 1619771
Invoice Date: 03/20/2013
Balance: $1,116.17

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854


RECEIVED APR 16 2013 NY AP DEPT

**Bill To:** Bruce Rich, Esq.
Weil Gotshal & Manges LLP
767 5th Avenue
25th Floor
New York, NY 10153-0119

| | |
|---|---|
| Invoice #: | CA1717114 |
| Invoice Date: | 03/30/2013 |
| Balance Due: | $194.25 |

**Case:** Stan Lee Media, Inc v. The Walt Disney Company
**Job #:** 1619769 | Job Date: 3/13/2013 | Delivery: Normal

**Location:** Eisner, Kahan & Gorry
9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210-5211

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Stan Lee, Vol 1 | Video - Transcript Synchronization | Per hour | 1.8 | $166.25 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $194.25 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $194.25 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA1717114 |
| Job #: | 1619769 |
| Invoice Date: | 03/30/2013 |
| Balance: | $194.25 |

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854


RECEIVED APR 16 2013 NY AP DEPT

Bill To: Bruce Rich, Esq.
Weil Gotshal & Manges LLP
767 5th Avenue
25th Floor
New York, NY 10153-0119

Invoice #: CA1717129
Invoice Date: 03/30/2013
Balance Due: $118.75

Case: Stan Lee Media, Inc v. The Walt Disney Company
Job #: 1619771 | Job Date: 3/14/2013 | Delivery: Normal

Location: Eisner, Kahan & Gorry
9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210-5211

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Stan Lee, Vol 2 | Video - Transcript Synchronization | Per hour | 1.3 | $118.75 |

Notes:

| | | | Invoice Total: | $118.75 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Interest: | $0.00 |
| | | | Balance Due: | $118.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Invoice #: CA1717129
Job #: 1619771
Invoice Date: 03/30/2013
Balance: $118.75

For more information on charges related to our services please consult www.veritext.com/services info

Virtually There                                                                 Page 1 of 3



**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
WEIL@ULTRAMARTRAVEL.COM

# Electronic Invoice

**Prepared For:**
RICH/ROBERT BRUCE                          Ref:  79593-0033 CORP AMEX

| | |
|---|---|
| SALES PERSON | HJ |
| INVOICE NUMBER | 0147881 |
| INVOICE ISSUE DATE | 14 Mar 2013 |
| RECORD LOCATOR | AMBEXD |
| CUSTOMER NUMBER | 124000WEIL |

Client Address
ROBERT RICH
WEIL GOTSHAL MANGES LLP
767 FIFTH AVENUE
NEW YORK NY 10153

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 300 433 7300

## DATE: Mon, Mar 11

**Flight: AMERICAN AIRLINES 3**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 12:00pm |
| To | LOS ANGELES, CA | Arrives | 3:10pm |
| Duration | 06hr(s) :10min(s) | Class | Discount Business |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RICH/ROBERT BRUCE | Seat(s) - 09D | AA - XXXXX 28 |

## DATE: Mon, Mar 11

**Car: HERTZ,RENT CAR**
LOS ANGELES, CA

| | | | | |
|---|---|---|---|---|
| Pick Up | 3:10pm | | Drop Off | 15 Mar |
| Confirmation Number | F7760406223GOLD | | Car Type | 2/4 Door,Full Size |
| CD. | 214758 | | Member ID | XXXXXX5108 |
| Special equipment requested | NAVIGATIONAL SYSTEM | | | |
| Phone | 310-568-5100 | | | |
| Rate Plan For - | 4 Days.0 Hours | USD | MI/KM | Extra MI/KM |
| | USD Rate | 63.91 | UNL | 0.00 |
| | Extra Hour | 31.96 | UNL | 0.00 |
| | Mandatory Charges | 87.07 | | |
| | Approximate Total Price | 342.71 | UNL | |

https://www.virtuallythere.com/new/einvoicePrint.html                         3/15/2013

Virtually There                                                                                           Page 2 of 3

### DATE: Mon, Mar 11

Hotel: SYNXIS, LERMITAGE BEVERLY H
9291 BURTON WAY
BEVERLY HILLS CA 90210

| | | | |
|---|---|---|---|
| Service City | LOS ANGELES | | |
| Check-In | 11 Mar | Check-Out | 15 Mar |
| Rooms(s) | 1 | Room Details | SUPERIOR ROOM-650 SQ FT-KING B PARTIAL MOUNTAIN VIEW- WORK SPA |
| Night(s) | 4 | Rate per Night | 275.00 USD |
| Confirmation Number | CINNXDS | Frequent Traveler | |
| Service Information | NONSMOKING KING | Phone | 1-310-2783344 |
| Guarantee | Guaranteed Late Arrival | | |
| Notes | CANCEL AT LEAST 24HRS PRIOR TO ARRIVAL TO AVOID FEES | | |

### DATE: Thu, Mar 14

Flight: AMERICAN AIRLINES 180

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 4:25pm |
| To | NEW YORK JFK, NY | Arrives | 12:40am |
| Departure Terminal | 4 | Arrival Terminal | 8 |
| Duration | 05hr(s):15min(s) | Class | Business |
| Type | BOEING 767 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RICH/ROBERT BRUCE | Seat(s) - 08B | AA - XXXXX 28 |

### DATE: Wed, Sep 11

Others

HAVE A SAFE
AND PLEASANT
TRIP

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7213326989 | **Passenger** | RICH ROBERT BRUCE | | |
| | | **Exchange** | AA 7209143733 | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | USD | * 595.00 |
| **Service Fee** | XD 0587912697 | **Passenger** | RICH ROBERT BRUCE | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | USD | * 40.00 |
| | | | **SubTotal** | | USD 635.00 |
| | | | **Net Credit Card Billing** | | * USD 635.00 |
| | | | **Total Amount Due** | | USD 0.00 |

EMERGENCY 'AFTER HOURS' SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER

https://www.virtuallythere.com/new/einvoicePrint.html                                                    3/15/2013

Virtually There                                                                                              Page 1 of 3



**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
WEIL@ULTRAMARTRAVEL.COM

---

## Electronic Invoice

**Prepared For:**
RICH/ROBERT BRUCE                         Ref:   79593-0033 CORP AMEX

| | |
|---|---|
| SALES PERSON | HJ |
| INVOICE NUMBER | 0137200 |
| INVOICE ISSUE DATE | 26 Feb 2013 |
| RECORD LOCATOR | AMBEXD |
| CUSTOMER NUMBER | 124000WEIL |

Client Address

ROBERT RICH
WEIL GOTSHAL MANGES LLP
767 FIFTH AVENUE
NEW YORK NY 10153

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

### DATE: Mon, Mar 11

Flight: AMERICAN AIRLINES 3

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 12:00pm |
| To | LOS ANGELES, CA | Arrives | 3:10pm |
| Departure Terminal | 8 | Arrival Terminal | 4 |
| Duration | 06hr(s) :10min(s) | Class | Discount Business |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RICH/ROBERT BRUCE | Seat(s) - 09D | AA - XXXXX 28 |

### DATE: Mon, Mar 11

Car: HERTZ,RENT CAR
LOS ANGELES, CA

| | | | | |
|---|---|---|---|---|
| Pick Up | 3:10pm | | Drop Off | 15 Mar |
| Confirmation Number | F7622897151 | | Car Type | 2/4 Door,Full Size |
| CD | 214758 | | | |
| Special equipment requested | NAVIGATIONAL SYSTEM | | | |
| Phone | 310-568-5100 | | | |
| Rate Plan For - | 4 Days,0 Hours | USD | MI/KM | Extra MI/KM |
| | USD Rate | 63.91 | UNL | 0.00 |
| | Extra Hour | 31.96 | UNL | 0.00 |
| | Mandatory Charges | 87.07 | | |
| | Approximate Total Price | 342.71 | UNL | |

Virtually There                                                                                                  Page 2 of 3

**DATE: Mon, Mar 11**

Hotel: SYNXIS, LERMITAGE BEVERLY H
9291 BURTON WAY
BEVERLY HILLS CA 90210

| | | | |
|---|---|---|---|
| Service City | LOS ANGELES | | |
| Check-In | 11 Mar | Check-Out | 15 Mar |
| Rooms(s) | 1 | Room Details | SUPERIOR ROOM-650 SQ FT-KING B PARTIAL MOUNTAIN VIEW-WORK SPA |
| Night(s) | 4 | Rate per Night | 275.00 USD |
| Confirmation Number | CINNXDS | Frequent Traveler | |
| Service Information | NONSMOKING KING | Phone | 1-310-2783344 |
| Guarantee | Guaranteed Late Arrival | | |
| Notes | CANCEL AT LEAST 24HRS PRIOR TO ARRIVAL TO AVOID FEES | | |

**DATE: Fri, Mar 15**

Flight: AMERICAN AIRLINES 22

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 3:00pm |
| To | NEW YORK JFK, NY | Arrives | 11:20pm |
| Departure Terminal | 4 | Arrival Terminal | 8 |
| Duration | 05hr(s) :20min(s) | Class | Discount Business |
| Type | BOEING 767 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RICH/ROBERT BRUCE | Seat(s) - 08B | AA - XXXXX 28 |

**DATE: Wed, Sep 11**

Others

HAVE A SAFE
AND PLEASANT
TRIP

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7209143733 | **Passenger** | RICH ROBERT BRUCE | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | USD | * 4,019.80 |
| **Service Fee** | XD 0587303276 | **Passenger** | RICH ROBERT BRUCE | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | USD | * 40.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4,059.80 |
| **Net Credit Card Billing** | * USD 4,059.80 |
| **Total Amount Due** | USD 0.00 |

EMERGENCY "AFTER HOURS" SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL

https://www.virtuallythere.com/new/einvoicePrint.html                                              3/15/2013

# L'Ermitage
### BEVERLY HILLS

Ultramar
Mr Robert Rich
New York NY 10021
United States

Room      : 300
Folio #   :
Cashier # : 110
Page #    : 1 of 1

Arrival   : 03-11-13
Departure : 03-14-13

| Date | Description | Reference | | Amount | Balance |
|---|---|---|---|---|---|
| 03-11-13 | Valet Parking | 119 266 | | 35.00 | |
| 03-11-13 | Room Charge | | | 275.00 | |
| 03-11-13 | Occupancy Surcharge | | | 4.13 | |
| 03-11-13 | Room Occupancy Tax | | | 39.08 | |
| 03-12-13 | Private Dining | Room# 300 : CHECK# 0022491 | | 54.15 | |
| 03-12-13 | Valet Parking | 210 266 | | 35.00 | |
| 03-12-13 | Room Charge | | | 275.00 | |
| 03-12-13 | Occupancy Surcharge | | | 4.13 | |
| 03-12-13 | Room Occupancy Tax | | | 39.08 | |
| 03-13-13 | Private Dining | Room# 300 : CHECK# 0022567 | | 52.73 | |
| 03-13-13 | Valet Parking | 259 266 | | 35.00 | |
| 03-13-13 | Room Charge | | | 275.00 | |
| 03-13-13 | Occupancy Surcharge | | | 4.13 | |
| 03-13-13 | Room Occupancy Tax | | | 39.08 | |
| 03-14-13 | Lounge | Room# 300 : CHECK# 0055939 | | 48.33 | |
| 03-14-13 | American Express | XXXXXXXXXXX1004 | XX/XX | | 1,214.84 |
| | **Total** | | | **1,214.84** | **1,214.84** |
| | | | | | **0.00** |

Guest signature X _____

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

For information or reservations, visit us at
United States or Canada    1 877-235-7582

9291 Burton Way Beverly Hills California 90210 T310 278 3344 F310 278 8247
RESERVATIONS 877 235 7582 lermitagebh.com VICEROY HOTEL GROUP