# EXHIBIT 2

## Singer, Randi

**From:** Quinn, James
**Sent:** Friday, September 13, 2013 8:16 PM
**To:** jhill@eisnerlaw.com; Singer, Randi
**Cc:** rchapman@eisnerlaw.com; fbaumann@rothgerber.com; JMcDermott@BHFS.com; MBarnes@BHFS.com
**Subject:** Re: Stan Lee Media, Inc. v. The Walt Disney Company

We will oppose. File whatever frivolous motion you want. We will be shortly filing a motion for our attorney's fees and if you persist we will also be filing a notion for sanctions against you and you client. Have a nice weekend.

**From:** Jon Hill [mailto:jhill@eisnerlaw.com]
**Sent:** Friday, September 13, 2013 07:45 PM Eastern Standard Time
**To:** Singer, Randi
**Cc:** Robert Chapman <rchapman@eisnerlaw.com>; fbaumann@rothgerber.com <fbaumann@rothgerber.com>; 'McDermott, John V.' <JMcDermott@BHFS.com>; 'Barnes, Mark' <MBarnes@BHFS.com>; Quinn, James
**Subject:** Stan Lee Media, Inc. v. The Walt Disney Company

Randi:

In light of the Court's recent ruling, SLMI plans to file a motion requesting leave to file an amended complaint. Given that time is short for SLMI to submit its papers, we are available to discuss the motion with you on Sunday or early Monday. Please let us know if you'd like to schedule a meet and confer call.



Jon-Jamison Hill
EISNER KAHAN GORRY CHAPMAN ROSS & JAFFE
A Professional Corporation
9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
jhill@eisnerlaw.com | www.eisnerlaw.com

This e-mail, and any attachments hereto, is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or copying of this e-mail,
and any attachments hereto, is strictly prohibited. If you have received this
e-mail in error, please immediately notify me at 310.855.3200 and permanently
delete the original and any copy of any e-mail and any printout thereof.


IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing
tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any
taxpayer for the purpose of avoiding penalties that may be imposed under the
U.S. Internal Revenue Code.