**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

---

**ORDER GRANTING THE WALT DISNEY COMPANY'S EMEREGENCY MOTION FOR ATTORNEYS' FEES**

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion for Attorneys' Fees ("Motion"), and the Court having considered the parties' briefing relating to the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED.  It is

FURTHERED ORDERED that TWDC is awarded attorneys' fees in the amount of $461,881.80.

DATED: _____

                              BY THE COURT:

                              _____
                              U.S. District Court Judge

2004401729_1