IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

## STAN LEE MEDIA, INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Stan Lee Media, Inc. ("SLMI") appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Order Granting Defendant's Motion To Dismiss, filed on September 5, 2013 as Docket No. 64, and Final Judgment, filed on September 16, 2013 as Docket No. 65, and any interlocutory orders that gave rise to the judgment.

DATED this 2nd day of October, 2013.

                                            *s/ Robert S. Chapman*
                                            Robert S. Chapman
                                            Jon-Jamison Hill
                                            EISNER, KAHAN, GORRY, CHAPMAN,
                                            ROSS & JAFFE, P.C.
                                            9601 Wilshire Boulevard, Suite 700
                                            Beverly Hills, California 90212
                                            Phone: 310.855.3200
                                            Email: rchapman@eisnerlaw.com

                                            John V. McDermott, #5384
                                            Mark T. Barnes, #23091
                                            BROWNSTEIN HYATT FARBER
                                            SCHRECK, LLP
                                            410 Seventeenth Street, Suite 2200
                                            Denver, Colorado 80202
                                            Phone: 303.223.1100
                                            Email: jmcdermott@bhfs.com

                                            Attorneys for Plaintiff Stan Lee Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2013, I electronically filed the foregoing **STAN LEE MEDIA, INC.'S NOTICE OF APPEAL** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the 10th Circuit Court of Appeals and the following counsel of record:

Frederick J. Baumann
Holly C. Ludwig
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

*s/Penny G. Lalonde*
Penny G. Lalonde, Paralegal