IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

**EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF RANDI W. SINGER**

Plaintiff Stan Lee Media, Inc. ("SLMI") hereby objects to the Affidavit of Randi W. Singer In Support Of The Walt Disney Company's Motion For Attorney's Fees (the "Singer Affidavit") and Exhibit 1 attached thereto, submitted by The Walt Disney Company ("Disney") on September 19, 2013. SLMI requests that the Court rule on its objections, strike the inadmissible portions of the Singer Affidavit, and disregard Exhibit 1.

Objection No. 1: Paragraph 3, in its entirety, and Exhibit 1, in its entirety.

Grounds For Objection: Unauthenticated Writing (Fed. R. Evid. 901); No Personal Knowledge/Lacks Foundation (Fed. R. Evid. 602, Fed. R. Evid. 701); Irrelevant (Fed. R. Evid. 402); Hearsay (Fed. R. Evid. 802).

Objection No. 2:  Paragraph 13, in its entirety.

Grounds For Objection:  No Personal Knowledge/Lacks Foundation (Fed. R. Evid. 602, Fed. R. Evid. 701).

Objection No. 3:  Paragraph 14, in its entirety.

Grounds For Objection:  Improper Legal Conclusion and Improper Opinion.  See Shahid v. City of Detroit, 889 F.2d 1543, 1547-1548 (6th Cir. 1989) (holding that opinion as to ultimate issue amounting to a "legal conclusion" is impermissible and is properly excluded); see also Posner v. Essex Ins. Co., Ltd., 178 F.3d 1209, 1215 (11th Cir. 1999) (finding that conclusory assertion of ultimate fact, although made through a factual declaration, carried no evidentiary weight); Easy Street Corp. v. Parmigiani Fleurier SA, 2007 WL 781565, *4 (D.Colo. Mar 13, 2007).

Objection No. 4:  Paragraph 15, as follows:  "It is also my opinion that the fees and costs incurred by TWDC in defending this action and obtaining a dismissal of plaintiff's amended complaint, obtaining a stay of discovery pending resolution of the motion to dismiss, and obtaining a protective order in this matter were reasonable and necessary, given the conduct of Plaintiff and its counsel in this case in refusing to agree to a stay or a protective order, the issues involved in this case, the amount in controversy, and the value to TWDC."

Grounds For Objection:   Improper Argument, Improper Legal Conclusion and Improper Opinion.  See Shahid v. City of Detroit, 889 F.2d 1543, 1547-1548 (6th Cir. 1989) (holding that opinion as to ultimate issue amounting to a "legal conclusion" is impermissible and is properly excluded); see also Posner v. Essex Ins. Co., Ltd., 178 F.3d 1209, 1215 (11th Cir. 1999) (finding

2

that conclusory assertion of ultimate fact, although made through a factual declaration, carried no evidentiary weight); Easy Street Corp. v. Parmigiani Fleurier SA, 2007 WL 781565, *4 (D.Colo. Mar 13, 2007).

Dated this 15th day of October, 2013.

/s/ *Robert S. Chapman*
Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN, GORRY, CHAPMAN,
ROSS & JAFFE, P.C.
9601 Wilshire Boulevard , Suite 700
Beverly Hills, California  90212
Phone:  310.855.3200
Email: rchapman@eisnerlaw.com

John V. McDermott, #5384
Mark T. Barnes, #23091
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado  80202
Phone:  303.223.1100
Email: jmcdermott@bhfs.com

Attorneys for Plaintiff Stan Lee Media, Inc.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2013, I electronically filed the foregoing **EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF RANDI W. SINGER** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| James W. Quinn<br>R. Bruce Rich<br>Randi W. Singer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>james.quinn@weil.com<br>bruce.rich@weil.com<br>randi.singer@weil.com | Frederick J. Baumann<br>Holly C. Ludwig<br>Rothgerber Johnson & Lyons LLP<br>One Tabor Center, Suite 3000<br>1200 17th Street<br>Denver, CO 80202<br>Tel: (303) 623-9000<br>Fax: (303) 623-9222<br>fbaumann@rothgerber.com<br>hludwig@rothgerber.com |

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel: (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

                                                           /s/ *Vanessa A. McCloud*
                                                           Vanessa A. McCloud