## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

## STIPULATION REGARDING AWARD OF COSTS
_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Stan Lee Media, Inc. ("SLMI") and Defendant The Walt Disney Company ("TWDC") that, pursuant to this Court's Final Judgment dated September 16, 2013, Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, TWDC shall be awarded its costs in the amount of $2,504.45.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, each of which shall be deemed an original, and a facsimile or PDF copy of the signatures of respective counsel hereon shall be deemed as fully binding as original signatures for all purposes.

| | |
|---|---|
| Dated: October 28, 2013 | Dated: October 28, 2013 |
| /s/ Randi W. Singer | /s/ Robert S. Chapman |
| By: James W. Quinn | By: Robert S. Chapman |
| R. Bruce Rich | Jon-Jamison Hill |
| Randi W. Singer | EISNER, KAHAN & GORRY |
| WEIL, GOTSHAL & MANGES LLP | 9601 Wilshire Boulevard, Suite 700 |
| 767 Fifth Avenue | Beverly Hills, California 90212 |
| New York, New York 10153 | Tel: (310) 855-3200 |
| Tel: (212) 310-8000 | rchapman@eisnerlaw.com |

james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

*Counsel for The Walt Disney Company*

jhill@eisnerlaw.com

John V. McDermott
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Tel: (303) 223-1100
jmcdermott@bhfs.com

*Counsel for Stan Lee Media, Inc*

APPROVED:

_____