## BILL OF COSTS

| United States District Court | DISTRICT DISTRICT OF COLORADO |
|---|---|
| STAN LEE MEDIA, INC. | DOCKET NO. 12-cv-2663-WJM-KMT |
| V. | MAGISTRATE CASE NO |
| THE WALT DISNEY COMPANY | |

Judgment having been entered in the above entitled action on    September 16, 2013    against STAN LEE MEDIA, INC.

Date

the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $   - |
| Fees for service of summons and complaint | $   - |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $   84.00 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $   - |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $   - |
| Costs incident to taking of depositions (Court Reporter, Videotape, Transcript and for Stan Lee deposition) | $   2420.45 |
| Costs as shown on Mandate of Court of Appeals | $   - |
| Other costs (Please itemize)   Travel expenses for B. Rich to Stan Lee deposition | $   3479.96 |
| Lodging expenses for B. Rich to Stan Lee deposition | $   1214.84 |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL    $   7199.25   2,504.45 (Awarded per the parties' Stipulation, #74)

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _Randi Singer_

Print Name   Randi W. Singer

For:   The Walt Disney Company
Name of Claiming Party

Phone Number   (212) 310-8152

Date   September 19, 2013

---

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: Tuesday, October 29, 2013 at 9:00a.m.

Costs are hereby taxed in the following amount and included in the judgment:

CLERK OF COURT
JEFFREY P. COLWELL

Date and Time

Amount Taxed $   2,504.45

(BY) DEPUTY CLERK

DATE:   10/29/13

---

## WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)