IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

### REPLY AFFIDAVIT OF RANDI W. SINGER IN FURTHER SUPPORT OF THE WALT DISNEY COMPANY'S MOTION FOR ATTORNEY'S FEES

---

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP ("Weil") and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Lewis Roca Rothgerber LLP ("LRR"), I am counsel to Defendant The Walt Disney Company ("TWDC") in this action. I submit this Reply Affidavit in support of TWDC's motion for attorney's fees.

2. Attached hereto as Exhibit A are true and correct copies of TWDC's attorneys' time records for fees incurred in connection with its initial evaluation of the matter, motions to dismiss, motions to stay discovery, motions for protective order, and preparing for and attending the deposition of Stan Lee.

I declare under penalty of perjury that the foregoing facts are true and correct. This affidavit was executed on the 1st day of November, 2013 in New York, New York.

                                          /s/ Randi W. Singer
                                          Randi W. Singer

Sworn to before me
this 1st day of November, 2013

/s/ Shirley M. Gordon

SHIRLEY M. GORDON
Notary Public, State of New York
No. 01GO4925690
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 4, 2014

US_ACTIVE:\44329760\1\79593.0033