# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

STAN LEE MEDIA, INC.

v. THE WALT DISNEY COMPANY                    Case No.  13-1407

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

THE WALT DISNEY COMPANY
Party or Parties

APPELLEE                                                            , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

X        On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.  Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐        There are no such parties, or any such parties have heretofore been disclosed to the court.

Randi W. Singer
Name of Counsel                                            Name of Counsel

*/s/ Randi W. Singer*
Signature of Counsel                                       Signature of Counsel

Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York 10153
(212) 310-8152
Mailing Address and Telephone Number           Mailing Address and Telephone Number

E-Mail Address    randi.singer@weil.com           E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on November 4, 2013 via this Court's ECF system to:  Robert S. Chapman (rchapman@eisnerlaw.com); Jon-Jamison Hill (jhill@eisnerlaw.com); John V. McDermott (jmcdermott@bhfs.com); and Mark T. Barnes (mbarnes@bhfs.com);

*/s/ Randi W. Singer*
(Signature)

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

STAN LEE MEDIA, INC.

v. THE WALT DISNEY COMPANY                    Case No. 13-1407

### Certificate of Interested Parties

_____

There are no other parties interested in this litigation.  Attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Holly C. Ludwig, Esq.

**A-5** Entry of Appearance Form 10/09