IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**MOTION FOR WITHDRAWAL OF COUNSEL**
_____

    The Walt Disney Company ("TWDC") respectfully moves this Court for the withdrawal of Mr. Silbert as its counsel in this action and in support thereof, states as follows.

    1.    On November 4, 2013, counsel for TWDC inadvertently filed a Notice of Appearance for Gregory Silbert in this Court. [Docket No. 77]. The Notice of Appearance was intended to be filed in the Tenth Circuit Court of Appeals.

    2.    This Court subsequently entered a Notice of Non Admitted Attorney because Mr. Silbert is not admitted in the United States District Court for the District of Colorado. [Docket Nos. 78].

    3.    Pursuant to D.C.Colo.LCivR 83.3(D), there is good cause to allow Mr. Silbert to withdraw. His entry of appearance was filed in this Court by mistake, he is not admitted to practice in this Court, and TWDC is represented by other counsel in this action.

4. For the reasons stated above, TWDC requests that the Court enter an order permitting Mr. Silbert to withdraw as counsel from this matter. TWDC will continue to be represented in this matter by the undersigned counsel.

WHEREFORE, Defendant The Walt Disney Company respectfully requests that this Court grant this Motion for Withdrawal of Counsel.

DATED this 8th day of November, 2013.

Respectfully submitted,

*s/Holly C. Ludwig*_____
Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

*Counsel for The Walt Disney Company*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of November, 2013, I filed electronically the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 855-3200
Email:  rchapman@eisnerlaw.com
   jhill@eisnerlaw.com

             *s/Holly C. Ludwig*
             Holly C. Ludwig