**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

---

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion for Withdrawal of Counsel ("Motion"), and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED that the Motion is GRANTED. Gregory Silbert is no longer counsel of record in this matter. All other counsel for TWDC shall remain as counsel in this matter.

DATED: _____

                                      BY THE COURT:

                                      _____
                                      U.S. District Court Judge