IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

## STAN LEE MEDIA, INC.'S
## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Stan Lee Media, Inc. ("SLMI") appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Order Granting In Part Defendant's Motion For Attorneys' Fees, filed on July 31, 2014 as Docket No. 84.

Dated this 28th day of August, 2014.

        /s/ *Robert S. Chapman*
        Robert S. Chapman
        Jon-Jamison Hill
        EISNER, JAFFE, GORRY, CHAPMAN,
        & ROSS P.C.
        9601 Wilshire Boulevard , Suite 700
        Beverly Hills, California 90212
        Phone: 310.855.3200
        Email: rchapman@eisnerlaw.com

        Attorneys for Plaintiff Stan Lee Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2014, I electronically filed the foregoing **STAN LEE MEDIA, INC.'S NOTICE OF APPEAL** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel:  (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel:  (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

　　　　　　　　　　　　　　　　　　　　　　/s/  *Robert S. Chapman*
　　　　　　　　　　　　　　　　　　　　　　Robert S. Chapman