APPEAL,NDISPO,TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:12–cv–02663–WJM–KMT
### *Internal Use Only*

Stan Lee Media, Inc. v. The Walt Disney Company
Assigned to: Judge William J. Martinez
Referred to: Magistrate Judge Kathleen M. Tafoya
Case in other court:  USCA, 13–01407
Cause: 17:101 Copyright Infringement

**Plaintiff**

Date Filed: 10/09/2012
Date Terminated: 09/16/2013
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Stan Lee Media, Inc.**      represented by

**James Ryan Molen**
Greenberg Glusker Fields Claman
&Machtinger LLP
1900 Avenue of the Stars
21st Floor
Los Angeles, CA 90067
310–785–6849
Fax: 310–201–2318
Email: jmolen@greenbergglusker.com
*ATTORNEY TO BE NOTICED*

**Jon–Jamison Hill**
Eisner Kahan &Gorry
9601 Wilshire Boulevard
Suite 700
Beverly Hills, CA 90210
310–855–3200
Fax: 310–855–3201
Email: jhill@eisnerlaw.com
*ATTORNEY TO BE NOTICED*

**Mark Todd Barnes**
Brownstein Hyatt Farber Schreck,
LLP–Denver
410 17th Street
#2200
Denver, CO 80202–4432
303–223–1100
Fax: 303–223–1111
Email: mbarnes@bhfs.com
*ATTORNEY TO BE NOTICED*

**Robert Steven Chapman**
Eisner Kahan &Gorry
9601 Wilshire Boulevard
Suite 700
Beverly Hills, CA 90210
310–855–3200
Fax: 310–855–3201
Email: rchapman@eisnerlaw.com
*ATTORNEY TO BE NOTICED*

**John V. McDermott**
Brownstein Hyatt Farber Schreck,
LLP–Denver
410 17th Street
#2200
Denver, CO 80202–4432
303–223–1100
Fax: 303–223–1111

Email: jmcdermott@bhfs.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Walt Disney Company**                   represented by   **Frederick J. Baumann**
                                                               Lewis Roca Rothgerber LLP–Denver
                                                               1200 17th Street
                                                               One Tabor Center
                                                               Suite 3000
                                                               Denver, CO 80202–5855
                                                               303–623–9000
                                                               Fax: 303–623–9222
                                                               Email: fbaumann@lrrlaw.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Holly C. Ludwig**
                                                               Lewis Roca Rothgerber LLP–Denver
                                                               1200 17th Street
                                                               One Tabor Center
                                                               Suite 3000
                                                               Denver, CO 80202–5855
                                                               303–623–9000
                                                               Fax: 303–623–9222
                                                               Email: HLudwig@lrrlaw.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James William Quinn**
                                                               Weil Gotshal &Manges, LLP–New York
                                                               767 5th Avenue
                                                               34th Floor
                                                               New York, NY 10153–0119
                                                               212–310–8000
                                                               Fax: 212–735–4657
                                                               Email: james.quinn@weil.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Randi Wolkenbreit Singer**
                                                               Weil Gotshal &Manges, LLP–New York
                                                               767 5th Avenue
                                                               34th Floor
                                                               New York, NY 10153–0119
                                                               212–310–8000
                                                               Fax: 212–310–4800
                                                               Email: randi.singer@weil.com
                                                               *ATTORNEY TO BE NOTICED*

**Interested Party**

**Sherman and Howard, LLC**                   represented by   **Mark Wilson Williams**
                                                               Sherman &Howard, L.L.C.–Denver
                                                               633 17th Street
                                                               #3000
                                                               Denver, CO 80202–3622
                                                               303–299–8211
                                                               Fax: 303–298–0940
                                                               Email: mwilliams@shermanhoward.com
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 10/09/2012 | 1 | COMPLAINT *FOR COPYRIGHT INFRINGEMENT* against THE WALT DISNEY COMPANY (Filing fee $ 350, Receipt Number 1082–3054378), filed by STAN LEE MEDIA, INC.. (Attachments: # 1 Exhibits to Complaint)(McDermott, John) (Entered: 10/09/2012) |
|---|---|---|
| 10/09/2012 | 2 | CORPORATE DISCLOSURE STATEMENT. (McDermott, John) (Entered: 10/09/2012) |
| 10/09/2012 | 3 | SUMMONS REQUEST as to THE WALT DISNEY COMPANY re 2 Corporate Disclosure Statement, 1 Complaint by Plaintiff STAN LEE MEDIA, INC.. (McDermott, John) (Entered: 10/09/2012) |
| 10/09/2012 | 4 | Case assigned to Judge William J. Martinez and drawn to Magistrate Judge Kathleen M. Tafoya. Text Only Entry (dbera, ) (Entered: 10/09/2012) |
| 10/09/2012 | 5 | SUMMONS issued by Clerk. Magistrate Judge Consent Form attached. (Attachments: # 1 Magistrate Judge Consent Form) (dbera, ) (Entered: 10/09/2012) |
| 10/09/2012 | 6 | REPORT on the filing of an action mailed to Register of Copyrights (dbera, ) (Entered: 10/09/2012) |
| 10/10/2012 | 7 | ORDER REFERRING CASE to Magistrate Judge Kathleen M. Tafoya. Magistrate Judge Tafoya is designated to conduct NDISPO proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b). ALSO ORDERED that unless service has otherwise been completed or arranged, Plaintiff's counsel is directed to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than 30 days from the date of this Referral Order, in order for the initial scheduling conference to be held promptly. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the Magistrate Judge or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. SO ORDERED by Judge William J. Martinez on 10/10/2012. Text Only Entry (wjmsec, ) (Entered: 10/10/2012) |
| 10/10/2012 | 8 | NOTICE of Entry of Appearance by John V. McDermott on behalf of Stan Lee Media, Inc. (McDermott, John) (Entered: 10/10/2012) |
| 10/11/2012 | 9 | SUMMONS Returned Executed by Stan Lee Media, Inc.. The Walt Disney Company served on 10/10/2012, answer due 10/31/2012. (McDermott, John) (Entered: 10/11/2012) |
| 10/16/2012 | 10 | ORDER Scheduling Conference set for 1/10/2013 09:15 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. By Magistrate Judge Kathleen M. Tafoya on 10/16/2012. (kmtcd) (Entered: 10/16/2012) |
| 10/22/2012 | 11 | NOTICE of Entry of Appearance by Jon–Jamison Hill on behalf of Stan Lee Media, Inc. (Hill, Jon–Jamison) (Entered: 10/22/2012) |
| 10/22/2012 | 12 | NOTICE of Entry of Appearance by Robert Steven Chapman on behalf of Stan Lee Media, Inc. (Chapman, Robert) (Entered: 10/22/2012) |
| 10/26/2012 | 13 | NOTICE of Entry of Appearance by Holly C. Ludwig on behalf of The Walt Disney Company (Ludwig, Holly) (Entered: 10/26/2012) |
| 10/26/2012 | 14 | NOTICE of Entry of Appearance by Frederick J. Baumann on behalf of The Walt Disney Company (Baumann, Frederick) (Entered: 10/26/2012) |
| 10/26/2012 | 15 | CORPORATE DISCLOSURE STATEMENT. (Baumann, Frederick) (Entered: 10/26/2012) |
| 10/26/2012 | 16 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint by Defendant The Walt Disney Company. (Attachments: # 1 Proposed Order (PDF Only))(Baumann, Frederick) (Entered: 10/26/2012) |
| 10/26/2012 | 17 | MEMORANDUM regarding 16 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint filed by The Walt Disney Company. Motions referred to Magistrate Judge Kathleen M. Tafoya, by Judge William J. Martinez on 10/26/2012. Text Only Entry (ervsl, ) (Entered: |

| | | 10/26/2012) |
|---|---|---|
| 10/26/2012 | 18 | MINUTE ORDER granting 16 Motion for Extension of Time to Respond to Complaint. Defendant may answer or otherwise respond to Plaintiff's Complaint no later than 11/30/2012. By Magistrate Judge Kathleen M. Tafoya on 10/26/2012. Text Only Entry (kmtlc2) (Entered: 10/26/2012) |
| 11/30/2012 | 19 | NOTICE of Entry of Appearance by James William Quinn on behalf of The Walt Disney Company (Quinn, James) (Entered: 11/30/2012) |
| 11/30/2012 | 20 | NOTICE of Entry of Appearance by Randi Wolkenbreit Singer on behalf of The Walt Disney Company (Singer, Randi) (Entered: 11/30/2012) |
| 11/30/2012 | 21 | MOTION to Dismiss *Pursuant to Rules 12(b)(2) and 12(b)(6)* by Defendant The Walt Disney Company. (Attachments: # 1 Exhibit Singer Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit Reed Declaration, # 7 Proposed Order (PDF Only))(Ludwig, Holly) (Entered: 11/30/2012) |
| 12/05/2012 | 22 | MOTION to Stay re 21 MOTION to Dismiss *Pursuant to Rules 12(b)(2) and 12(b)(6)* by Defendant The Walt Disney Company. (Attachments: # 1 Proposed Order (PDF Only))(Ludwig, Holly) (Entered: 12/05/2012) |
| 12/06/2012 | 23 | MEMORANDUM regarding 22 MOTION to Stay re 21 MOTION to Dismiss *Pursuant to Rules 12(b)(2) and 12(b)(6)* filed by The Walt Disney Company. Motion referred to Magistrate Judge Kathleen M. Tafoya by Judge William J. Martinez on 12/06/2012. Text Only Entry (wjmsec, ) (Entered: 12/06/2012) |
| 12/06/2012 | 24 | NOTICE of Entry of Appearance by Mark Todd Barnes on behalf of Stan Lee Media, Inc. (Barnes, Mark) (Entered: 12/06/2012) |
| 12/26/2012 | 25 | AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT against The Walt Disney Company, filed by Stan Lee Media, Inc., (Attachments: # 1 Exhibits A–C)(McDermott, John) (Modified on 1/2/2013 Stricken pursuant to the 26 Minute Order)(ervsl, ). (Modified on 1/2/2013 Minute Order 28 Withdraws Minute Order Striking Document)(ervsl, ). (Entered: 12/26/2012) |
| 01/02/2013 | 26 | **WITHDRAWN** MINUTE ORDER STRIKING 25 Amended Complaint filed by Stan Lee Media, Inc., as it has been filed in violation of Fed. R. Civ. P. 15(a)., by Magistrate Judge Kathleen M. Tafoya on 1/2/2013. (ervsl, ) (Modified on 1/2/2013 Withdrawn pursuant to the 28 Minute Order)(ervsl, ). (Entered: 01/02/2013) |
| 01/02/2013 | 27 | RESPONSE to 22 MOTION to Stay re 21 MOTION to Dismiss *Pursuant to Rules 12(b)(2) and 12(b)(6)* filed by Plaintiff Stan Lee Media, Inc.. (McDermott, John) (Entered: 01/02/2013) |
| 01/02/2013 | 28 | MINUTE ORDER **WITHDRAWING** 26 Minute Order striking Plaintiff's Amended Complaint. The Amended Complaint Doc. No. 23 is accepted as filed, by Magistrate Judge Kathleen M. Tafoya on 1/2/2013. (ervsl, ) (Entered: 01/02/2013) |
| 01/02/2013 | 29 | MINUTE ORDER: Defendant shall file a reply to 22 MOTION to Stay no later than 12:00 p.m. on January 4, 2013. By Magistrate Judge Kathleen M. Tafoya on 1/2/13. Text Only Entry (kmtlc1 ) (Entered: 01/02/2013) |
| 01/02/2013 | 30 | Utility Setting Hearings: Termed in error. Scheduling Conference set for 1/10/2013 09:15 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Text Only Entry (ervsl, ) (Entered: 01/02/2013) |
| 01/03/2013 | 31 | Proposed Scheduling Order by Plaintiff Stan Lee Media, Inc., Defendant The Walt Disney Company. (McDermott, John) (Entered: 01/03/2013) |
| 01/04/2013 | 32 | REPLY to Response to 22 MOTION to Stay re 21 MOTION to Dismiss *Pursuant to Rules 12(b)(2) and 12(b)(6) THE WALT DISNEY COMPANYS REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS* filed by Defendant The Walt Disney Company. (Ludwig, Holly) (Entered: 01/04/2013) |
| 01/07/2013 | 33 | ORDER: This matter is before the Court on 21 Defendant's Motion to Dismiss Pursuant to Rule 12(b)(2) and Rule 12(b)(6). To the extent the Motion to Dismiss is brought pursuant to Rule 12(b)(6) on the theory that Plaintiff's original complaint |

| | | fails to state a claim upon which relief could be granted, the Motion is DENIED AS MOOT based on Plaintiff's filing of an 25 Amended Complaint. Additionally, because Plaintiff's Amended Complaint contains additional factual allegations regarding the prior litigation history between the parties, which is the subject of the Motion to Dismiss pursuant to 12(b)(2) and, therefore, relevant to the Court's consideration thereof, the Court DENIES the Motion without prejudice. Defendant is free to refile any Rule 12(b) motions addressed to Plaintiff's 25 Amended Complaint. SO ORDERED by Judge William J. Martinez on 1/7/2013. Text Only Entry(wjmlc1, ) (Entered: 01/07/2013) |
|---|---|---|
| 01/08/2013 | 34 | ORDER denying 22 Motion to Stay Discovery and Further Pretrial Proceedings. Because the Motion to Stay is based on the denied motion to dismiss, the Motion to Stay also is moot. The Scheduling Conference set for January 10, 2013, will proceed as scheduled. By Magistrate Judge Kathleen M. Tafoya on 1/8/13. Text Only Entry(kmtlc1 ) (Entered: 01/08/2013) |
| 01/10/2013 | 35 | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen M. Tafoya: Scheduling Conference held on 1/10/2013. Discovery due by 10/11/2013. Dispositive Motions due by 11/22/2013. Final Pretrial Conference set for 1/23/2014 09:30 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. FTR: Courtroom C–201. (kmtcd) (Entered: 01/11/2013) |
| 01/10/2013 | 36 | SCHEDULING ORDER by Magistrate Judge Kathleen M. Tafoya on 1/10/2013. (kmtcd) (Entered: 01/11/2013) |
| 01/14/2013 | 37 | MOTION to Dismiss the 25 Amended Complaint Pursuant to Rules 12(b)(2)and 12(b)(6) by Defendant The Walt Disney Company. (Attachments: # 1 Reed Declaration , # 2 Singer Declaration , # 3 Exhibit Ex A, # 4 Ex B, # 5 Exhibit C, # 6 Exhibit C continued, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F)(Ludwig, Holly) (Modified on 1/15/2013 edited duplicate text)(ervsl, ). (Entered: 01/14/2013) |
| 01/16/2013 | 38 | MOTION to Stay *DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SEQUENCED DISCOVERY* by Defendant The Walt Disney Company. (Attachments: # 1 Proposed Order (PDF Only) ORDER GRANTING THE WALT DISNEY COMPANYS MOTION TO STAY DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS PENDING RESOLUTION OF PENDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SEQUENCED DISCOVERY)(Ludwig, Holly) (Entered: 01/16/2013) |
| 01/16/2013 | 39 | MEMORANDUM regarding 38 MOTION to Stay *DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SEQUENCED DISCOVERY* filed by The Walt Disney Company. Motion referred to Magistrate Judge Kathleen M. Tafoya by Judge William J. Martinez on 01/16/2013. Text Only Entry (wjmsec, ) (Entered: 01/16/2013) |
| 01/18/2013 | 40 | NOTICE of Entry of Appearance *of James R. Molen* by James Ryan Molen on behalf of Stan Lee Media, Inc. (Molen, James) (Entered: 01/18/2013) |
| 01/29/2013 | 41 | TRANSCRIPT of Scheduling Conference held on 01/10/2013 before Magistrate Judge Tafoya. Pages: 1–36.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 5/2/2013. (Avery Woods Reporting, ) (Entered: 01/29/2013) |

| | | |
|---|---|---|
| 02/07/2013 | 42 | RESPONSE to 37 MOTION to Dismiss *THE AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6)* filed by Plaintiff Stan Lee Media, Inc.. (Attachments: # 1 Declaration of Robert S. Chapman, # 2 Exs 1–3 to Declaration of Robert S. Chapman, # 3 Evidentiary Objections)(Chapman, Robert) (Entered: 02/07/2013) |
| 02/07/2013 | 43 | RESPONSE to 37 MOTION to Dismiss *THE AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6) Request for Judicial Notice in Support of Opposition to Disney's Motion to Dismiss* filed by Plaintiff Stan Lee Media, Inc.. (Attachments: # 1 Ex A – Part 1, to Request for Judicial Notice, # 2 Ex. A – Part 2, to Request for Judicial Notice)(Chapman, Robert) (Entered: 02/07/2013) |
| 02/11/2013 | 44 | RESPONSE to 38 MOTION to Stay *DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SEQUENCED DISCOVERY* filed by Plaintiff Stan Lee Media, Inc.. (Attachments: # 1 Declaration of Robert S. Chapman)(Chapman, Robert) (Entered: 02/11/2013) |
| 02/20/2013 | 45 | OBJECTIONS to *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* by Interested Party Sherman and Howard, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Williams, Mark) (Entered: 02/20/2013) |
| 02/25/2013 | 46 | REPLY to Response to 37 MOTION to Dismiss *THE AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6)* filed by Defendant The Walt Disney Company. (Attachments: # 1 Affidavit REPLY DECLARATION OF RANDI W. SINGER IN FURTHER SUPPORT OF THE WALT DISNEY COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINT, # 2 Affidavit REPLY DECLARATION OF MARSHA L. REED IN FURTHER SUPPORT OF THE WALT DISNEY COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINT, # 3 Exhibit Ex A – Proposed Amended Complaint, # 4 Exhibit Ex B – Consolidated Complaint of SLMI)(Ludwig, Holly) (Entered: 02/25/2013) |
| 02/28/2013 | 47 | REPLY to Response to 38 MOTION to Stay *DISCOVERY AND FURTHER PRETRIAL PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SEQUENCED DISCOVERY* filed by Defendant The Walt Disney Company. (Ludwig, Holly) (Entered: 02/28/2013) |
| 03/06/2013 | 48 | ORDER The Walt Disney Companys Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Motion to Dismiss the Amended Complaint Or, In the Alternative, for Sequenced Discovery Doc. No. 38 is GRANTED in part and DENIED in part, by Magistrate Judge Kathleen M. Tafoya on 3/6/2013.(ervsl, ) (Entered: 03/06/2013) |
| 04/01/2013 | 49 | Emergency MOTION for Protective Order by Defendant The Walt Disney Company. (Attachments: # 1 Affidavit DECLARATION OF RANDI W. SINGER IN SUPPORT OF THE WALT DISNEY COMPANY'S EMERGENCY MOTION FOR PROTECTIVE ORDER, # 2 Exhibit A , # 3 Exhibit B , # 4 Exhibit C , # 5 Exhibit D , # 6 Exhibit E , # 7 Exhibit F , # 8 Exhibit G , # 9 Exhibit H , # 10 Exhibit I , # 11 Proposed Order (PDF Only) Proposed Interim Order , # 12 Proposed Order (Ludwig, Holly) (Modified on 4/2/2013 edited duplicate text)(ervsl, ). (Entered: 04/01/2013) |
| 04/01/2013 | 50 | MEMORANDUM regarding 49 Emergency MOTION for Protective Order filed by The Walt Disney Company. Motion referred to Magistrate Judge Kathleen M. Tafoya by Judge William J. Martinez on 04/01/2013. Text Only Entry (wjmsec, ) (Entered: 04/01/2013) |
| 04/01/2013 | 51 | MINUTE ORDER Setting Hearing on Motion: Motion Hearing set for 4/12/2013 at 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya regarding 49 Emergency MOTION for Protective Order. Plaintiff shall file its response no later than 4/8/2013; Defendant shall file its reply no later than 4/10/2013. All disputed documents, testimony and other items at issue in the motion will be held CONFIDENTIAL until final ruling by the court. By Magistrate |

| | | Judge Kathleen M. Tafoya on 4/1/13. Text Only Entry (kmtlc1 ) (Entered: 04/01/2013) |
|---|---|---|
| 04/01/2013 | 52 | ERRATA and Correction to the Emergency 49 Motion for Protective Order, Correct EXHIBIT F by Defendant The Walt Disney Company (Attachments: # 1 Exhibit F (Ludwig, Holly) (Modified on 4/2/2013 Edited the title to Errata and added link to the Motion)(ervsl, ). (Entered: 04/01/2013) |
| 04/08/2013 | 53 | MINUTE ORDER Resetting Hearing on Motion: The Motion Hearing is RESET to 4/12/2013 at 10:45 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya 49 Emergency MOTION for Protective Order. By Magistrate Judge Kathleen M. Tafoya on 4/8/13. Text Only Entry (kmtlc1 ) (Entered: 04/08/2013) |
| 04/08/2013 | 54 | BRIEF in Opposition to 49 Emergency MOTION for Protective Order filed by Plaintiff Stan Lee Media, Inc.. (Chapman, Robert) (Entered: 04/08/2013) |
| 04/10/2013 | 55 | REPLY to Response to 49 Emergency MOTION for Protective Order filed by Defendant The Walt Disney Company. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Ludwig, Holly) (Entered: 04/10/2013) |
| 04/12/2013 | 56 | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen M. Tafoya: Motion Hearing held on 4/12/2013, granting 49 Motion for Protective Order. FTR: Courtroom C−201. (kmtcd) (Entered: 04/18/2013) |
| 05/03/2013 | 57 | MOTION for Protective Order by Defendant The Walt Disney Company. (Attachments: # 1 Affidavit Singer Declaration, # 2 Exhibit Ex A, # 3 Exhibit Ex B, # 4 Exhibit Ex C, # 5 Exhibit Ex D, # 6 Exhibit Ex E, # 7 Exhibit Ex F, # 8 Exhibit Ex G, # 9 Exhibit Ex H, # 10 Proposed Order (PDF Only) (Ludwig, Holly) 9Modified on 5/6/2013 edited duplicate text)(ervsl, ). (Entered: 05/03/2013) |
| 05/06/2013 | 58 | MEMORANDUM regarding 57 MOTION for Protective Order filed by The Walt Disney Company. Motion referred to Magistrate Judge Kathleen M. Tafoya by Judge William J. Martinez on 05/06/2013. Text Only Entry (wjmsec, ) (Entered: 05/06/2013) |
| 05/11/2013 | 59 | ORDER granting in part and denying in part 57 Motion for Protective Order. Having reviewed both parties' submissions of Proposed Protective Orders, the court will enter a version which combines portions of both. The court finds there is no reason to define Attorneys−Eyes−Only designation as the good faith of the officers of the court is required. Further, confidential and attorneys−eyes−only documents which are produced in this case pursuant to discovery may be used only in this litigation absent court order. The court finds that including internal counsel to a party's parent or subsidiary as designated recipients of Attorneys−Eyes−Only material is over broad and requiring an objecting party to fully explain its objections at the notice stage impermissibly shifts the burden from the designating party to prove the validity of its protected designations. Requiring that all deposition transcripts, videos and exhibits routinely be held under restriction for 21 days will unnecessarily delay proceedings and that it is more practical to require the parties to appropriately designate protected material at or near the time of the deposition. Protective Order shall enter on May 13, 2013. Entered by Magistrate Judge Kathleen M. Tafoya on 05/11/2013. Text Only Entry(kmt, ) (Entered: 05/11/2013) |
| 05/13/2013 | 60 | PROTECTIVE ORDER by Magistrate Judge Kathleen M. Tafoya on 5/13/2013. (ervsl, ) (Entered: 05/13/2013) |
| 05/16/2013 | 61 | TRANSCRIPT of Motions Hearing held on April 12, 2013 before Magistrate Judge Tafoya. Pages: 1–42.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** |

| | | Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/19/2013. (Avery Woods Reporting, ) (Entered: 05/16/2013) |
|---|---|---|
| 06/26/2013 | 62 | NOTICE *of Change of Attorney Information* by Plaintiff Stan Lee Media, Inc. (Chapman, Robert) (Entered: 06/26/2013) |
| 09/03/2013 | 63 | NOTICE *of Firm Name Change* by Defendant The Walt Disney Company (Baumann, Frederick) (Entered: 09/03/2013) |
| 09/05/2013 | 64 | ORDER granting 37 Defendants Motion to Dismiss the Amended Complaint Pursuant to Rule 12(b)(6) ECF No. 37 ; Plaintiffs Amended Complaint is DISMISSED WITH PREJUDICE in its entirety; and Judgment shall be entered in favor of Defendant. Defendant shall have its costs, by Judge William J. Martinez on 9/5/2013.(ervsl, ) (Entered: 09/05/2013) |
| 09/16/2013 | 65 | FINAL JUDGMENT in favor of The Walt Disney Company against Stan Lee Media, Inc. re: 64 Order on Motion to Dismiss, by Edward P. Butler, Deputy Clerk on 9/16/2013. (ervsl, ) (Modified on 9/16/2013 corrected to Edward P. Butler)(ervsl, ). (Entered: 09/16/2013) |
| 09/19/2013 | 66 | Proposed Bill of Costs by Defendant The Walt Disney Company. (Attachments: # 1 Exhibit Exhibit A to Bill of Costs)(Ludwig, Holly) (Entered: 09/19/2013) |
| 09/19/2013 | 67 | MOTION for Attorney Fees by Defendant The Walt Disney Company. (Attachments: # 1 Affidavit Affidavit of Randi Singer, # 2 Exhibit Singer Affidavit Ex 1, # 3 Exhibit Singer Affidavit Ex 2, # 4 Proposed Order (PDF Only) Proposed Order re: Motion for Attorneys' Fees)(Ludwig, Holly) (Entered: 09/19/2013) |
| 10/02/2013 | 68 | NOTICE OF APPEAL as to 64 Order on Motion to Dismiss, 65 Judgment by Plaintiff Stan Lee Media, Inc. (Filing fee $ 455, Receipt Number 1082–3560534) (Attachments: # 1 Order Granting Motion to Dismiss, # 2 Final Judgment)(Chapman, Robert) (Entered: 10/02/2013) |
| 10/03/2013 | 69 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 68 Notice of Appeal, filed by Stan Lee Media, Inc. to the U.S. Court of Appeals. ( Retained Counsel, Fee paid,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record)(dbrow, ) (Entered: 10/03/2013) |
| 10/03/2013 | 70 | USCA Case Number 13–1407 for 68 Notice of Appeal, filed by Stan Lee Media, Inc.. (dbrow, ) (Entered: 10/03/2013) |
| 10/15/2013 | 71 | BRIEF in Opposition to 67 MOTION for Attorney Fees filed by Plaintiff Stan Lee Media, Inc.. (Attachments: # 1 Affidavit Declaration of Robert Chapman, # 2 Evidentiary Objections to Affidavit of Randi Singer)(Chapman, Robert) (Entered: 10/15/2013) |
| 10/16/2013 | 72 | TRANSCRIPT ORDER FORM re 68 Notice of Appeal, by Plaintiff Stan Lee Media, Inc. (McDermott, John) (Entered: 10/16/2013) |
| 10/16/2013 | 73 | LETTER TO USCA and all counsel certifying the record is complete as to 68 Notice of Appeal, filed by Stan Lee Media, Inc.. A transcript order form was filed stating that a transcript is not necessary. ( Appeal No. 13–1407) Text Only Entry (dbrow, ) (Entered: 10/16/2013) |
| 10/28/2013 | 74 | STIPULATION *REGARDING AWARD OF COSTS* by Defendant The Walt Disney Company. (Ludwig, Holly) (Entered: 10/28/2013) |
| 10/29/2013 | 75 | Costs Taxed in amount of $ 2,504.45 against Plaintiff (ervsl, ) (Entered: 10/29/2013) |
| 11/01/2013 | 76 | REPLY to Response to 67 MOTION for Attorney Fees filed by Defendant The Walt Disney Company. (Attachments: # 1 Exhibit Exhibit A to Reply Brief in Support of Motion for Fees, # 2 Exhibit Exhibit A to Reply Affidavit of Randi W. Singer)(Ludwig, Holly) (Entered: 11/01/2013) |
| 11/04/2013 | 77 | NOTICE of Entry of Appearance by Holly C. Ludwig on behalf of The Walt Disney Company (Attachments: # 1 Continuation of Main Document Silbert |

| | | |
|---|---|---|
| | | Notice of Appearance, #2 Continuation of Main Document Singer Notice of Appearance)(Ludwig, Holly) (Entered: 11/04/2013) |
| 11/07/2013 | 78 | NOTICE OF NON ADMITTED ATTORNEY. Gregory Silbert has attempted to enter an appearance in this case based on signing a document filed in this case. Pursuant to D.C.COLO.LCivR 11.1A, an attorney must be a member of the court's bar to make an appearance in a case before the court. The attorney records of the court do not reflect that counsel is a member of the bar. Unless an application for admission to the bar of the court or a motion to withdraw in this case is received within 20 days of the date of this entry, action may be taken by the court. Text Only Entry (mjfsl) (Entered: 11/07/2013) |
| 11/08/2013 | 79 | MOTION to Withdraw 78 Notice of Non Admitted Attorneys,, *Counsel* by Defendant The Walt Disney Company. (Attachments: #1 Proposed Order (PDF Only) Proposed Order re Motion for Withdrawal of Counsel)(Ludwig, Holly) (Entered: 11/08/2013) |
| 11/08/2013 | 80 | MEMORANDUM regarding 79 MOTION to Withdraw 78 Notice of Non Admitted Attorneys,, *Counsel* filed by The Walt Disney Company. Motion referred to Magistrate Judge Kathleen M. Tafoya by Judge William J. Martinez on 11/08/2013. Text Only Entry (wjmsec, ) (Entered: 11/08/2013) |
| 11/13/2013 | 81 | MINUTE ORDER granting 79 Motion to Withdraw. Gregory Silbert is relieved of any further representation, by Magistrate Judge Kathleen M. Tafoya on 11/13/13. Text Only Entry.(sgrim) (Entered: 11/13/2013) |
| 06/16/2014 | 82 | ORDER re 67 Motion for Attorneys' Fees by The Walt Disney Company. In Plaintiff's Response to Defendant's Motion for Attorneys' Fees, Plaintiff asserted that the hours expended by Defendant's counsel were generally unreasonable, but also noted that Defendant failed to submit "meticulous, contemporaneous time records" that revealed how hours were allotted to specific tasks, thus prohibiting Plaintiff from making any argument concerning the records' content and sufficiency. In its Reply, Defendant has submitted such records. [76–2]. In the Court's view, the interests of justice require Plaintiff be given an opportunity to address the reasonableness of Defendant's time records. Accordingly, Plaintiff is granted leave until June 30, 2014 within which to file a Sur–Reply in opposition to Defendant's Motion for Attorneys' Fees. SO ORDERED by Judge William J. Martinez on 06/16/2014. Text Only Entry(wjmlc3) (Entered: 06/16/2014) |
| 06/30/2014 | 83 | SURREPLY re 67 MOTION for Attorney Fees filed by Plaintiff Stan Lee Media, Inc.. (Chapman, Robert) (Entered: 06/30/2014) |
| 07/31/2014 | 84 | ORDER granting 67 Defendants Motion for Attorneys Fees and Defendant is AWARDED attorneys fees in the amount of $239,940.90., by Judge William J. Martinez on 7/31/2014.(evana, ) (Entered: 07/31/2014) |
| 08/28/2014 | 85 | NOTICE OF APPEAL as to 84 Order on Motion for Attorney Fees by Plaintiff Stan Lee Media, Inc. (Filing fee $ 505, Receipt Number 1082–4020639) (Chapman, Robert) (Entered: 08/28/2014) |