**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 02, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Mark T. Barnes
Mr. John V. McDermott
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Mr. Robert Steven Chapman
Mr. Jon-Jamison Hill
Eisner, Kahan, Gorry, Chapman, Ross & Jaffe
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90212

Mr. James Ryan Molen
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars, Twenty-first floor
Los Angeles, CA 90067

**RE:**   14-1348, Stan Lee Media, Inc. v. The Walt Disney Company
   District docket: 1:12-CV-02663-WJM-KMT

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above. Copies of the Tenth Circuit Rules, effective January 1, 2014, and the Federal Rules of Appellate Procedure, effective December 1, 2013, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note all counsel are required to file pleadings via the court's Electronic Case Filing (ECF) system. You will find information regarding registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The

notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(B) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extension of time to file briefs and appendices must comply with 10th Cir. R. 27.3, 27.4(B), 27.4(E), where applicable, and 27.4(F). These motions are not favored.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32.1, as well as 31.4 when applicable. Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Appendices must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and two hard copies must be filed. *See* 10th Cir. R. 30.1(D).

Please contact this office if you have questions.

                                                  Sincerely,

                                                  Elisabeth A. Shumaker
                                                  Clerk of the Court

cc:      Frederick James Baumann
            Holly C. Ludwig
            James W Quinn
            Randi W. Singer

EAS/ad