IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

vs.

THE WALT DISNEY COMPANY,

        Defendant.
_____

**WRIT OF EXECUTION**
_____

TO THE MARSHAL OF THE DISTRICT OF COLORADO:

YOU ARE HEREBY COMMANDED TO levy upon the property, goods, chattels, lands and tenements of the above named plaintiff, **STAN LEE MEDIA, INC.** found in your district to enforce the payment of the judgment obtained against said plaintiff, **STAN LEE MEDIA, INC.**, and in favor of the above-named defendant **THE WALT DISNEY COMPANY**, in the principal sum of **$239,940.90**, together with interest of **8%** per annum from the date of the entry of said judgment on July 31, 2014. The said judgment now remains unsatisfied on the records in this office, except for the payments made on the dates as follows: **$0.00**.

      That you make a return of this Writ of Execution, showing in what manner you have executed the same, and upon what property of the plaintiff you have made levy and/or money received. Also you shall include your fees which shall be taxed as costs. That you file this Writ with the Clerk of this Court within 90 days.

WITNESS my hand and seal of the above-captioned court at Denver, Colorado, this __7th__ day of ____November____, 20 _14_ .

                                              JEFFREY P. COLWELL, Clerk

s/Holly C. Ludwig                 By:
Attorney for Defendant             _s/A. Lowe_
1200 17th Street, Suite 3000       Deputy Clerk
Denver, Colorado 80202