IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**THE WALT DISNEY COMPANY'S MOTION TO CONFIRM
SERVICE OF DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE
PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.**
_____

Defendant The Walt Disney Company ("TWDC"), by and through its undersigned counsel, hereby moves the Court for an order confirming service of the Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc. and, in support thereof, states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(A), counsel for TWDC has conferred with counsel for the Plaintiff on November 25, 2014. Counsel for Plaintiff reported that he would not agree to accept service on his client's behalf and that he would not agree to Rule 69 discovery until after the 10th Circuit affirms the order dismissing the case.

## MOTION TO CONFIRM SERVICE OF RULE 69 SUBPOENA

1. On July 31, 2014, this Court entered an order awarding TWDC $239,940.90 in attorneys' fees against Stan Lee Media, Inc. ("SLMI"). [Doc. 84]. While SLMI has appealed the order, it has not filed a supersedeas bond or satisfied the judgment.

2. SLMI's registered agent is the Law Offices of Michael B. Wolk, P.C. The purported street address of SLMI's registered agent is 2650 Julliard Street, Boulder, Colorado 80305. The purported mailing address of SLMI's registered agent is 10 Hearthstone Terrace, Livingston, New Jersey 07039. (*See* Colorado Secretary of State Summary for Stan Lee Media, Inc., attached as **Exhibit A**.)

3. On November 7, 2014, the clerk of the Court issued a Writ of Execution against SLMI for the $239,940.90 judgment. (*See* Writ of Execution, attached as **Exhibit B**.)

4. On November 18, 2014, TWDC issued a Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to SLMI. ("Rule 69 Subpoena"). (*See* Rule 69 Subpoena, attached as **Exhibit C**.) The Rule 69 Subpoena requests that SLMI appear to give testimony at the Alfred A. Arraj Courthouse on Monday, December 15, 2014 at 9:30 a.m. and that it produce certain categories of documents by Friday December 13, 2014. (*See id.*)

5. On November 19, 2014, TWDC attempted to perfect service at SLMI's registered agent's street address. (*See* T. Trujillo Affidavit of Attempt of Service, attached as **Exhibit D**.) However, when the process server attempted service, she learned that SLMI's registered agent is not located at 2650 Julliard Street, Boulder, Colorado 80305. Indeed, relatives of Mr. Wolk reside at that address and informed the process server that Mr. Wolk resides in New Jersey and that they could not accept service on his behalf. (*See id.*)

2

6.    TWDC also had a process server attempt service at SLMI's registered agent's New Jersey mailing address on November 21, 22 and 24, 2014. (*See* R. Taylor Affidavit of Attempted Service, attached as **Exhibit E**.) The New Jersey mailing address is Mr. Wolk's home. (*Id.*) However, Mr. Wolk's wife and housekeeper both refused service of the Rule 69 Subpoena and claimed Mr. Wolk was out of town and they did not know when he would return. (*Id.*) TWDC was able to discover another address for the Law Offices of Michael B. Wolk, P.C at 570 Lexington Avenue, New York, New York, but was unable to complete service because the receptionist claimed Mr. Wolk did not keep offices there and that the address was solely for the collection of his mail. (*See* R. Delpratt Affidavit of Non-Service, attached **Exhibit F**.) The receptionist refused to accept service on behalf of the Law Offices of Michael B. Wolk, P.C. (*Id.*)

7.    On November 25, 2014, counsel for TWDC requested that counsel for SLMI accept service of the Rule 69 Subpoena. (*See* Letter from R. Singer to R. Chapman, attached as **Exhibit G**.) On December 1, 2014, counsel for SLMI stated that he was not authorized to accept service of the Rule 69 Subpoena on his client's behalf. (*See* Email from R. Chapman to R. Singer, attached as **Exhibit H**.)

8.    On December 1, 2014, TWDC sent a copy of the Rule 69 Subpoena via certified mail, return receipt requested, to SLMI's registered agent's street address and mailing address. (*See* Certified Mail Receipts, attached as **Exhibit I**.)

9.    SLMI is required to have a registered agent whose primary residence or usual place of business is in the state of Colorado. *See* Colo. Rev. Stat. § 7-90-701. SLMI's registered agent is not located under its registered agent name at its registered agent address and TWDC has made reasonable diligent efforts to serve SLMI. Pursuant to Colo. Rev. Stat. § 7-90-704(2):

> If an entity that is required to maintain a registered agent pursuant to part 7 has no registered agent, or if the registered agent is not located under its registered agent name at its registered agent address, or if the registered agent cannot with reasonable diligence be served, the entity may be served by registered mail or by certified mail, return receipt requested, addressed to the entity at its principal address. Service is perfected under this subsection (2) at the earliest of:
>
> (a) The date the entity receives the process, notice, or demand;
>
> (b) The date shown on the return receipt, if signed on behalf of the entity; or
>
> (c) Five days after mailing.

Because TWDC sent a copy of the Rule 69 Subpoena via certified mail, return receipt requested, on December 1, 2014, service is effective five days after mailing, on December 6, 2014.

10. TWDC has made all reasonable efforts to serve SLMI to no avail. As a last resort, TWDC was forced to perfect service pursuant to Colo. Rev. Stat. § 7-90-704(2). TWDC also notified SLMI's counsel of the Rule 69 Subpoena on November 25, 2014, nearly three weeks prior to the deposition date, so there is no prejudice in requiring it to appear on December 15, 2014.

WHEREFORE, Defendant The Walt Disney Company respectfully requests that this Court enter an Order confirming that Stan Lee Media, Inc. has been properly served with the Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc. and that Stan Lee Media, Inc. is ordered to appear and give testimony on December 15, 2014 and produce the requested documents on December 13, 2014. If Stan Lee Media, Inc. is unavailable for a deposition on December 15, 2014, it is ordered to contact The Walt Disney Company to reschedule the deposition within three days of the Court's Order. If the deposition is rescheduled, The Walt Disney Company may serve the amended subpoena to Stan Lee Media,

Inc.'s counsel of record and is not required to personally serve Stan Lee Media, Inc. A draft Order for this Court's use is provided herewith, and will be forwarded to Chambers via e-mail.

DATED this 5th day of December, 2014.

          Respectfully submitted,

          *s/Holly C. Ludwig*
          Frederick J. Baumann
          Holly C. Ludwig
          ROTHGERBER JOHNSON & LYONS LLP
          One Tabor Center, Suite 3000
          1200 17th Street
          Denver, CO 80202-5855
          Tel: (303) 623-9000
          Fax: (303) 623-9222
          fbaumann@rothgerber.com
          hludwig@rothgerber.com

          James W. Quinn
          R. Bruce Rich
          Randi W. Singer
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, NY 10153
          Tel: (212) 310-8000
          Fax: (212) 310-8007
          james.quinn@weil.com
          bruce.rich@weil.com
          randi.singer@weil.com

          *Counsel for The Walt Disney Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of December, 2014, I filed electronically the foregoing **THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone: (310) 855-3200
Email: rchapman@eisnerlaw.com
    jhill@eisnerlaw.com

                *s/Donna Johnson*_____
                Donna Johnson