

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | | | |
|---|---|---|---|
| Name | STAN LEE MEDIA, INC. | | |
| Status | Good Standing | Formation date | 04/22/1996 |
| ID number | 19961054585 | Form | Corporation |
| Periodic report month | March | Jurisdiction | Colorado |
| | | Term of duration | Perpetual |
| Principal office street address | 2650 Juilliard Street, Boulder, CO 80305, United States | | |
| Principal office mailing address | 10 Hearthstone Terrace, Livingston, NJ 07039, United States | | |

| Registered Agent | |
|---|---|
| Name | Law Offices of Michael B. Wolk, P.C. |
| Street address | 2650 Juilliard Street, Boulder, CO 80305, United States |
| Mailing address | n/a |

Filing history and documents
Get a certificate of good standing
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Terms and Conditions

**EXHIBIT A**