IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 1:12-cv-02663-WJM-KMT

---

AFFIDAVIT OF ATTEMPT OF SERVICE

---

STAN LEE MEDIA, INC.

Plaintiff,

v.

THE WALT DISNEY COMPANY,

Defendant.

---

| STATE OF COLORADO | ) |
|---|---|
| | ) ss. |
| COUNTY OF DENVER | ) |

I, Tonya Trujillo, do hereby certify that I have duly made an attempt to effectuate service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 upon Stan Lee Media, Inc. through their Registered Agent, Law Office of Michael B. Wolk, with a listed address of 2650 Juilliard Street, Boulder, Colorado 80305 on November 19, 2014 at 9:59 a.m. Upon visiting this address I learned that this is a residence of relatives of Mr. Wolk and that he currently resides in New Jersey. Mr. Wolk's relatives were unable to accept service of the Subpoena to Stan Lee Media, Inc.

BRADDY INVESTIGATIVE GROUP, INC.

_____
Tonya Trujillo, Process Server

Subscribed under oath before me this ___ day of _____, 2014, by Tonya Trujillo.

AMY WESOLOSKIE
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 07/22/2016

_____
Notary Public
My commission expires: 7/22/16

EXHIBIT D