CLIENT REF.:

## AFFIDAVIT OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STAN LEE MEDIA, INC.

Plaintiff(s),

vs.

THE WALT DISNEY COMPANY

Defendant(s).

Case Number: 1:12-CV-02663-WJM-KMT
Filed On:

State of NJ: County of MIDDLESEX ss: ROBERT F. TAYLOR, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NJ.

That on **11/24/2014** at **4:45 PM.**, at
Deponent attempted to serve the within **DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.**
On **LAW OFFICE OF MICHEAL B. WOLK**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

11/21/2014 7:49 PM 10 HEARTHSTONE TERRACE, LIVINGSTON, NJ 07039 NO ANSWER
11/22/2014 8:15 AM 10 HEARTHSTONE TERRACE, LIVINGSTON, NJ 07039 His wife said he out of town and doesn't know when he will be returning
11/24/2014 3:10 PM 10 HEARTHSTONE TERRACE, LIVINGSTON, NJ 07039 I spoke with a domestic servant, who said he won't be home until 6:00 PM.
11/24/2014 4:00 PM 10 HEARTHSTONE TERRACE, LIVINGSTON, NJ 07039 I returned to the address and parked in front of the house, because I wasn't convinced that he was out of town. I was there for about ½ hour when the maid came out with a dog and walked down the street and looked back at me a couple times. Shortly thereafter a sports car entered the driveway and 2 females went into the house. One of whom looked like his wife. A little later the maid comes back and goes into the house. About 10 minutes later the maid emerges and comes over the my car and said "I am terribly sorry I misinformed you, Mr. Wolk is out of town visiting a sick relative and won't be back until sometime next week.

*Dolores J. Taylor*
Sworn to me on 11/25/2014
DOLORES J. TAYLOR
Notary Public of New Jersey
My Commission Expires 5/15/2019

x *Robert F Taylor*
ROBERT F. TAYLOR

*METRO ATTORNEY SERVICE, INC. 305 BROADWAY 9TH FLOOR NEW YORK, NY 10007*

EXHIBIT E