UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

AFFIDAVIT OF NON-SERVICE



*16647*

Index no : 1:12-cv-02663

| | |
|---|---|
| Plaintiff(s): | STAN LEE MEDIA, INC. |
| Defendant(s): | THE WALT DISNEY COMPANY |

STATE OF NEW YORK
COUNTY OF NEW YORK        ss.:

**Ricardo Delpratt**, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **11/24/2014** at **12:36 PM**, I was unable to effect service of the **Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to STAN LEE MEDIA, INC.** on **Law Offices of Michael B. Wolk, P.C.** for the reason(s) indicated below:

Security at 570 Lexington Avenue, New York, New York, called up to the sixteenth floor and spoke with the receptionist who stated that Michael B. Wolk did not have offices therein and that the address was soley for the collection of his mail. She stated that she was not authorized to accept service on behalf of the Law Offices of Michael B. Wolk, P.C., that she would not come down to the lobby or allow deponent access to the 16th floor.

Sworn to and subscribed before me on
_____ 25 , 20 14
by an affiant who is personally known to
me or produced identification.
_____
NOTARY PUBLIC
My Commission Expires: 6/29/18

X _____
Ricardo Delpratt
License#: 2008560

Atty File#:

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

EXHIBIT
F