# Weil, Gotshal & Manges LLP

By Email

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

November 25, 2014

Randi W. Singer
+1 (212) 310-8152
randi.singer@weil.com

Robert S. Chapman
Eisner Jaffe Gorry, Chapman & Ross
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210

**Re: 14-1348 Stan Lee Media v. The Walt Disney Company**

Dear Bob:

As you may be aware, we have now made several attempts to serve a Rule 69 subpoena on SLMI in furtherance of the Writ of Execution entered on November 7, 2014 (attached).

SLMI's Registered Agent with the Colorado Secretary of State is the Law Office of Michael B. Wolk, PC. There are two addresses on file with the Colorado Secretary of State: 2650 Juilliard Street in Boulder, Colorado 80305 and 10 Hearthstone Terrace, Livingston, NJ 07039. Despite being the addresses for the Registered Agent, people located at both addresses have refused to accept service on behalf of SLMI.

I am writing to ask whether you will accept service of the attached subpoena. Please let me know as soon as possible. If we do not hear from you by December 1, we will be forced to seek the Court's intervention.

Sincerely,

Randi W. Singer

EXHIBIT
G