# Ludwig, Holly

| | |
|---|---|
| **From:** | Robert Chapman <rchapman@eisnerlaw.com> |
| **Sent:** | Monday, December 01, 2014 5:36 PM |
| **To:** | 'Singer, Randi' |
| **Cc:** | Jon Hill; Quinn, James; Costa, Jessica |
| **Subject:** | RE: SLMI v. The Walt Disney Company |

Randi,

I have checked with my client and I am not authorized to accept service of the subpoena which currently specifies an examination date of December 15th. Perhaps we can work out an agreement which will resolve the matter. I am currently scheduled to be on vacation on December 15th so that date does not work. My client will agree to appear and be examined five days after the 10th Circuit affirms the order dismissing the case, if that happens. Of course, if there is a reversal, the attorneys' fees award disappears and there will be no basis for an examination. Will that work for your client?

I have not heard back from you concerning the 60 continuance to file the opening brief on the attorneys' fees award. Does your client agree?

Please let me know.

Bob

**From:** Singer, Randi [mailto:randi.singer@weil.com]
**Sent:** Tuesday, November 25, 2014 12:38 PM
**To:** Robert Chapman
**Cc:** Jon Hill; Quinn, James; Costa, Jessica
**Subject:** SLMI v. The Walt Disney Company

Dear Bob:

Please see the attached letter regarding the writ of execution in this case.

Thanks,
Randi



Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax



EXHIBIT
H

1

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.


This e-mail, and any attachments hereto, is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or copying of this e-mail,
and any attachments hereto, is strictly prohibited. If you have received this
e-mail in error, please immediately notify me at 310.855.3200 and permanently
delete the original and any copy of any e-mail and any printout thereof.



IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing
tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any
taxpayer for the purpose of avoiding penalties that may be imposed under the
U.S. Internal Revenue Code.