**CERTIFIED MAIL**

9314 7699 0430 0008 7673 39
RETURN RECEIPT REQUESTED

TO: Stan Lee Media, Inc.
10 Hearthstone Terrace
Livingston, NJ 07039

Stan Lee Media, Inc.
10 Hearthstone Terrace
Livingston, NJ 07039

SENDER: D. Johnson
REFERENCE: 229628-00101
9314 7699 0430 0008 7673 39

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.48 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 6.48 |

US Postal Service
Receipt for Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

**CERTIFIED MAIL**

9314 7699 0430 0008 7673 15
RETURN RECEIPT REQUESTED

TO: Stan Lee Media Inc.
2650 Julliard Street
Boulder, CO 80305

Stan Lee Media Inc.
2650 Julliard Street
Boulder, CO 80305

SENDER: D. Johnson
REFERENCE: 229628-00101
9314 7699 0430 0008 7673 15

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.48 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 6.48 |

US Postal Service
Receipt for Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

EXHIBIT
I