### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**NOTICE OF FILING AMENDED PROPOSED ORDER TO THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.**
_____

    Defendant The Walt Disney Company ("TWDC"), by and through its undersigned counsel, hereby submits its Amended Proposed Order to its Motion to Confirm Service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc.

    1.    On Friday, December 5, 2014, TWDC filed a Motion to Confirm Service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc. ("Motion").

    2.    In its Motion, TWDC submitted a proposed order requiring, among other things, that SLMI contact TWDC within three days of the Court's Order to re-schedule its Rule 69 deposition if it was unavailable on December 15, 2014.

    3.    During the conferral process, SLMI indicated that it would agree to appear for the Rule 69 deposition only after the 10th Circuit affirms this Court's order dismissing the underlying action. Because this could take several months, in which time SLMI could take steps

render itself judgment-proof, TWDC further requests that the Court order SLMI to appear for its Rule 69 deposition within 30 days of the entry of the Court's Order with respect to this Motion. Attached is an amended proposed order reflecting this request.

DATED this 8th day of December, 2014.

                              Respectfully submitted,

                              *s/Holly C. Ludwig*_____
                              Frederick J. Baumann
                              Holly C. Ludwig
                              ROTHGERBER JOHNSON & LYONS LLP
                              One Tabor Center, Suite 3000
                              1200 17th Street
                              Denver, CO 80202-5855
                              Tel: (303) 623-9000
                              Fax: (303) 623-9222
                              fbaumann@rothgerber.com
                              hludwig@rothgerber.com

                              James W. Quinn
                              R. Bruce Rich
                              Randi W. Singer
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, NY 10153
                              Tel: (212) 310-8000
                              Fax: (212) 310-8007
                              james.quinn@weil.com
                              bruce.rich@weil.com
                              randi.singer@weil.com

                              *Counsel for The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2014, I filed electronically the foregoing **NOTICE OF FILING AMENDED PROPOSED ORDER TO THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202
Tel:     (303) 223-1100
jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, JAFFE, GORRY, CHAPMAN & ROSS
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA  90212
Tel:     (310) 855-3200
rchapman@eisnerlaw.com
jhill@eisnerlaw.com

*s/Kathleen M. Daily*
Kathleen M. Daily

3

2005096039_1