IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

**[PROPOSED] ORDER GRANTING THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF DEPOSITION SUBPOENA AND SUBPOENA TO PRODUCE PURSUANT TO RULE 69 TO STAN LEE MEDIA, INC.**

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion to Confirm Service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc. ("Motion"), and the Court, being otherwise fully advised in the premises, declares that it is hereby:

ORDERED that the Motion is GRANTED. Stan Lee Media, Inc. has been properly served with the Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc. and is ordered to appear and give testimony on December 15, 2014 and produce the requested documents on or before December 13, 2014. If Stan Lee Media, Inc. is unavailable for a deposition on December 15, 2014, it is ordered to contact The Walt Disney Company within three days of this Court's Order to reschedule the deposition so that it will be completed within 30 days of this Court's Order. If the deposition is rescheduled, The Walt Disney Company may serve the

amended subpoena to Stan Lee Media, Inc.'s counsel of record and is not required to personally serve Stan Lee Media, Inc.

DATED: _____

BY THE COURT:

_____
U.S. District Court Judge