FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 23, 2014

Elisabeth A. Shumaker  
Clerk of Court

_____

STAN LEE MEDIA, INC.,

    Plaintiff - Appellant,

v.

THE WALT DISNEY COMPANY,

    Defendant - Appellee.

No. 13-1407  
(D.C. No. 1:12-CV-02663-WJM-KMT)

_____

## JUDGMENT

_____

Before **TYMKOVICH**, **EBEL**, and **PHILLIPS**, Circuit Judges.

_____

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk