IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

**DECLARATION OF ROBERT S. CHAPMAN IN SUPPORT OF
STAN LEE MEDIA, INC.'S OPPOSITION TO
THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF
SUBPOENA**

---

I, Robert S. Chapman, declare as follows:

    1.    I am an attorney licensed to practice before this Court, and am a partner at the law firm of Eisner Jaffe Gorry Chapman & Ross, counsel for Plaintiff Stan Lee Media, Inc. ("*SLMI*"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could competently testify thereto under oath.

    2.    On November 25, 2014, counsel for The Walt Disney Company ("*Disney*") first contacted me about service of a subpoena purportedly compelling an SLMI representative to produce documents and attend deposition. Disney's letter claimed that Disney had made a number of unsuccessful attempts to serve SLMI's agent for service of process and asked whether I would accept service on SLMI's behalf. A true and correct copy of Randi W. Singer's November 25, 2014 letter to me is attached hereto as "Exhibit 1."

1

3.     I responded to that letter by way of an email dated December 1, 2014. In my email, I explained that I was not authorized accept service, but proposed an arrangement where an SLMI representative would appear within five days of the Tenth Circuit's affirmance of the court's order of dismissal. I also told Ms. Singer that I was not available on December 15, 2014, the deposition date indicated in the subpoena. A true and correct copy of my December 1, 2014 email to Ms. Singer is attached hereto as "Exhibit 2."

4.     On December 1, 2014, I received a response email from Ms. Singer rejecting my attempt to reach a compromise solution and informing me that Disney would continue to try to serve SLMI's agent for service of process. A true and correct copy of Ms. Singer's December 1, 2014 email to me is attached hereto as "Exhibit 3."

5.     At no time did Disney's counsel inform me that Disney planned to file a motion seeking an order to compel SLMI's attendance at deposition or seeking an order compelling production of documents.

6.     At no time did Disney offer to move the date for the deposition or document production due to my unavailability or suggest any deposition or production dates other than those it had unilaterally chosen.

7.     SLMI served formal objections to Disney's subpoena on December 12, 2014. A true and correct copy of the objection is attached hereto as "Exhibit 4."

8.     I never received any memorandum with argument or authorities supporting Disney's Motion, either from the ECF system or through another form of service.

9. The Court awarded Disney its attorneys' fees in this action, and SLMI has appealed the fee award. SLMI's opening brief in that appeal is currently due to be filed by January 12, 2015.

Executed this 29th day of December, 2014, at Beverly Hills, California.


                                               */s/ Robert S. Chapman*
                                                  Robert S. Chapman

3

# EXHIBIT 1

# Weil, Gotshal & Manges LLP

By Email

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

November 25, 2014

Randi W. Singer
+1 (212) 310-8152
randi.singer@weil.com

Robert S. Chapman
Eisner Jaffe Gorry, Chapman & Ross
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210

Re:   14-1348 Stan Lee Media v. The Walt Disney Company

Dear Bob:

As you may be aware, we have now made several attempts to serve a Rule 69 subpoena on SLMI in furtherance of the Writ of Execution entered on November 7, 2014 (attached).

SLMI's Registered Agent with the Colorado Secretary of State is the Law Office of Michael B. Wolk, PC. There are two addresses on file with the Colorado Secretary of State: 2650 Juilliard Street in Boulder, Colorado 80305 and 10 Hearthstone Terrace, Livingston, NJ 07039. Despite being the addresses for the Registered Agent, people located at both addresses have refused to accept service on behalf of SLMI.

I am writing to ask whether you will accept service of the attached subpoena. Please let me know as soon as possible. If we do not hear from you by December 1, we will be forced to seek the Court's intervention.

Sincerely,

Randi W. Singer

# EXHIBIT 2

| | |
|---|---|
| **From:** | Robert Chapman |
| **Sent:** | Monday, December 01, 2014 4:36 PM |
| **To:** | 'Singer, Randi' |
| **Cc:** | Jon Hill; Quinn, James; Costa, Jessica |
| **Subject:** | RE: SLMI v. The Walt Disney Company |

Randi,

I have checked with my client and I am not authorized to accept service of the subpoena which currently specifies an examination date of December 15th. Perhaps we can work out an agreement which will resolve the matter. I am currently scheduled to be on vacation on December 15th so that date does not work. My client will agree to appear and be examined five days after the 10th Circuit affirms the order dismissing the case, if that happens. Of course, if there is a reversal, the attorneys' fees award disappears and there will be no basis for an examination. Will that work for your client?

I have not heard back from you concerning the 60 continuance to file the opening brief on the attorneys' fees award. Does your client agree?

Please let me know.

Bob

**From:** Singer, Randi [mailto:randi.singer@weil.com]
**Sent:** Tuesday, November 25, 2014 12:38 PM
**To:** Robert Chapman
**Cc:** Jon Hill; Quinn, James; Costa, Jessica
**Subject:** SLMI v. The Walt Disney Company

Dear Bob:

Please see the attached letter regarding the writ of execution in this case.

Thanks,
Randi



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

1

# EXHIBIT 3

| | |
|---|---|
| **From:** | Singer, Randi [randi.singer@weil.com] |
| **Sent:** | Monday, December 01, 2014 5:00 PM |
| **To:** | Robert Chapman |
| **Cc:** | Jon Hill; Quinn, James; Perelman, Sabrina |
| **Subject:** | Re: SLMI v. The Walt Disney Company |

Dear Bob:

Thank you for getting back to me. Unfortunately, that does not work for us, so we'll go ahead and serve the subpoena. Your client could, of course, avoid having to appear by bonding the appeal.

In addition, I have spoken with my client and they are not willing to agree to a further extension.


Randi


Randi W. Singer

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

Sent from my iPad

On Dec 1, 2014, at 7:36 PM, Robert Chapman <rchapman@eisnerlaw.com> wrote:

> Randi,
>
> I have checked with my client and I am not authorized to accept service of the subpoena which currently specifies an examination date of December 15th. Perhaps we can work out an agreement which will resolve the matter. I am currently scheduled to be on vacation on December 15th so that date does not work. My client will agree to appear and be examined five days after the 10th Circuit affirms the order dismissing the case, if that happens. Of course, if there is a reversal, the attorneys' fees award disappears and there will be no basis for an examination. Will that work for your client?
>
> I have not heard back from you concerning the 60 continuance to file the opening brief on the attorneys' fees award. Does your client agree?
>
> Please let me know.
>
> Bob
>
> **From:** Singer, Randi [mailto:randi.singer@weil.com]
> **Sent:** Tuesday, November 25, 2014 12:38 PM
> **To:** Robert Chapman

**Cc:** Jon Hill; Quinn, James; Costa, Jessica
**Subject:** SLMI v. The Walt Disney Company

Dear Bob:

Please see the attached letter regarding the writ of execution in this case.

Thanks,
Randi


<image001.jpg>

**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

```
This e-mail, and any attachments hereto, is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or
confidential
information. If you are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or copying of this e-
mail,
and any attachments hereto, is strictly prohibited. If you have received this
e-mail in error, please immediately notify me at 310.855.3200 and permanently
delete the original and any copy of any e-mail and any printout thereof.



IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing
tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any
taxpayer for the purpose of avoiding penalties that may be imposed under the
U.S. Internal Revenue Code.
```

2

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

STAN LEE MEDIA, INC.'S
OBJECTION TO DEPOSITION SUBPOENA

---

1

Subpoenaed party Stan Lee Media, Inc. ("**SLMI**") hereby objects to the Deposition Subpoena And Subpoena To Produce Pursuant To Rule 69 To Stan Lee Media, Inc. (the "**Subpoena**"), served by The Walt Disney Company ("**Disney**") and dated November 18, 2014, on the following grounds:

(1)   Disney did not comply with District of Colorado Local Civil Rule 30.1, in that Disney made no effort to ascertain a convenient date or cost effective manner for handling the deposition prior to issuing the Subpoena and attempting to serve SLMI with it. After being informed that SLMI's counsel was unavailable, Disney made no attempt to change the deposition and production dates before serving SLMI with the Subpoena.

(2)   Disney did not comply with District of Colorado Local Civil Rule 30.1, in that Disney did not notice the deposition and production for more than 14 days from the service date.

(3)   Disney has set an unreasonable date for production of documents, which falls on a non-business day. The production date is also unreasonable in relation to the date on which service of the Subpoena was effected.

Dated this 12th day of December, 2014.

Robert S. Chapman
Jon-Jamison Hill
EISNER, JAFFE, GORRY, CHAPMAN,
& ROSS P.C.
9601 Wilshire Boulevard , Suite 700
Beverly Hills, California  90212
Phone:  310.855.3200
Email: rchapman@eisnerlaw.com

Attorneys for Stan Lee Media, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2014, I sent the foregoing STAN LEE MEDIA, INC.'S OBJECTION TO DEPOSITION SUBPOENA to the following counsel of record by overnight delivery:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

_____
Dorothy James

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2014, I electronically filed the foregoing **DECLARATION OF ROBERT S. CHAPMAN IN SUPPORT OF STAN LEE MEDIA, INC.'S OPPOSITION TO THE WALT DISNEY COMPANY'S MOTION TO CONFIRM SERVICE OF SUBPOENA** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel: (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

                                                        */s/ Robert S. Chapman*
                                                        Robert S. Chapman