**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**DECLARATION OF RANDI W. SINGER IN SUPPORT OF THE WALT DISNEY COMPANY'S RULE 69 MOTION**
_____

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP ("Weil") and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Lewis Roca Rothgerber LLP ("LRR"), Weil is counsel to Defendant The Walt Disney Company ("TWDC") in this action.

2. I submit this Declaration in support of TWDC's motion to confirm service of deposition subpoena and subpoena to produce pursuant to Rule 69 to Stan Lee Media, Inc.

3. On January 6, 2015, I had a telephone conversation with Robert Chapman, SLMI's counsel of record. During that conversation, I asked him whether his client would agree to a deposition date now that the Tenth Circuit had ruled on the merits and dismissed SLMI's complaint with prejudice. Mr. Chapman responded that SLMI believed it would prevail in its appeal of the attorneys' fees judgment and that he did not see any need to rush or to have the

2

deposition before that appeal is decided, but said he would talk to his client about a deposition date and get back to me.

4.  To date, I have not heard back from Mr. Chapman.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 15th day of January, 2015 in New York, New York.

_____
Randi W. Singer