**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**February 2, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

### STATEMENT OF COSTS

**Date:** February 2, 2015

**Re:**    13-1407, Stan Lee Media v. Walt Disney Company
(District Court Case No: 1:12-CV-02663-WJM-KMT)

Costs are taxed in favor of the Appellee. Per Fed. R. App. P. 39 (d) (3), the statement of costs becomes effective the date the mandate for this matter issues; if the mandate has issued already, the statement of costs acts as a supplement to the mandate.

| | | |
|---|---|---|
| Docket Fee | $ | 0.00 |
| Appendix | $ | 139.80 |
| Addendum of exhibits | $ | 0.00 |
| Copies of briefs | $ | 82.08 |
| **Total expenses** | $ | 221.88 |
| Supplemental brief: | $ | 20.16 |
| | $ | 0.00 |
| | $ | 0.00 |
| **Total other costs** | $ | 20.16 |
| **Grand Total, Statement of Costs** | $ | 242.04 |

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk