**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker           February 02, 2015           Chris Wolpert
Clerk of Court                                              Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 13-1407, Stan Lee Media v. Walt Disney Company
Dist/Ag docket: 1:12-CV-02663-WJM-KMT

Dear Clerk:

Please be advised that a statement of costs for this case has been issued today. It supplements the mandate of this court. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Mark T. Barnes
        Frederick James Baumann
        Robert Steven Chapman
        Jon-Jamison Hill
        Holly C. Ludwig
        John V. McDermott
        James W Quinn
        R. Bruce Rich

Gregory Silbert
Randi W. Singer

EAS/jm