IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

   Plaintiff,

v.

THE WALT DISNEY COMPANY,

   Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL FOR
STAN LEE MEDIA, INC.**

---

  Robert S. Chapman ("***Chapman***") and Jon-Jamison Hill ("***Hill***"), both with the firm of Eisner Jaffe, P.C. (the "***Eisner Firm***"), move to withdraw as counsel for Plaintiff Stan Lee Media, Inc. ("***SLMI***") pursuant to Fed. R. Civ. P. 7(b) and D.C. Colo. L. Atty. R. 5(b) in this matter.

### RULE 7.1(A) CERTIFICATION

  Prior to filing this Motion, withdrawing counsel conferred with counsel for The Walt Disney Company, Randi W. Singer, to discuss the substance and relief requested by this motion on March 11, 2015. As of the time of the filing of this Motion, Ms. Singer has not responded as to whether The Walt Disney Company will oppose this Motion.

1

## **MOTION**

Chapman, Hill and the Eisner Firm seek to withdraw as counsel for SLMI based upon the following:

1. The Eisner Firm, through Chapman and Hill, have handled this matter for SLMI from its inception through entry of judgment, and they have handled post-judgment motion practice and appeals for SLMI. SLMI's appellate options regarding the merits of the judgment have been exhausted. The only issues that remain on appeal relate to awards of attorneys' fees. The only issue pending in this Court at the time this Motion was filed relates to the service of a subpoena in furtherance of judgment collection.

2. Good cause exists for Chapman, Hill and the Eisner Firm to withdraw from representation of SLMI in this matter at this time. That good cause is established by the following:

- SLMI has failed to fulfill its obligations to withdrawing counsel, in that it has become unreasonably difficult for Chapman and Hill to communicate with SLMI's representative about pending issues in the lawsuit and make decisions about how SLMI will proceed with the remaining issues in the lawsuit.

- SLMI has failed to fulfill its obligations to withdrawing counsel by failing to comply with the operative fee agreement and pay counsel for their services. The operative fee agreement expressly provides for counsel to suspend or terminate services where the client fails to make payments required by the retainer agreement.

Withdrawing counsel have brought these issues to SLMI's attention and tried, without success, to resolve them. Both of these issues allow for permissive withdrawal of representation pursuant to Colo. R.P.C. 1.16(b).[1]

3. Prior to filing this Motion with the Court, withdrawing counsel provided SLMI with notice, as required by D.C. Colo. L. Atty. R. 5(b). More specifically, withdrawing counsel sent the accompanying Notice Of Withdrawal Of Appearance (the "***Notice***")[2] to Michael Wolk, who is SLMI's registered agent for service of process and who has also been withdrawing counsel's point of contact with SLMI throughout the pendency of the lawsuit, by both email and overnight delivery, as confirmed by the Certificate of Service attached to the Notice. Hill also had a telephone conference with Jose Abadin, a member of SLMI's Board of Directors, to discuss the current issues and notify SLMI of Chapman's, Hill's and the Eisner Firm's intent to withdraw as counsel for SLMI. In addition, withdrawing counsel served a copy of these moving papers on Mr. Wolk, as reflected in the attached Certificate of Service.

4. Withdrawal will not have any material adverse effect on the interests of SLMI. As discussed above, the merits of the case have been fully and finally litigated. The issues pending in this Court relate only to judgment collection, and the sole pending motion has been fully briefed. For the same reasons, withdrawal will not have any material adverse effect on the interests of the other party to this lawsuit, The Walt Disney Company.

---

[1] Withdrawing counsel cannot, at this time, provide further details about these issues, as additional details would require disclosure of confidential client information or disclosure privileged communications.

[2] A copy of the Notice is attached to this Motion as "Exhibit A."

3

5. The relief requested through this Motion is sought in good faith, and not for any improper purposes, such as delay.

For these reasons, Chapman and Hill respectfully ask the Court to grant this Motion and permit them to withdraw as counsel for SLMI.

Dated this 12th day of March, 2015.

          */s/ Jon-Jamison Hill*
Robert S. Chapman
Jon-Jamison Hill
EISNER JAFFE, P.C.
9601 Wilshire Boulevard , Suite 700
Beverly Hills, California  90212
Phone:  310.855.3200
Email: rchapman@eisnerlaw.com

Attorneys for Plaintiff Stan Lee Media, Inc.

4

## CERTIFICATE OF SERVICE

   I hereby certify that on this 12th day of March, 2015, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** by delivering a copy of the document to the following person by electronic mail at the email address listed below and by sending a copy of the document via overnight delivery to the address listed below:

Stan Lee Media, Inc.
c/o Michael Wolk
10 Hearthstone Terrace
Livingston, NJ 07039
michael.wolk@wolkgroup.com

               */s/ Jon-Jamison Hill*
               Jon-Jamison Hill

5

pg 6 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel: (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

                                          */s/ Jon-Jamison Hill*
                                          Jon-Jamison Hill