# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with D.C. Colo. L. Atty. R. 5(b), the undersigned counsel provides notice of the following:

1.    Robert S. Chapman and Jon-Jamison Hill, and the firm of Eisner Jaffe, P.C., intend to withdraw as attorney of record for Stan Lee Media, Inc. ("**SLMI**") in the above-captioned matter.

2.    Pursuant to D.C. Colo. L. Atty. R. 5(b), counsel hereby notify SLMI of the following: (a) SLMI is personally responsible for complying with all court orders and time limitations established by any applicable statutes and rules; and (b) SLMI may not appear in the action without counsel admitted to the bar of the District Court for the District of Colorado, and

1

2

absent prompt appearance by counsel, pleadings and papers may be stricken, and default or other sanctions may be imposed against SLMI.

Dated this 12th day of March, 2015

      */s/  Jon-Jamison Hill*
Robert S. Chapman
Jon-Jamison Hill
EISNER JAFFE, P.C.
9601 Wilshire Boulevard , Suite 700
Beverly Hills, California  90212
Phone:  310.855.3200
Email: rchapman@eisnerlaw.com
      jhill@eisnerlaw.com

Attorneys for Plaintiff Stan Lee Media, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I served the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** by delivering a copy of the document to the following person by electronic mail at the email address listed below and by sending a copy of the document via overnight delivery to the address listed below:

Stan Lee Media, Inc.
c/o Michael Wolk
10 Hearthstone Terrace
Livingston, NJ 07039
michael.wolk@wolkgroup.com

       */s/ Jon-Jamison Hill*
       Jon-Jamison Hill

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel: (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

　　　　　　　　　　　　　　　　　　　　*/s/ Jon-Jamison Hill*
　　　　　　　　　　　　　　　　　　　　Jon-Jamison Hill