IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

        Plaintiff,

v.

THE WALT DISNEY COMPANY,

        Defendant.

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL FOR
STAN LEE MEDIA, INC.**

THIS MATTER, having come before the Court on Robert S. Chapman's ("*Chapman*") and Jon-Jamison Hill's ("*Hill*") motion to withdraw as counsel for Plaintiff Stan Lee Media, Inc. ("*SLMI*") in this matter (the "*Motion*"), it is hereby ORDERED that the Motion is GRANTED. There is good cause to permit Chapman and Hill, along with their firm Eisner Jaffe, P.C., to withdraw as counsel, and their withdrawal as counsel will not have any material adverse effect on the interests of SLMI or any other party to the lawsuit. The Clerk is directed to take all necessary steps to terminate the association of Chapman and Hill with SLMI in this matter.

Dated this _____ day of _____, 2015.

                                              BY THE COURT

                                              _____
                                              U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I served the foregoing **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** by delivering a copy of the document to the following person by electronic mail at the email address listed below and by sending a copy of the document via overnight delivery to the address listed below:

Stan Lee Media, Inc.
c/o Michael Wolk
10 Hearthstone Terrace
Livingston, NJ 07039
michael.wolk@wolkgroup.com

        */s/ Jon-Jamison Hill*
        Jon-Jamison Hill

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel:  (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel:  (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

*/s/ Jon-Jamison Hill*
Jon-Jamison Hill