IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

### EXPEDITED MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, John V. McDermott and Mark T. Barnes of Brownstein Hyatt Farber Schreck, LLP ("BHFS"), hereby move for leave to withdraw as counsel of record for Defendant Stan Lee Media, Inc. ("SLMI").

**Certificate of Compliance with D.C.COLO.LCivR 7.1(a):** Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral is not required for motions brought under D.C.COLO.LAttyR 5(b).

### EXPEDITED NATURE OF MOTION

Yesterday, lead counsel for Plaintiff filed Motions to Withdraw as Counsel in this case and in a Tenth Circuit appeal related to this case. Although undersigned, as local counsel for Plaintiff, was included in the withdrawal motion filed with the Tenth Circuit, undersigned counsel inadvertently were not included in the motion filed in this court. As a hearing is scheduled for Monday, March 16, 2015, undersigned counsel submits this motion on an expedited basis to clarify it seeks to withdraw in this court as well.

1. John V. McDermott entered his appearance on behalf of SLMI on October 10, 2012. Mark T. Barnes entered his appearance on December 6, 2012.

2. Lead counsel on this matter is Robert Chapman and Jon-Jamison Hill from the law firm Eisner Kahan & Gorry (the "Eisner Firm"). The Eisner Firm has handled this matter for SLMI from its inception through entry of judgment, and has handled all post-judgment motion practice and two Tenth Circuit appeals on behalf of SLMI. BHFS has acted in a limited capacity as local counsel for SLMI and the Eisner Firm.

3. On March 12, 2015, the Eisner Firm filed a Motion to Withdraw as Counsel, stating that SLMI has failed to "comply with the operative fee agreement and pay counsel for their services." (*See* ECF 105 ¶ 2.)

4. Undersigned counsel requests to withdraw from this matter based on SLMI's failure to fulfill its financial obligations and its unwillingness to communicate with both the Eisner Firm and BHFS with respect to proceeding with the remaining issues in this action. (*See id.* ¶¶ 2, 3.)

5. In accordance with Colorado Rule of Professional Conduct 1.16(b)(1), BHFS' withdrawal from this case can be accomplished without material adverse effect on SLMI's interests. The merits of the case have been fully and finally litigated. The issues pending in this Court relate only to judgment collection, and the sole pending motion has been fully briefed. For the same reasons, withdrawal will not have any material adverse effect on the interests of the other party to this lawsuit, The Walt Disney Company. (*See id.* ¶ 4.)

6. Good cause for withdrawal exists. Because BHFS is acting as local counsel, BHFS has received direction from the Eisner Firm, which has been unable to communicate or receive compensation from SLMI. (*See id.* ¶ 2 (referring to the SLMI's failure to fulfill its obligations to the Eisner Firm).) The Eisner Firm's withdrawal coupled with SLMI's non-responsiveness to

BHFS' communication attempts (including requests for payment for BHFS' services) warrants BHFS' withdrawal as well.

7. Pursuant to D.C.COLO.LAttyR 5, undersigned counsel certifies they have notified SLMI that: (1) it is personally responsible for complying with all Court orders and time limitations established by applicable statutes and rules; and (2) it may not appear without counsel admitted to the bar of this Court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

8. Undersigned counsel further certifies that a copy of this Motion has been served by undersigned counsel on SLMI.

9. A hearing is currently scheduled for Monday, March 16, 2015 in this matter. The Court, however, has previously continued that hearing on its own initiative on two separate occasions and, respectfully, should do so now to allow Plaintiff the opportunity to retain other counsel.

ACCORDINGLY, undersigned counsel requests that the Court enter an Order authorizing the withdrawal of Brownstein Hyatt Farber Schreck, LLP, and more specifically, John V. McDermott and Mark T. Barnes, as counsel for SLMI in this matter.

Dated: March 13, 2015

        *s/John V. McDermott*
John V. McDermott
Mark T. Barnes
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Email: jmcdermott@bhfs.com; mbarnes@bhfs.com

*ATTORNEYS FOR PLAINTIFF STAN LEE MEDIA, INC.*

3

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2015, I electronically filed the foregoing **EXPEDITED MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Frederick J. Baumann
Holly C. Ludwig
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

*s/Penny G. Lalonde*
Penny G. Lalonde, Paralegal

016226\0001\12016523.2

4