IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER having come before the Court on counsel for Stan Lee Media, Inc.'s Motion to Withdraw as Counsel, and the Court being apprised of the Motion's basis, hereby:

ORDERS that the Motion is GRANTED. John V. McDermott, Mark T. Barnes and the law firm of Brownstein Hyatt Farber Schreck, LLP is withdrawn as counsel for Plaintiff SLMI in this matter and the Clerk of Court shall terminate the representation of SLMI on the docket.

DATED this _____ day of March, 2015.

                                            BY THE COURT:

                                            United States District Court Judge