IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

## CERTIFICATE OF SERVICE ON STAN LEE MEDIA, INC.

I hereby certify that on this 13th day of March, 2015, I served a copy of the Minute Order, attached as Exhibit A hereto, on Stan Lee Media, Inc. by sending a copy of the document to the following person by electronic mail to the email address listed below and by sending a copy of the document via U.S. mail to the address listed below:

Stan Lee Media, Inc.
c/o Michael Wolk
10 Hearthstone Terrace
Livingston, NJ 07039
michael.wolk@wolkgroup.com


Dated this 13th day of March, 2015

                                          /s/ Jon-Jamison Hill
                                          Robert S. Chapman
                                          Jon-Jamison Hill
                                          EISNER JAFFE, P.C.
                                          9601 Wilshire Boulevard , Suite 700
                                          Beverly Hills, California 90212
                                          Phone: 310.855.3200
                                          Email: rchapman@eisnerlaw.com
                                                        jhill@eisnerlaw.com

                                          Attorneys for Plaintiff Stan Lee Media, Inc.

# EXHIBIT A

| | |
|---|---|
| From: | COD_ENotice@cod.uscourts.gov |
| Sent: | Friday, March 13, 2015 11:59 AM |
| To: | COD_NEF@cod.uscourts.gov |
| Subject: | Activity in Case 1:12-cv-02663-WJM-KMT Stan Lee Media, Inc. v. The Walt Disney Company Minute Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 3/13/2015 at 12:58 PM MDT and filed on 3/13/2015
**Case Name:**    Stan Lee Media, Inc. v. The Walt Disney Company
**Case Number:**    1:12-cv-02663-WJM-KMT
**Filer:**
**WARNING: CASE CLOSED on 09/16/2013**
**Document Number:** 110(No document attached)

**Docket Text:**
**MINUTE ORDER: Plaintiff Stan Lee Media, Inc., may file responses to [105] MOTION to Withdraw as Attorney, [107] MOTION to Withdraw as Attorney on or before April 6, 2015. Plaintiff's current counsel of record shall send a copy of this Minute Order to Plaintiff and shall file a Certificate of Service of the Minute Order. By Magistrate Judge Kathleen M. Tafoya on 3/13/15. Text Only Entry (kmtlc1 )**

**1:12-cv-02663-WJM-KMT Notice has been electronically mailed to:**

Frederick J. Baumann     fbaumann@lrrlaw.com, phenke@rothgerber.com

John V. McDermott     jmcdermott@bhfs.com, ngarcia@bhfs.com, pchesson@bhfs.com, plalonde@bhfs.com

Mark Wilson Williams     mwilliams@shermanhoward.com, dfouts@shermanhoward.com, efiling@sah.com

Mark Todd Barnes     mbarnes@bhfs.com, plalonde@bhfs.com

Holly C. Ludwig     HLudwig@lrrlaw.com, kdaily@lrrlaw.com

1

Jon-Jamison Hill    jhill@eisnerlaw.com

Robert Steven Chapman    rchapman@eisnerlaw.com, awalkersmith@eisnerlaw.com, lbrereton@eisnerlaw.com, tclegg@eisnerlaw.com

James William Quinn    james.quinn@weil.com, MCO.ECF@weil.com

Randi Wolkenbreit Singer    randi.singer@weil.com, MCO.ECF@weil.com, Sabrina.Perelman@weil.com, jessica.costa@weil.com

James Ryan Molen    jmolen@greenbergglusker.com, vmccloud@eisnerlaw.com

**1:12-cv-02663-WJM-KMT Notice has been mailed by the filer to:**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2015, I electronically filed the foregoing **CERTIFICATE OF SERVICE ON STAN LEE MEDIA, INC.** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel:  (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

John V. McDermott
Mark T. Barnes
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel:  (303) 223-1100
Fax: (303) 223-1111
jmcdermott@bhfs.com
mbarnes@bhfs.com

*/s/  Jon-Jamison Hill*
Jon-Jamison Hill

2