# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

      Plaintiff,

v.

THE WALT DISNEY COMPANY,

      Defendant.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on March 13, 2015, I caused the following pleadings to be served on:

> Stan Lee Media, Inc.
> c/o Michael Wolk, Registered Agent
> 10 Hearthstone Terrace
> Livingston, NJ 07039
> Email: michael.wolk@wolkgroup.com

The Expedited Motion to Withdraw as Counsel (ECF No. 107) and Minute Order

Vacating March 16, 2015 Hearing (ECF No. 109) was served by electronic mail and overnight

delivery via Federal Express.

The Court's Minute Order (ECF No. 110) regarding SLMI's deadline to file responses to

Motions to Withdraw as Attorneys (ECF Nos. 105, 107) was served by electronic mail and

regular U.S. mail, postage prepaid.

DATED this 13th day of March, 2015.

                                      *s/Mark T. Barnes*
                                      John V. McDermott
                                      Mark T. Barnes
                                      BROWNSTEIN HYATT FARBER SCHRECK, LLP
                                      410 Seventeenth Street, Suite 2200
                                      Denver, Colorado 80202
                                      Phone: 303.223.1100
                                      Email: jmcdermott@bhfs.com; mbarnes@bhfs.com

                                      *ATTORNEYS FOR PLAINTIFF STAN LEE MEDIA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2015, I electronically filed the foregoing CERTIFICATE OF SERVICE with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Frederick J. Baumann
Holly C. Ludwig
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Robert S. Chapman
Jon-Jamison Hill
EISNER JAFFE, P.C.
9601 Wilshire Boulevard , Suite 700
Beverly Hills, California 90212
Phone: 310.855.3200
Email: rchapman@eisnerlaw.com
jhill@eisnerlaw.com

*s/Penny G. Lalonde*
Penny G. Lalonde, Paralegal

2