**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**THE WALT DISNEY COMPANY'S RESPONSE TO MOTIONS TO WITHDRAW AS
COUNSEL FOR STAN LEE MEDIA, INC.**
_____

Defendant The Walt Disney Company ("TWDC") submits this response to the Motion to Withdraw as Counsel for Stan Lee Media, Inc. ("SLMI") of Eisner Jaffe, P.C. (the "Eisner Firm"), Docket No. 105 (the "Eisner Motion") and the Expedited Motion to Withdraw as Counsel of Brownstein Hyatt Farber Schreck, LLP ("BHFS"), Docket No. 107 (the "BHFS Motion") (collectively, the "Withdrawal Motions").

The Eisner Firm and BHFS cannot assert that their "withdrawal will not have any material adverse effect" on TWDC. Eisner Motion at 3; BHFS Motion at 2. TWDC has already been prejudiced by the requested withdrawals because they apparently caused this Court to adjourn the March 16, 2015 hearing on TWDC's Motion to Confirm Service of its Rule 69 Subpoena on SLMI ("Motion to Confirm Service"). *See* Docket No. 109. That adjournment further delayed TWDC's efforts to collect the $239,940.90 in attorneys' fees that this Court awarded TWDC on July 31, 2014. Docket No. 84 (the "Judgment").

Though SLMI has appealed from the Judgment, [1] it has never filed a supersedeas bond or satisfied the Judgment.  Thus, this Court issued a writ of execution on November 7, 2014, *see* Docket No. 91, and TWDC issued a subpoena to SLMI *nearly six months ago*, seeking, among other things, documents sufficient to identify the property in which SLMI has a legal or beneficial interest and deposition testimony from a knowledgeable SLMI representative regarding these interests and assets.  *See* Declaration of Randi W. Singer ("Singer Decl.") Ex. 1.  SLMI has avoided its discovery obligations since then.  Indeed, TWDC was forced to request a hearing to confirm service of the subpoena because of Michael Wolk's – the "registered agent for service of process and who has also been [the Eisner Firm's] point of contact with SLMI," Eisner Motion at 3 – efforts to evade service.  *See* Singer Decl. ¶¶ 7-11.

The Withdrawal Motions lend credence to TWDC's concern that it will not be able to enforce the Judgment by asserting that SLMI has "fail[ed] to comply with the operative fee agreement and pay [the Eisner Firm] for their services," Eisner Motion at 2, and that BHFS has been "unable to  . . . receive compensation from SLMI."  BHFS Motion at 2.  We also note that at the same time SLMI may not have paid the Judgment or its counsel in *this* matter, it apparently had enough money to retain new counsel to file a *certiorari* petition in another one of its Stan Lee cases, *Stan Lee Media, Inc. v. Lee*, No. 12-56733, *see* Supreme Court Docket No.

---

[1] The Eisner Firm and BHFS also moved to withdraw as counsel for SLMI in the Tenth Circuit with respect to SLMI's *sub judice* appeal of the Judgment and TWDC's *sub judice* motion for its attorneys' fees arising from SLMI's unsuccessful merits appeal.  The Tenth Circuit granted those withdrawal motions and ordered SLMI to appoint new counsel by April 13, 2015.  *See* Order, *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 13-1407 (10th Cir. Mar. 23, 2015); Order, *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 14-1348 (10th Cir. Mar. 23, 2015).

2

14-1033, *available at* http://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-1033.htm, which the Supreme Court denied on March 30, 2015.  *Id.*

The Eisner Motion also leads credence to TWDC's concern that SLMI will not make Michael Wolk available for a deposition, even though he apparently organized the financial backing for SLMI's claims;[2] as the firm now indicates that "it has become unreasonably difficult for [the Eisner Firm] to communicate with [Wolk] about pending issues in the lawsuit and make decisions about how SLMI will proceed with the remaining issues in the lawsuit."  Eisner Motion at 2; *see also* BHFS Motion at 2.  The Eisner Firm again recognized Mr. Wolk's central role in SLMI's affairs by sending the Minute Order setting SLMI's deadline to respond to the Withdrawal Motions directly to Mr. Wolk at his New Jersey address after the Court ordered that it be served on SLMI.  *See* Docket Nos. 110-111.

On March 11, 2015, the Eisner Firm asked TWDC's counsel to consent to its motion to withdraw and assured TWDC that SLMI would be represented at the scheduled March 16th hearing.[3]  Still, SLMI's counsel filed the Withdrawal Motions before hearing back from TWDC and in a manner calculated to further impede TWDC's efforts to obtain documents and deposition testimony in response to its Rule 69 subpoena or to enforce the Judgment.

## **CONCLUSION**

For all these reasons, TWDC respectfully requests that this Court deny the Withdrawal Motions and set an early date for a hearing on TWDC's motion to enforce its subpoena, or, in the alternative, order SLMI either to file a supersedeas bond or produce documents responsive to

---

[2] *See* Singer Decl. Ex. 2.

[3] *See* Singer Decl. ¶ 14.

3

TWDC's Rule 69 subpoena and set a date for the deposition of SLMI's registered agent, Michael Wolk, within fourteen (14) days of this Court's order.

DATED this 1st day of April, 2015.    Respectfully submitted,

  /s/  James W. Quinn

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
Randi W. Singer
Sabrina A. Perelman
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

  /s/  Holly C. Ludwig

Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

*Attorneys for Defendant The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2015, I filed electronically the foregoing **THE WALT DISNEY COMPANY'S BRIEF IN OPPOSITION TO MOTIONS TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
E-mail: jmcdermott@bhfs.com

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 855-3200
Email:  rchapman@eisnerlaw.com
        jhill@eisnerlaw.com

I hereby certify that on this 1st day of April, 2015, the foregoing **THE WALT DISNEY COMPANY'S BRIEF IN OPPOSITION TO MOTIONS TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.** was served by electronic mail and regular U.S. mail, postage prepaid upon the following:

Stan Lee Media, Inc.
c/o Michael Wolk, Registered Agent
10 Hearthstone Terrace
Livingston, NJ  07039
Email: michael.wolk@wolkgroup.com

                                               _/s/  Holly C. Ludwig_