**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**DECLARATION OF RANDI W. SINGER IN RESPONSE TO MOTIONS TO WITHDRAW AS COUNSEL FOR STAN LEE MEDIA, INC.**
_____

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP ("Weil") and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Lewis Roca Rothgerber LLP ("LRR"), Weil is counsel to Defendant The Walt Disney Company ("TWDC") in this action.

2. I submit this Declaration in support of TWDC's Response to Motions to Withdraw as Counsel for Stan Lee Media, Inc. ("SLMI").

3. On July 31, 2014, this Court entered an order awarding TWDC $239,940.90 in attorneys' fees against SLMI (Docket No. 84).

4. While SLMI has appealed the order, it has not filed a supersedeas bond or satisfied the judgment.

5. On November 7, 2014, the clerk of the Court issued a Writ of Execution against SLMI for the $239,940.90 judgment (Docket No. 91).

6. On November 18, 2014, TWDC issued a Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to SLMI ("Rule 69 Subpoena"), a copy of which is attached hereto as Exhibit 1.

7. On November 19, 2014, TWDC attempted to perfect service at the street address of Michael Wolk, SLMI's registered agent, but the occupants at the address refused to accept service on Mr. Wolk's behalf.

8. TWDC also had a process server attempt service at Mr. Wolk's New Jersey mailing address on November 21, 22 and 24, 2014. Mr. Wolk's wife and housekeeper both refused service of the Rule 69 Subpoena.

9. TWDC also attempted to perfect service at the Law Offices of Michael B. Wolk, P.C. at 570 Lexington Avenue, New York, New York, however, the receptionist at the address claimed that Mr. Wolk did not keep offices there and that the address was solely for the collection of his mail. The receptionist refused to accept service on behalf of the Law Offices of Michael B. Wolk, P.C.

10. On November 25, 2014, I asked SLMI's counsel, Robert Chapman, if he would accept service of the Rule 69 Subpoena.

11. On December 1, 2014, Mr. Chapman stated that he was not authorized to accept service of the Rule 69 Subpoena on his client's behalf.

12. On December 1, 2014, TWDC sent a copy of the Rule 69 Subpoena via certified mail, return receipt requested, to SLMI's registered agent's street address and mailing address.

13. On December 5, 2014, TWDC filed its Motion to Confirm Service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to SLMI (Docket No. 92).

WEIL:\95288381\1\79593.0033

14. On March 11, 2015, I had a telephone conversation with Robert Chapman, SLMI's counsel of record. During that conversation, Mr. Chapman informed me that his firm was going to seek leave to withdraw as SLMI's counsel and asked whether TWDC would consent to its motion to withdraw. I asked whether the planned withdrawal would affect the scheduled March 16th hearing and Mr. Chapman assured me that there would be SLMI representation at the scheduled March 16th hearing.

15. Without waiting for a response from TWDC, on March 12, 2015, Mr. Chapman's firm, Eisner Jaffe, P.C. moved to withdraw as counsel for SLMI in this action (Docket No. 105).

16. Despite Mr. Chapman's representation that SLMI would be represented at the March 16, 2015 hearing – and without contacting TWDC's counsel – on March 13, 2015, Brownstein Hyatt Farber Schreck, LLP also moved to withdraw as counsel for SLMI in this action (Docket No. 107).

17. Attached hereto as Exhibit 2 is a true and correct copy of an article entitled *Hedge Fund Elliot Management is Backing Stan Lee Media's Spider-Man Lawsuit Against Disney* written by Nathan Vardi and appearing on Forbes.com on February 1, 2013.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 1st day of April, 2015 in New York, New York.

/s/ *Randi W. Singer*
Randi W. Singer

3