**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

      Plaintiff,

v.

THE WALT DISNEY COMPANY,

      Defendant.

_____

**CERTIFICATE OF SERVICE ON STAN LEE MEDIA, INC.**
_____

      I hereby certify that on this 3rd day of April, 2015, a true and correct copy of the Court's

Minute Order Setting Hearing on Motions [Doc Entry 114], attached as Exhibit A hereto, was

served via Electronic Mail as well as United States Mail, postage prepaid and addressed as

follows:

                  Stan Lee Media, Inc.
                  c/o Michael Wolk
                  10 Heartthstone Terrace
                  Livingston, NJ  07039

      Dated this 3rd day of April, 2015.

                  LEWIS ROCA ROTHGERBER


                  *s/ Holly C. Ludwig*
                  Holly C. Ludwig
                  1200 17th Street, Suite 3000
                  Denver, CO  90212
                  (303) 623-9000
                  hludwig@lrrlaw.com


                  *Attorneys for Defendant*
                  *The Walt Disney Company*

WEIL:\95288381\1\79593.0033

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of April, 2015, I filed electronically the foregoing **CERTIFICATE OF SERVICE ON STAN LEE MEDIA, INC.** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott, Esq.
Mark T. Barnes, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202

James W. Quinn, Esq.
R. Bruce Rich, Esq.
Randi W. Singer, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153


                                         _s/ Holly C. Ludwig_____
                                         Holly C. Ludwig

WEIL:\95288381\1\79593.0033