# Exhibit A

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **Sent:** | Thursday, April 02, 2015 5:22 PM |
| **To:** | COD_NEF@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-02663-WJM-KMT Stan Lee Media, Inc. v. The Walt Disney Company Order Setting Hearing on Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 4/2/2015 at 5:21 PM MDT and filed on 4/2/2015

| | |
|---|---|
| **Case Name:** | Stan Lee Media, Inc. v. The Walt Disney Company |
| **Case Number:** | 1:12-cv-02663-WJM-KMT |
| **Filer:** | |
| **WARNING: CASE CLOSED on 09/16/2013** | |
| **Document Number:** | 114(No document attached) |

**Docket Text:**
**MINUTE ORDER Setting Hearing on Motions: A Motions Hearing is set for 5/7/2015 at 1:30 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya regarding [92] MOTION to Confirm Service of Deposition Subpoena and Subpoena to Produce Pursuant to Rule 69 to Stan Lee Media, Inc., [105] MOTION to Withdraw as Attorney, and [107] MOTION to Withdraw as Attorney. All counsel, including current counsel for Plaintiff Stan Lee Media, Inc., and any newly-retained counsel for Plaintiff, shall appear in person at the hearing. If new counsel does not enter an appearance for Plaintiff, in accordance with D.C.COLO.LAttyR 5, Plaintiff's current counsel will be required to represent Plaintiff in defending the [92] Motion to Confirm Service of Deposition Subpoena. Additionally, Mr. Michael Wolk shall attend the hearing in person. Failure by counsel and Mr. Wolk to comply with this Minute Order may result in sanctions, including contempt of court. Absent extraordinary circumstances, the court will not entertain any motion filed by Plaintiff to continue the hearing or to attend the hearing by telephone. By Magistrate Judge Kathleen M. Tafoya on 4/2/15. Text Only Entry (kmtlc1 )**

**1:12-cv-02663-WJM-KMT Notice has been electronically mailed to:**

Frederick J. Baumann     fbaumann@lrrlaw.com, phenke@rothgerber.com

John V. McDermott     jmcdermott@bhfs.com, ngarcia@bhfs.com, pchesson@bhfs.com, plalonde@bhfs.com

Mark Wilson Williams     mwilliams@shermanhoward.com, dfouts@shermanhoward.com, efiling@sah.com

Mark Todd Barnes     mbarnes@bhfs.com, plalonde@bhfs.com

Holly C. Ludwig     HLudwig@lrrlaw.com, kdaily@lrrlaw.com

Jon-Jamison Hill     jhill@tocounsel.com

Robert Steven Chapman     rchapman@eisnerlaw.com, awalkersmith@eisnerlaw.com, lbrereton@eisnerlaw.com, tclegg@eisnerlaw.com

James William Quinn     james.quinn@weil.com, MCO.ECF@weil.com

Randi Wolkenbreit Singer     randi.singer@weil.com, MCO.ECF@weil.com, Sabrina.Perelman@weil.com, jessica.costa@weil.com

James Ryan Molen     jmolen@greenbergglusker.com, vmccloud@eisnerlaw.com

**1:12-cv-02663-WJM-KMT Notice has been mailed by the filer to:**

2