FILED  
United States Court of Appeals  
Tenth Circuit

April 28, 2015

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| STAN LEE MEDIA, INC., | |
| Plaintiff - Appellant, | |
| v. | No. 14-1348 |
| | (D.C. No. 1:12-CV-02663-WJM-KMT) |
| THE WALT DISNEY COMPANY, | (D. Colo.) |
| Defendant - Appellee. | |

_____

## ORDER
_____

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk