**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker           April 28, 2015          Chris Wolpert
Clerk of Court                                                                                                   Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**      **14-1348, Stan Lee Media v. Walt Disney Company**
            Dist/Ag docket: 1:12-CV-02663-WJM-KMT

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                                           Sincerely,

                                                           Elisabeth A. Shumaker
                                                           Clerk of the Court

cc:      Frederick James Baumann
            Holly C. Ludwig
            James W Quinn
            Randi W. Singer
            Stan Lee Media, Inc.

EAS/jm