# SACKS WESTON MILLSTEIN DIAMOND, LLC
Attorneys & Counselors at Law

Andrew B. Sacks◊
John K. Weston◊
Edward Millstein◊
Scott E. Diamond†
Jeremy E. Abay †
D. Alexander Latanision†

†Admitted to PA & NJ Bars
◊Admitted to PA Bar

May 1, 2015

Magistrate Judge Kathleen M. Tafoya
Byron G. Rogers United States Courthouse
C251 / Courtroom C201
1929 Stout Street
Denver, CO 80294-0101

    Re:    Stan Lee Media, Inc. v. The Walt Disney Company
            Case Number: 1:12-cv-02663-WJM-KMT

    I am appearing as counsel on behalf of non-party Michael Wolk in response to the Minute Order (Docket Entry 114) issued by Your Honor.

    I respectfully request that Your Honor excuse Mr. Wolk's attendance from the May 7 conference. He is unavailable due to a serious medical condition. If Your Honor wishes, I can provide a letter from his doctor confirming his condition. I would ask that Your Honor accept the doctor's letter under seal so as to protect Mr. Wolk's medical privacy.

    On behalf of Mr. Wolk, I would also like to advise the Court of the following: Mr. Wolk is (a) not a party in the case, (b) not litigation counsel for any party in the case and (c) not a director, officer or shareholder in the Plaintiff corporation.

    On behalf of Mr. Wolk, I also wish to inform the Court that Mr. Wolk is one of several non-party investors who provided funds to Plaintiff's litigation counsel to pursue Plaintiff's case against Defendant. If the Plaintiff had been successful on its case against Defendant, then Plaintiff would have become obligated, under those circumstances, to pay certain sums to these non-party investors on account of the investment. Plaintiff's case was not successful against Defendant - - and, therefore, the sums invested have been lost.

    On behalf of Mr. Wolk, I further advise the Court that Mr. Wolk is listed as a "registered agent" with the Colorado Secretary of State as a person to whom legal papers can be served as a representative on behalf of the corporate Plaintiff. However, that "registered agent" status has nothing to do with the fact that Mr. Wolk is (a) not a party in the case, (b) not litigation counsel for any party in the case and (c) not a director, officer or shareholder in the Plaintiff corporation.

    I await Your Honor's decision as to whether Mr. Wolk's attendance at the May 7 conference is still required.

                                 Respectfully submitted,

                                 /S/ Edward W. Millstein

cc: all counsel via ECF system

1845 Walnut Street • Suite 1600 • Philadelphia, Pennsylvania 19103
Telephone: 215 925 8200 • Fax: 267 639 5422