IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## ENTRY OF APPEARANCE

Edward W. Millstein, Esq., of the law firm Sacks Weston Millstein Diamond, LLC, pursuant to D.C.COLO.LCivR 11.1(A), hereby enters his appearance as counsel of record for Miscellaneous Party Michael B. Wolk. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

Dated this 5th day of May, 2015

                                              Edward W. Millstein, Esq.
                                              SACKS WESTON MILLSTEIN DIAMOND, LLC
                                              1845 Walnut Street, Suite 1600
                                              Philadelphia, PA 19103
                                              Tel: (215) 925-8200
                                              Fax: (267) 639-5422
                                              e-mail: tmillstein@swpdlaw.com

                                              *Attorney for Miscellaneous Party Michael B. Wolk*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 205, I filed electronically the foregoing ENTRY OF APPEARANCE OF EDWARD W. MILLSTEIN, ESQ. with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott, Esq.
Brownstein Hyatt Farber Schreck, LLP-Denver

James Ryan Molen, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP

Jon-Jamison Hill, Esq.
Eisner Kahan & Gorry

Mark Todd Barnes, Esq.
Brownstein Hyatt Farber Schreck, LLP-Denver

Robert Steven Chapman, Esq.
Sauer & Wagner LLP

Holly C. Ludwig, Esq.
Lewis Roca Rothgerber LLP-Denver

Frederick J. Baumann, Esq.
Lewis Roca Rothgerber LLP-Denver

James William Quinn, Esq.
Weil Gotshal & Manges, LLP-New York

Randi Wolkenbreit Singer, Esq.
Weil Gotshal & Manges, LLP-New York

Mark Wilson Williams, Esq.
Sherman & Howard, L.L.C.-Denver

_____
Edward W. Millstein, Esq.
SACKS WESTON MILLSTEIN DIAMOND, LLC

*Attorney for Miscellaneous Party Michael B. Wolk*