IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

---

**MICHAEL WOLK'S EMERGENCY MOTION FOR AN ORDER EXCUSING HIM FROM ATTENDING THE MAY 7, 2015 MOTIONS HEARING**

---

Michael B. Wolk ("Wolk"), by and through its undersigned counsel, hereby submits this Emergency Motion for an Order excusing Wolk from attending the May 7, 2015 Motions Hearing. *See* Docket No. 114.

On November 18, 2014, The Walt Disney Company ("TWDC") issued a Deposition Subpoena and Subpoena to Produce pursuant to Rule 69 to Stan Lee Media, Inc. ("SMLI"). *See* Docket No. 92. The Rule 69 Subpoena requests that SMLI appear to give testimony and produce certain documents on December 15, 2014. *Id.*

Wolk is not a party to this action. He is not litigation counsel in this matter. He is not even the registered agent for SMLI. Rather, he is the proprietor of SMLI's registered agent, which is the Law Offices of Michael B. Wolk. *See* Docket No. 92-1.

According to TWDC's Motion to Confirm Service of its Rule 69 Subpoena, TWDC's process server unsuccessfully attempted to serve Mr. Wolk at three different addresses: (1) 2650

1

Juilliard Street, Boulder, CO; (2) Mr. Wolk's home in Livingston, NJ; and, (3) 570 Lexington Avenue, New York, NY. *See* Docket No. 92.

In response to TWDC's Motion to Confirm Service, SMLI argued that, contrary to D.C.Colo.L.Civ.R. 30.1, TWDC made no attempt to schedule the SMLI deposition and document production at a mutually convenient time, date and location. *See* Docket No. 97. TWDC instead unilaterally scheduled the deposition and document production, then filed a motion to compel in the guise of a motion to confirm service. *Id.*

TWDC replied by asserting the following: (1) that SMLI and its counsel nevertheless refused to accept services of its Rule 69 Subpoena; (2) SLMI refused to appear for a deposition and produce documents until after the Tenth Circuit affirmed dismissal of the action; and, (3) SMLI refused to provide dates for the deposition and document production even after the Tenth Circuit affirmed dismissal. *See* Docket No. 100.

This briefing has prompted this Honorable Court to enter a Minutes Order scheduling a Motions Hearing on May 7, 2015 at 1:30 PM. *See* Docket No. 114. This Minutes Order further mandates that Wolk attend the hearing. *Id.*

On May 4, 2015, this Honorable Court entered another Order stating, "[t]here is evidence on the record that Mr. Wolk is evading service for [SMLI]." *See* Docket No. 119.

Given the TWDC's attempts to serve Wolk as the proprietor of SMLI's registered agent, it is understandable that his presence would be required. However, Wolk now moves this Honorable Court to excuse his attendance at the May 7, 2015 Motions Hearing for the two following reasons.

First, Wolk, as the proprietor of SMLI's registered agent, has authorized the undersigned counsel to accept service on behalf of SMLI. The undersigned has likewise advised counsel for

2

TWDC that he will accept service of the Rule 69 Subpoena and help facilitate discovery. *See* E-mails attached as Exhibit A. TWDC's Motion to Confirm Service should be declared moot and the Hearing should be taken off calendar because TDWC has obtained the relief sought in its Motion. In the alternative, Wolk should be excused from attending the Hearing since the undersigned counsel has been authorized to accept service on behalf of SMLI.

Second, Wolk suffers from a serious medical condition. If this Honorable Court wishes, the undersigned counsel can provide a letter from Wolk's doctor confirming his condition. This letter should be accepted under seal in order protect Wolk's medical privacy. If the May 7, 2015 Hearing is to proceed and Wolk's attendance is still deemed necessary, then this Honorable Court should permit the undersigned counsel to appear on Wolk's behalf. Further, because the undersigned counsel was recently admitted to practice in this District on April 29, 2015, it is respectfully requested that the Hearing be postponed so as to enable counsel to make the necessary travel and work arrangements.

WHEREFORE, Michael Wolk respectfully requests that this Honorable Court enter an Order excusing him from attending the May 7, 2015 Motions Hearing pursuant to the Minutes Order of April 2, 2015.

DATED this 5th day of May, 2015 .        Respectfully submitted,

/s/ *Edward W. Millstein*
Edward W. Millstein, Esq.
SACKS WESTON MILLSTEIN DIAMOND, LLC
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 925-8200
Fax: (267) 639-5422
e-mail: tmillstein@swpdlaw.com

*Attorney for Miscellaneous Party Michael B. Wolk*

3

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), counsel for Michael Wolk met and conferred with counsel for The Walt Disney Company ("TWDC") on April 5, 2015. The undersigned counsel advised that he would accept service on behalf of Stan Lee Media, Inc. Counsel "TWDC" stated that she would advise her client and provide a response. Given the time-sensitive nature of this Emergency Motion, it has been filed pending TWDC's response.

/s/ *Edward W. Millstein*
Edward W. Millstein, Esq.
SACKS WESTON MILLSTEIN DIAMOND, LLC

*Attorney for Miscellaneous Party Michael B. Wolk*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 205, I filed electronically the foregoing EMERGENCY MOTION FOR AN ORDER EXCUSING MICHAEL WOLK FROM ATTENDING THE MAY 7, 2015 HEARING with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

John V. McDermott, Esq.
Brownstein Hyatt Farber Schreck, LLP-Denver

James Ryan Molen, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP

Jon-Jamison Hill, Esq.
Eisner Kahan & Gorry

Mark Todd Barnes, Esq.
Brownstein Hyatt Farber Schreck, LLP-Denver

Robert Steven Chapman, Esq.
Sauer & Wagner LLP

Holly C. Ludwig, Esq.
Lewis Roca Rothgerber LLP-Denver

Frederick J. Baumann, Esq.
Lewis Roca Rothgerber LLP-Denver

James William Quinn, Esq.
Weil Gotshal & Manges, LLP-New York

Randi Wolkenbreit Singer, Esq.
Weil Gotshal & Manges, LLP-New York

Mark Wilson Williams, Esq.
Sherman & Howard, L.L.C.-Denver

/s/ *Edward W. Millstein*
Edward W. Millstein, Esq.
SACKS WESTON MILLSTEIN DIAMOND, LLC

*Attorney for Miscellaneous Party Michael B. Wolk*

5