## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC

      Plaintiff,

v.

THE WALT DISNEY COMPANY,

      Defendant.

---

## DECLARATION OF EDWARD MILLSTEIN IN SUPPORT OF MICHAEL WOLK'S EMERGENCY MOTION FOR AN ORDER EXCUSING HIM FROM ATTENDING THE MAY 7, 2015 MOTIONS HEARING

---

I, Edward W. Millstein, declare under penalty of perjury as follows:

1.     I am a partner of Sacks Weston Millstein Diamond, LLC and am admitted to practice in the Commonwealth of Pennsylvania and before this Court.

2.     On May 5, 2015, I entered my appearance on behalf of Michael Wolk ("Wolk"). *See* Docket No. 120.

3.     Wolk is the proprietor of the Law Offices of Michael B. Wolk. He is not a party to this action and his is not litigation counsel.

4.     The Law Offices of Michael B. Wolk is the registered agent for Stand Lee Media, Inc. ("SMLI") in the State of Colorado. *See* Docket No. 92-1.

5.     According to its Motion to Confirm Service, The Walt Disney Company ("TWDC") attempted to serve Wolk with its Rule 69 Subpoena on three occasions. *See* Docket No. 92.

1

6.     In response to TWDC's Motion to Confirm Service, SMLI argued that, contrary

to D.C.Colo.L.Civ.R. 30.1, TWDC made no attempt to schedule the SMLI deposition and

document production at a mutually convenient time, date and location. *See* Docket No. 97.

Further, that TWDC's Motion to Confirm Service was actually a motion to compel. *Id.*

7.     TWDC replied by asserting the following: (1) that SMLI and its counsel

nevertheless refused to accept services of its Rule 69 Subpoena; (2) SLMI refused to appear for a

deposition and produce documents until after the Tenth Circuit affirmed dismissal of the action;

and, (3) SMLI refused to provide dates for the deposition and document production even after

the Tenth Circuit affirmed dismissal.

8.     As a result of the aforementioned briefing, this Honorable Court has scheduled a

Motions Hearing for May 7, 2015. *See* Docket No. 114. This Honorable Court has ordered Wolk

to appear at the aforesaid Motions Hearing. *Id.*

9.     This Honorable court has stated that "[t]here is evidence on the record that Mr.

Wolk is evading service for [SMLI]." *See* Docket No. 119.

10.    Wolk has authorized the undersigned counsel to accept service on behalf of

SMLI.

11.    The undersigned counsel has advised counsel for TWDC that he would accept

service on behalf of SMLI and facilitate TWDC's discovery efforts. *See* E-mails attached as

Exhibit A.

12.    Since the undersigned counsel may accept service on behalf of SMLI, Wolk's

attendance at the May 7, 2015 Hearing should no longer be required. Likewise, TWDC's Motion

to Confirm Service should be declared moot.

2

13.     Wolk is also unable to attend the May 7, 2015 Hearing due to a serious medical condition.

14.     The undersigned counsel possesses a letter from Wolk's doctor documenting his medical condition, and will provide the same under seal to this Honorable Court if it so wishes.


I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 5th day of May, 2015 in Philadelphia, Pennsylvania.


/s/ *Edward W. Millstein*
Edward W. Millstein, Esq.
SACKS WESTON MILLSTEIN DIAMOND, LLC

*Attorney for Miscellaneous Party Michael B. Wolk*