*Exhibit A*

**Ted Millstein** <tmillstein@swpdlaw.com>  Mon, May 4, 2015 at 5:05 PM
To: Randi Singer <randi.singer@weil.com>
Cc: Jeremy Abay <jabay@swpdlaw.com>

Ms. Singer,
I write on behalf of Michael Wolk. I tried calling you earlier but wanted to get to you as soon as possible.
Mr. Wolk has not been avoiding service. I am authorized to accept service on behalf of Mr. Wolk, as registered agent for Stan Lee Media, Inc. Accepting service should obviate the need for the hearing before Magistrate Judge Tafoya on May 7. If you belief the hearing is still required, I would like to schedule a brief call to fulfill our meet and confer obligation prior to our filing a motion.
Best regards,
Ted Millstein

# Ted Millstein
**Sacks Weston Millstein Diamond**
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103

Tel: (215) 925-8200
Fax: (267) 639-5422

**PLEASE NOTE THAT OUR FIRM'S NAME, TELEPHONE NUMBER AND FAX NUMBER HAVE CHANGED. PLEASE UPDATE YOUR RECORDS.**

This transmission contains information that is confidential or privileged and is intended only for the recipient identified above. If you received this transmission in error, please notify the sender immediately, delete all copies and be aware that any disclosure, copying, distribution or use of the contents of this transmission is strictly prohibited.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Singer, Randi** <randi.singer@weil.com>  Tue, May 5, 2015 at 10:08 AM
To: Ted Millstein <tmillstein@swpdlaw.com>
Cc: Jeremy Abay <jabay@swpdlaw.com>, "Quinn, James" <james.quinn@weil.com>

Dear Mr. Millstein:

We respectfully disagree with your characterizations. Moreover, we asked Mr. Chapman, SLMI's counsel of record, to accept service before bringing the motion last November and he refused to do so. If SLMI wishes to avoid a hearing, it can do so by arranging to tender full payment of the judgment with interest in certified funds or wire transfer by close of business tomorrow.

As you have not entered a notice of appearance in the Colorado case and are not admitted to practice in the District of Colorado, I do not believe that we have any obligation to meet and confer.

Very truly yours,



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

**Ted Millstein** <tmillstein@swpdlaw.com>   Tue, May 5, 2015 at 10:28 AM
To: "Singer, Randi" <randi.singer@weil.com>
Cc: Jeremy Abay <jabay@swpdlaw.com>, "Quinn, James" <james.quinn@weil.com>

Ms. Singer,

I am admitted in the District of Colorado and am filing my entry of appearance today. I am authorized to accept service on behalf of Mr. Wolk and SLMI. SLMI is willing to participate in discovery in aid of execution. It is not, however, in the position to tender payment in full by close of business tomorrow.

I cannot speak to Mr. Chapman' refusal to accept service. As to Mr. Wolk, there was no intention to avoid service. Moreover, he is suffering from a medical condition and has been unable to work for several months.

I fail to see why there is a need for a hearing in light of my offer.

Upon confirmation of my entry of appearance, I will contact you for a meet and confer.

Sent from my iPhone

**Ted Millstein** <tmillstein@swpdlaw.com>　　　　　　　　　　Tue, May 5, 2015 at 2:04 PM

To: "Singer, Randi" <randi.singer@weil.com>
Cc: Jeremy Abay <jabay@swpdlaw.com>, "Quinn, James" <james.quinn@weil.com>

As you are now aware, I am admitted and have entered my appearance. Since The Walt Disney Company has not agreed to my offer the accept service and facilitate discovery, I am left with no choice but to file an emergency motion. You have previously refused to meet and confer. I again invite you to do so, both to meet our obligations under the local rules and hopefully resolve the outstanding issues.
Kindly contact me immediately as I need to file the motion within the hour.

Sent from my iPhone