IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02663-WJM-KMT | Date: | May 07, 2015 |
| Courtroom Deputy: | Ellen E. Miller | FTR: | Courtroom C-201 |

*Parties:*                                                          *Counsel:*

STAN LEE MEDIA, INC.,                                  Robert S. Chapman
                                                                         Jon-Jamison Hill
                                                                         Mark T. Barnes

   Plaintiff,

v.

THE WALT DISNEY COMPANY,                      Randi W. Singer
                                                                         Holly C. Ludwig

   Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**
 1:33 p.m.     **Court in session.**

Court calls case. Appearances of counsel.

Status of the case is reviewed.

Counsel for Mr. Wolk advises the Court an agreement as to the service of the subpoena has been reached.

**ORDERED:**      Mr. Millstein, on behalf of Michael B. Wolk, shall accept service of a subpoena as to deposition testimony and production of documents. Deadline for Mr. Wolk to produce documents to Walt Disney Company is **on or before MAY 21, 2015**.
The deposition of Mr. Wolk is scheduled for **JUNE 17, 2015.**

**ORDERED:**        The Walt Disney Company's Motion to Confirm Service of Depositions Subpoena and Subpoena to Produced Pursuant to Rule 69 to Stan Lee Media, Inc. [Docket No. **92,** filed December 06, 2014] is **DENIED AS MOOT** for reasons as set forth on the record.

The Court hears argument on the pending motions to withdraw as counsel.

**ORDERED:**        Motion to Withdraw as Counsel for Stan Lee Media, Inc. [Docket No. **105**, filed March 12, 2015] is **TAKEN UNDER ADVISEMENT.**
Attorneys Robert S. Chapman and Jon-Jamison Hill are not withdrawn as counsel for Plaintiff Stan Lee Media, Inc. at this time.

**ORDERED:**        Expedited Motion to Withdraw as Counsel [Docket No. **107**, filed March 13, 2015] is **GRANTED** for reasons as set forth on the record.
Attorneys John V. McDermott and Mark T. Barnes are withdrawn as counsel for Plaintiff Stan Lee Media, Inc.

**ORDERED:**        Within three (3) business days of the deposition of Mr. Wolk, attorneys Edward W. Millstein and Randi Singer shall file a STATUS REPORT advising the Court if the deposition was had and was completed. The Court anticipates ruling on the Motion to Withdraw [Docket No. 105] following receipt of the Status Report.

**Court in recess.**

**2:10 p.m.**    Hearing concluded.
Total in-court time:   00:37

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.