**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.
_____
**THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS
REPORT**
_____

    The Walt Disney Company ("TWDC") respectfully submits this Supplemental Discovery Status Report to update the Court on the status of discovery since the May 7, 2015 hearing before your Honor on this matter and to seek the Court's help in obtaining compliance with the Court's May 7, 2015 Order (the "Order").

    During the May 7 hearing, Michael Wolk and his counsel, Theodore Millstein, represented to the Court that they would accept service of TWDC's Rule 69 subpoena to Stan Lee Media, Inc. ("SLMI").  Accordingly, the Court *ordered*:  (1) TWDC to serve its Rule 69 subpoena on SLMI by May 8, 2015; (2) the production of responsive documents on or before May 21, 2015; and (3) that Mr. Wolk's deposition be held June 17, 2015.  *See* Docket No. 124.  TWDC has complied with the Order.  SLMI and Mr. Wolk have not.

    On May 8, 2015, TWDC served its Rule 69 subpoena and deposition notice on Mr. Millstein, copying SLMI's counsel, Mr. Chapman.  Neither Mr. Wolk nor SLMI has produced a single document in response.  Instead, on May 21, Mr. Wolk and Mr. Millstein provided the attached "Objections from Non-Party, Michael B. Wolk To Defendant's Subpoena And

Declaration From Non-Party Michael B. Wolk That He Has No Knowledge Of Any Plaintiff Assets That Have Any Present Market Value." *See* Exhibit 1. There, counsel asserts that "Plaintiff has not authorized Mr. Wolk or the Wolk Firm to testify or produce documents on behalf of Plaintiff in response to the Plaintiff Subpoena." On May 27, 2015, TWDC wrote to counsel for Mr. Wolk and SLMI hoping to break this impasse – which neither Mr. Millstein or Mr. Chapman even suggested existed at the May 7 hearing. A copy of TWDC's letter is attached as Exhibit 2. TWDC's effort failed.

Mr. Millstein also filed an objection to TWDC's subpoena as counsel to non-party TAP-SLMI, LLC ("TAP-SLMI") claiming that TWDC's subpoena to SLMI cannot be enforced against TAP-SLMI. *See* Exhibit 3. That objection ignores that TWDC served the subpoena on SLMI, requiring it, not TAP-SLMI, to produce any TAP-SLMI documents in its possession, custody or control. Mr. Millstein also objected that some of the requested documents are confidential, a concern which is mooted by the Protective Order that the Court issued in this action. *See* Docket No. 60. Finally, Mr. Millstein objected that documents concerning litigation funding are privileged. This objection is misplaced; TWDC is not seeking documents relating to strategy in an ongoing litigation, but is seeking information necessary to enforce this Court's judgment. *See, e.g., Leader Techns., Inc. v. Facebook, Inc.*, 719 F. Supp. 2d 373, 376-77 (D. Del. 2010) (compelling disclosure of documents pertaining to litigation financing).

Mr. Chapman, an officer of the Court who remains counsel of record to SLMI, and who first received TWDC's subpoena nearly *seven* months ago, has stood silent since the May 7 hearing and not served or filed anything in response to TWDC's subpoena.

In view of the above, TWDC respectfully requests that the Court enter an order requiring that Mr. Wolk or SLMI produce documents responsive to TWDC's subpoena by June 8, 2015. If SLMI and Mr. Wolk fail to comply with such an order, TWDC will pursue its available remedies, including, but not limited to, requesting that the Court hold Mr. Wolk and SLMI in contempt.

In closing, TWDC notes that it presently intends to proceed with this Court's ordered June 17, 2015 deposition of Mr. Wolk.

TWDC is available at the Court's convenience should there be any questions or wish to discuss this matter further.

DATED this 3rd day of June, 2015.    Respectfully submitted,

      /s/  James W. Quinn

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
Randi W. Singer
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

*Attorneys for Defendant The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2015, I filed electronically the foregoing **THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS REPORT** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

Robert S. Chapman
Jon-Jamison Hill
EISNER, KAHAN & GORRY
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90212
Telephone:  (310) 855-3200
Email:  rchapman@eisnerlaw.com
            jhill@eisnerlaw.com


Ted Millstein
Sacks Weston Millstein Diamond
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
Telephone: (215) 925-8200
Email: tmillstein@swpdlaw.com


I hereby certify that on this 3rd day of June, 2015, I filed electronically the foregoing **THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS REPORT** was served by electronic mail upon the following:

Robert S. Chapman
rchapman@swattys.com

Jon-Jamison Hill
jhill@tocounsel.com


                                                                              _/s/  Holly C. Ludwig_