IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

       Plaintiff,

v.

THE WALT DISNEY COMPANY,

       Defendant.

---

**PLAINTIFF'S COUNSEL OF RECORD'S
RESPONSE TO THE WALT DISNEY COMPANY'S
SUPPLEMENTAL DISCOVERY STATUS REPORT**

---

The Court has asked Stan Lee Media, Inc.'s ("*SLMI*") remaining counsel of record to provide a response to the Supplemental Discovery Status Report ("*Report*") that The Walt Disney Company ("*Disney*") submitted on June 30, 2015. The following responds to that Report and provides the Court with additional information about the status of the pending post-judgment discovery.

At the May 7, 2015 hearing, Michael Wolk, who is SLMI's agent for service of process, and Edward Millstein, who is Mr. Wolk's attorney, agreed to accept service of a deposition subpoena setting Mr. Wolk's deposition. They also agreed to produce documents responsive to the subpoena and negotiated a document production deadline they felt was reasonable. Finally, they chose a date and locale for Mr. Wolk's deposition. This is all reflected in the Court's May 7, 2015 minute order. [Dkt. No. 124.]

1

On May 8, 2015, Disney re-served its deposition subpoena by sending it to Mr. Millstein, which was the service method agreed to at the prior day's hearing. [Dkt. No. 127, at 1.] Based on Mr. Wolk's and Mr. Millstein's representations to the Court, SLMI's counsel of record believed that Mr. Wolk and Mr. Millstein would provide a good faith response to the subpoena, produce any responsive, non-privileged documents, and ensure Mr. Wolk's appearance at deposition.

On May 29, 2015, Disney's attorneys forwarded a meet and confer letter to SLMI's counsel of record contending that Mr. Wolk's response to the document production aspects of the subpoena was inadequate. The letter itself is dated May 27, 2015, and Disney apparently sent it to Mr. Millstein a couple of days earlier. [Dkt. No. 127, Ex. 2.]

Upon receipt of Disney's letter, SLMI's counsel of record immediately attempted to contact SLMI representatives to discuss the issues Disney raised. Robert Chapman called Mr. Wolk, who has been counsel's point of contact with SLMI throughout the pendency of this lawsuit. Jon-Jamison Hill called Jose Abadin, who is a member of SLMI's board of directors. Neither Mr. Wolk, nor Mr. Abadin, returned counsel's calls. Mr. Chapman placed later calls to Mr. Wolk and his attorney, Mr. Millstein, to follow up, but again those calls were not returned. This is indicative of SLMI's ongoing refusal to communicate with its counsel of record, which has persisted for months. Indeed, this is the very reason Mr. Chapman and Mr. Hill filed their motion to withdraw in March. [Dkt. No. 105, at 2.] Since Mr. Wolk and Mr. Abadin will not communicate with them, SLMI's counsel of record cannot provide any addition or supplement to the subpoena response Mr. Wolk himself has already provided.

SLMI's representatives continue to put Mr. Chapman and Mr. Hill in the unfair position of having to remain counsel of record for a client that will not communicate with them.

2

Mr. Chapman and Mr. Hill were candid with the Court about the issue when filing their motion to withdraw in March and addressing their reasons for withdrawal at the May 7, 2015 hearing. At the same time, counsel's duties of loyalty and confidentiality to SLMI restrain them from disclosing further details about the situation. Mr. Chapman and Mr. Hill reiterate that, based on SLMI's conduct and continued refusal to communicate with them, they are unable to effectively represent SLMI in this matter. This is a fundamental basis for withdrawal from representation under Colo. R.P.C. 1.16(b). For this reason, Mr. Chapman and Mr. Hill ask the Court to now grant the motion to withdraw that it took under advisement on May 7, 2015, and immediately permit them to withdraw as counsel.

Dated this 8th day of June, 2015.

/s/ Jon-Jamison Hill
Jon-Jamison Hill
1840 Century Park East, Suite 500
Los Angeles, California  90067
Phone:  310-557-2009
Email:  jhill@tocounsel.com

Robert S. Chapman
1801 Century Park East, Suite 1150
Los Angeles, California  90067
Phone:  310-712-8100
Email:  rchapman@swattys.com

Attorneys for Plaintiff Stan Lee Media, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2015, I electronically filed the foregoing **PLAINTIFF'S COUNSEL OF RECORD'S RESPONSE TO THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS REPORT** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James W. Quinn
R. Bruce Rich
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
bruce.rich@weil.com
randi.singer@weil.com

Frederick J. Baumann
Holly C. Ludwig
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202
Tel:  (303) 623-9000
Fax: (303) 623-9222
fbaumann@rothgerber.com
hludwig@rothgerber.com

Edward W. Millstein
SACKS WESTON MILLSTEIN DIAMOND
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel:  (215) 925-8200
Fax:  (267) 639-5422
tmillstein@swpdlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Jon-Jamison Hill*
　　　　　　　　　　　　　　　　　　　　　　　Jon-Jamison Hill

4