IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## AFFIDAVIT OF RANDI W. SINGER IN SUPPORT OF THE WALT DISNEY COMPANY'S MOTION FOR ATTORNEYS' FEES

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP ("Weil") and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Lewis Roca Rothgerber LLP ("LRR"), Weil is counsel to Defendant/Appellee The Walt Disney Company ("TWDC") in this action.

2. I submit this Affidavit in support of TWDC's motion for attorney's fees.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Tenth Circuit's May 26, 2015 Order in *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 13-1407.

4. Attached hereto as Exhibit 2 is a true and correct copy of TWDC's Motion for Attorney's Fees and accompanying Affidavit with exhibits in *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 13-1407.

5.  Attached hereto as Exhibit 3 is a true and correct copy of Stan Lee Media, Inc.'s Opposition to TWDC's Motion for Attorney's Fees in *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 13-1407.

6.  Attached hereto as Exhibit 4 is a true and correct copy of TWDC's Reply Memorandum of Law in Further Support of its Motion for Attorney's Fees in *Stan Lee Media, Inc. v. The Walt Disney Co.*, No. 13-1407.

I declare under penalty of perjury that the foregoing facts are true and correct. This affidavit was executed on the 11th day of June, 2015 in New York, New York.

_____
Randi W. Singer