# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

## THE WALT DISNEY COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY DISCOVERY STATUS REPORT
_____

The Walt Disney Company ("TWDC") respectfully submits this Motion for an Extension of Time to File its Reply Discovery Status Report.

On June 3, 2015, TWDC filed its Supplemental Discovery Status Report ("Status Report") regarding TWDC's subpoena to Stan Lee Media, Inc. ("SLMI"). ECF No. 127. Counsel for SLMI and counsel for Michael Wolk filed responses to TWDC's Status Report on June 9, 2015 and June 10, 2015, respectively. ECF Nos. 129-130. The Court then ordered that TWDC file its reply discovery status report by June 17, 2015. ECF No. 131. As per this Court's May 7, 2015 Order, the deposition of Michael Wolk has also been scheduled for June 17, 2015. *See* ECF No. 124. The Court also ordered that, within three business days of the deposition of Mr. Wolk, attorneys for Mr. Wolk and TWDC file a status report advising the Court if the deposition was had and was completed. *Id.* Presuming that Mr. Wolk's deposition occurs, TWDC will therefore be filing a status report on or before June 22, 2015.

As TWDC will be filing a status report after Mr. Wolk's deposition, TWDC respectfully requests a brief extension of time to file its reply discovery status report so that it may combine the two reports.

## CONCLUSION

For the foregoing reasons, TWDC respectfully requests that the Court grant an extension of time for TWDC to file its reply discovery status report until June 22, 2015.

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(A), counsel for TWDC conferred with counsel for SLMI and counsel for Michael Wolk regarding the subject matter of this motion on June 12, 2015.  Counsel for Mr. Wolk does not object to this motion.  Despite requesting a response by June 15, 2015, counsel for SLMI has not informed TWDC whether or not they will oppose this motion.

DATED this 15th day of June, 2015.         Respectfully submitted,

 /s/  James W. Quinn

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
Randi W. Singer
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

*Attorneys for Defendant The Walt Disney Company*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2015, the foregoing **THE WALT DISNEY COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY DISCOVERY STATUS REPORT** was filed electronically with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

Robert S. Chapman
Sauer & Wagner LLP
1801 Century Park East
Suite 1150
Los Angeles, CA 90067
Telephone: (310) 712-8111
Email: rchapman@swattys.com

Jon-Jamison Hill
Theodora Oringher
1840 Century Park East
Suite 500
Los Angeles, CA 90067
Telephone: (310) 557-2009
jhill@tocounsel.com

Ted Millstein
Sacks Weston Millstein Diamond
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
Telephone: (215) 925-8200
Email: tmillstein@swpdlaw.com

                                                                                                */s/ Holly C. Ludwig*