IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## [PROPOSED] ORDER GRANTING THE WALT DISNEY COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY DISCOVERY STATUS REPORT

THIS MATTER having come before the Court on The Walt Disney Company's ("TWDC") Motion for an Extension of Time to File Its Reply Discovery Status Report ("Motion"), and the Court, being otherwise fully advised in the premises, declares that it is hereby:

ORDERED that the Motion is GRANTED. TWDC shall file its reply discovery status report on or before June 22, 2015.

DATED: _____

BY THE COURT:

_____
U.S. District Court Judge

2005417793_1