IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02663–WJM–KMT

STAN LEE MEDIA, INC.,

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## ORDER

    This matter is before the court on Robert S. Chapman's and Jon-Jamison Hill's "Motion to Withdraw as Counsel for Stan Lee Media, Inc." [Doc. No. 105]. This matter has been fully briefed and an extensive motions hearing was conducted by this court on May 7, 2015. (Transcript of Hearing [Doc. No. 125].) Since the transcript is of record, there is no purpose to be served by reviewing the underlying circumstances again in this Order.

    At the May 7, 2015 hearing, the court took the above-referenced motion under advisement and notified counsel for Plaintiff that if the deposition of subpoenaed deponent Michael B. Wolk, represented in this case by Edward W. Millstein, was successfully taken on June 17, 2015, the court would likely grant the motion at that time.

    The Walt Disney Company has advised the court that although Mr. Wolk produced no

responsive documents to the subpoena, he appeared and completed his deposition on June 17, 2015. ("The Walt Disney Company's Reply Discovery Status Report and Status Report on the Deposition of Michael B. Wolk" [Doc. No. 137] at 1.)   The court was further advised that the defendant has served Mr. Wolk with a subpoena pursuant to Rule 45 for testimony and documents from a non-party entity, TAP-SLMI. (*Id.* at 3.)   Mr. Millstein, on behalf of non-party TAP-SLMI, LLC, has filed a Motion to Quash that Subpoena.   [Doc. No. 140.]   That motion has not yet been fully briefed.

Defendant filed "The Walt Disney Company's Motion for Attorneys Fees" on June 11, 2015.   That motion is pending before the District Court.   A response to that motion on behalf of Plaintiff Stan Lee Media, Inc., if any, should have been filed no later than July 2, 2015.[1]   No response was filed.   Therefore, the matter is ripe for ruling and attorney representation for Plaintiff is not required for the court to issue its order.

Mr. Chapman and Mr. Hill have remained counsel for Plaintiff Stan Lee Media, Inc. through the completion of Mr. Wolk's June 17, 2015 deposition as required.   Additionally, the court allowed sufficient time for Mr. Chapman and Mr. Hill to file a response to Defendant's most recent request for an award of attorney fees if so directed by their client.

---

[1] If the three days for mailing is allowed, the last date for filing would have been July 5, 2015, a Sunday; therefore, the last day to have filed the response was July 6, 2015.

Therefore, it is **ORDERED**

Robert S. Chapman's and Jon-Jamison Hill's "Motion to Withdraw as Counsel for Stan Lee Media, Inc." [Doc. No. 105] is **GRANTED**.

Dated this 8th day of July 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge