IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## DECLARATION OF RANDI W. SINGER IN SUPPORT OF THE WALT DISNEY COMPANY'S OPPOSITION TO TAP-SLMI'S MOTION TO QUASH

I, Randi W. Singer, declare under penalty of perjury as follows:

1. I am a partner of Weil, Gotshal & Manges LLP ("Weil") and am duly admitted to practice in the State of New York and before this Court. Together with the law firm Lewis Roca Rothgerber LLP ("LRR"), Weil is counsel to Defendant/Appellee The Walt Disney Company ("TWDC") in this action.

2. I submit this Declaration in support of TWDC's opposition to TAP-SLMI's motion to quash.

3. True and correct copies of the cited excerpts from the Deposition of Michael Wolk are attached hereto as Exhibit 1.

4. After receiving TAP-SLMI's motion to quash, though TWDC maintains that all the information requested in its original subpoena was relevant and discoverable, on July 8, 2015, I wrote to counsel for TAP-SLMI and provided significantly narrowed revised subpoena in

an effort to avoid motion practice. A true and correct copy of my email to TAP-SLMI's counsel attaching the revised subpoena is attached as Exhibit 2.

     5.     To date, TWDC and TAP-SLMI have been unable to resolve the dispute over the TAP-SLMI subpoena.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 27th day of July, 2015 in New York, New York.

                                                       _____
                                                       Randi W. Singer