# Exhibit 2

| | |
|---|---|
| **From:** | Singer, Randi |
| **Sent:** | Wednesday, July 08, 2015 11:18 AM |
| **To:** | tmillstein@swmdlaw.com |
| **Cc:** | Quinn, James; Falk, Jessica |
| **Subject:** | SLMI v. Disney / TAP-SLMI subpoena |
| **Attachments:** | Revised Subpoena to TAP-SLMI.pdf |

Dear Ted,

TWDC is in receipt of TAP-SLMI's motion to quash the non-party subpoena. Though TWDC disagrees with the assertions regarding discoverability and relevance made in the motion, in the spirit of compromise, TWDC is willing to narrow the scope of its requested documents and deposition topics as per the attached revised notice of deposition. We've also updated the proposed date of production of documents to August 10, 2015 and set the date of the proposed deposition to August 17, 2015. Please advise by July 10 whether your client is willing to provide testimony/documents in response to the revised notice.

Regards,



**Randi W. Singer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
randi.singer@weil.com
+1 212 310 8152 Direct
+1 212 310 8007 Fax

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

**REVISED NOTICE OF DEPOSITION AND REQUEST FOR DOCUMENTS TO TAP-SLMI, LLC PURSUANT TO RULES 30(B)(6) AND 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:   **TAP-SLMI, LLC**, 570 Lexington Avenue, 16th Floor, New York, New York 10022

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure 30(b)(6) and 45, Defendant The Walt Disney Company ("TWDC"), by its counsel, will take the deposition upon oral examination of a witness or witnesses to be designated by the TAP-SLMI, LLC ("TAP-SLMI"), who are competent to testify with respect to the matters listed in the attached Exhibit A, commencing at **9:30 a.m. on August 17, 2015** at the office of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, TAP-SLMI is required to designate one or more officers, directors, managing agents or other persons who consent to testify on their behalf regarding the matters set forth in the attached Exhibit A and to produce documents pertaining to the topics set forth in the attached Exhibit B **on or before August 10, 2015**.

The deposition(s) will be conducted under oath by an officer authorized to take such testimony, will be recorded by videotape and/or stenographic means, and will continue from day to day until completed or adjourned.

DATED this 8th day of July, 2015.    Respectfully submitted,

  /s/  James W. Quinn

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
Randi W. Singer
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrlaw.com
hludwig@lrrlaw.com

*Attorneys for Defendant The Walt Disney Company*

2

## EXHIBIT A

## TOPICS FOR RULE 30(b)(6) DEPOSITION

1. All amounts paid by TAP-SLMI for cases involving SLMI and/or any of the Marvel Characters from January 1, 2012 to the present;

2. All agreements concerning the funding of litigation, including agreements regarding advancement or payment of legal or professional fees or reimbursement of legal or professional fees, by TAP-SLMI and/or by or on behalf of SLMI;

3. All communications concerning any motion, application, judgment or potential judgment for attorneys fees payable to TWDC or Marvel, including but not limited to Judge Martinez's July 31, 2014 Order Granting Defendants' Motion for Attorneys Fees in the Amount of $239,940.90 and the Tenth Circuit's May 26, 2015 Order awarding attorneys fees for the appeal and remanding to the district court to determine the amount; and

4. All of the investors in TAP-SLMI.

3

WEIL:\95394773\1\79593.0033

## EXHIBIT B

## TOPICS FOR DOCUMENT PRODUCTION

1. All documents concerning, relating to or reflecting amounts paid by TAP-SLMI for cases involving SLMI and/or any of the Marvel Characters from January 1, 2012 to the present;

2. All documents concerning the funding of litigation, including agreements regarding advancement or payment of legal or professional fees or reimbursement of legal or professional fees, by TAP-SLMI and/or by or on behalf of SLMI;

3. All communications concerning any motion, application, judgment or potential judgment for attorneys fees payable to TWDC or Marvel, including but not limited to Judge Martinez's July 31, 2014 Order Granting Defendants' Motion for Attorneys Fees in the Amount of $239,940.90 and the Tenth Circuit's May 26, 2015 Order awarding attorneys fees for the appeal and remanding to the district court to determine the amount; and

4. Documents sufficient to show all the investors in TAP-SLMI.