# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No.   12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.,

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

## JUDGMENT AWARDING ATTORNEYS' FEES

Pursuant to the Order Granting In Part Defendant's Motion for Attorneys' Fees, entered by the Honorable William J. Martínez, United States District Judge, on July 28, 2015,

IT IS ORDERED that The Walt Disney Company's Motion for Attorneys' Fees (ECF No. 132) is GRANTED IN PART, and the Defendant is AWARDED attorneys' fees in the amount of $81,962.50.

IT IS FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.33 % per annum from the date of entry of this Judgment Awarding Attorneys' Fees.

Dated at Denver, Colorado this   30th   day of July 2015.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk