IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

  Plaintiff,

v.

THE WALT DISNEY COMPANY,

  Defendant.
_____

**THE WALT DISNEY COMPANY'S
SUPPLEMENTAL DISCOVERY STATUS REPORT**
_____

  The Walt Disney Company ("TWDC") respectfully submits this Supplemental Discovery Status Report to update the Court on the status of discovery since the Court's September 8, 2015 Order (the "Order") [Doc. No. 148], denying TAP-SLMI's motion to quash TWDC's subpoena.

  1. The Order holds that "[i]n order to fully investigate whether a fully viable argument can be made that TAP-SLMI should be considered a "party" for the purposes of execution of the judgments wherein attorney's fees and costs were assessed . . . discovery has to be undertaken."

  2. The Court allowed TWDC's Revised Notice of Deposition and Request for Documents to TAP-SLMI, LLC Pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure ("Revised Notice") [Doc. No. 145-3], on a modified basis.

  3. In compliance with the Order, counsel for TWDC and for Mr. Wolk consulted on a date for Mr. Wolk's deposition. Counsel advised that Mr. Wolk was currently undergoing

treatment for a serious mental health condition and he would not have the legal capacity to sit for a deposition before the sixty-day deadline mandated by the Court. To accommodate Mr. Wolk's health issues, counsel for both parties agreed that Mr. Wolk's deposition would be set for December 15, 2015.

4. In compliance with the Order, TWDC served by U.S. Mail an updated version of the Revised Notice on counsel for Mr. Wolk on September 11, 2015. A copy of this subpoena is attached as Exhibit A. The subpoena required that TAP-SLMI produce documents on or before September 25, 2015, and that Mr. Wolk appear for testimony on December 15, 2015, to provide information about, among other things, the source of assets expended on SLMI's behalf in the course of this litigation that Mr. Wolk contends are unavailable to pay judgments resulting from the litigation.

5. Mr. Wolk requested an extension of the September 25, 2015 deadline and TWDC agreed to extend it to October 2, 2015.

6. On October 2, 2015, Mr. Wolk produced some of the documents TWDC subpoenaed in the Revised Notice.[1]

7. TAP-SLMI's limited production reflects that on November 19, 2014 – approximately four months after Judge Martinez awarded TWDC $239,940.90 in attorneys' fees

---

[1] This production included three categories of documents: (1) agreements between TAP-SLMI and various investors; (2) evidence of wire transfers to various law firms from TAP-SLMI's account, from Mr. Wolk's law firm account and from Mr. Wolk's personal account; and (3) certain communications between Mr. Wolk and his counsel. Mr. Wolk's counsel advised that no documents were withheld on the grounds of privilege, so no privilege log was included (Mr. Wolk expressly reserved all claims of privilege with respect to other documents).

2

in his July 31, 2014 Order Granting in Part Defendant's Motion for Attorneys' Fees [Doc. No. 84] – the TAP-SLMI bank account contained ample funds to pay that judgment and the other attorneys' fees ordered in this case.  Indeed, based on TAP-SLMI's production, it appears that after judgment was entered, TAP-SLMI had enough money to pay:

    a. the July 31, 2014, $239,940.90 attorneys' fees judgment entered in this case for the motions to dismiss;

    b. the July 28, 2015, $81,962.50 attorneys' fees judgment for the Tenth Circuit appeal awarded in the Order Granting in Part Defendant's Motion for Attorneys' Fees [Doc. No. 146]; and

    c. the July 29, 2015, $140,960.73 attorneys' fees judgment awarded to TWDC in the Eastern District of Pennsylvania. *See* Order in *Disney Enterprises, Inc. v. Entertainment Theatre Group*, No. 13-cv-05570-JLS, (E.D. Pa. July 29, 2015) [Doc. No. 117].

8. The production does not contain any subsequent information about the TAP-SLMI bank account.  Accordingly, on October 22, 2015, TWDC issued a subpoena for the records of the TAP-SLMI bank account at Chase Bank in order to determine the current balance and any subsequent payments.  A copy of this subpoena, which was duly served on Mr. Wolk, is attached as Exhibit B.

9. In addition to the missing bank records, TAP-SLMI's production had a number of other deficiencies, including missing and/or unsigned investor agreements.

3

10. On October 19, 2015, TWDC wrote to request that TAP-SLMI supplement its production to address these issues by October 26, 2015. A copy of this letter is attached as Exhibit C.

11. On October 30, 2015, TWDC sent an additional letter requesting that TAP-SLMI address the deficiencies that TWDC identified in its October 19 letter. A copy of this letter is attached as Exhibit D.

12. To date, Mr. Wolk has not responded.

Accordingly, TWDC respectfully submits that it will file a Supplemental Discovery Status Report by December 18, 2015, following the expected receipt of records concerning the TAP-SLMI bank account and the scheduled December 15, 2015 deposition of Mr. Wolk.

TWDC is available at the Court's convenience should there be any questions or wish to discuss this matter further.

DATED this 4th day of November, 2015.

                                              Respectfully submitted,

                                               /s/ Frederick J. Baumann

                                              Frederick J. Baumann
                                              Holly C. Ludwig
                                              LEWIS ROCA ROTHGERBER LLP
                                              One Tabor Center, Suite 3000
                                              1200 17th Street
                                              Denver, CO 80202-5855
                                              Tel: (303) 623-9000
                                              Fax: (303) 623-9222
                                              fbaumann@lrrlaw.com
                                              hludwig@lrrlaw.com

Case No. 1:12-cv-02663-WJM-KMT     Document 149     filed 11/04/15     USDC Colorado
pg 4 of 6

        James W. Quinn
        Randi W. Singer
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, NY 10153
        Tel:  (212) 310-8000
        Fax: (212) 310-8007

        *Attorneys for Defendant*
        *The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2015, I filed electronically the foregoing **THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS REPORT** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing upon the following:

Ted Millstein
Sacks Weston Millstein Diamond
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
Telephone: (215) 925-8200
Email: tmillstein@swpdlaw.com

                                                 */s/ Holly C. Ludwig*
                                                 Holly C. Ludwig