# Exhibit C

Case No. 1:12-cv-02663-WJM-KMT   Document 151-3   filed 11/04/15   USDC Colorado
pg 1 of 3

# Weil, Gotshal & Manges LLP

BY E-MAIL

October 19, 2015

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Randi W. Singer**
+1 (212) 310-8152
randi.singer@weil.com

Ted Millstein
Sacks Weston Millstein Diamond
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103

Re: *Stan Lee Media, Inc. v. The Walt Disney Co.*, Case No. 1:12-cv-02663-WJM-KMT

Dear Counsel:

We write on behalf of The Walt Disney Company ("TWDC") regarding TAP-SLMI LLC's ("TAP-SLMI") October 2, 2015 production of documents in response to TWDC's September 11, 2015 subpoena. Without otherwise commenting on the sufficiency of the production or waiving its rights under Fed. R. Civ. P. 45(g), we are writing to request that TAP-SLMI address certain deficiencies in its production by producing:

- Signed copies of:
    1) the Contributor Agreement, dated July 26, 2011
    2) the Contributor Agreement, dated August 24, 2009; and
    3) the Litigation Funding Agreement, dated August 20, 2009;
- A signed copy of the SLC Funding Agreement, dated January 27, 2009, as referenced in the EIG Prior Funder Agreement, as well as any and all amendments to the SLC Funding Agreement;
- Any agreements between Thomas Evans and/or Theme Family LP and TAP-SLMI and/or Michael Wolk reflecting the $750,000 in funding provided by Theme Family LP as referenced in the EIG Prior Funder Agreement;
- Any and all agreements between TAP-SLMI and Michael Wolk, including funding or employment agreements; and
- Any and all amendments to the August 20, 2009 Litigation Funding Agreement.

Please produce all non-privileged documents responsive to the above requests by October 26, 2015. To the extent TAP-SLMI intends to withhold any responsive documents on the basis of the attorney-client privilege, the work product doctrine, or any other privilege or protection recognized by the Federal or Local Rules, please provide a privilege log in compliance with Federal Rule of Civil Procedure 45(e)(2) and the Court's order.

**Weil, Gotshal & Manges LLP**

October 19, 2015
Page 2

By sending you this letter, TWDC is not waiving any of its legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

Randi W. Singer