# Exhibit D

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY E-MAIL

Randi W. Singer
+1 (212) 310-8152
randi.singer@weil.com

October 30, 2015

Ted Millstein
Sacks Weston Millstein Diamond
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103

Re: *Stan Lee Media, Inc. v. The Walt Disney Co.*, Case No. 1:12-cv-02663-WJM-KMT

Dear Ted:

On October 19, 2015, I wrote regarding some of the deficiencies in TAP-SLMI's October 2, 2015 production of documents in response to TWDC's September 11, 2015 subpoena, requesting a response by October 26. To date, we have not had a response to that letter, which requested:

- Signed copies of:
    1) the Contributor Agreement, dated July 26, 2011;
    2) the Contributor Agreement, dated August 24, 2009; and
    3) the Litigation Funding Agreement, dated August 20, 2009;
- A signed copy of the SLC Funding Agreement, dated January 27, 2009, as referenced in the EIG Prior Funder Agreement, as well as any and all amendments to the SLC Funding Agreement;
- Any agreements between Thomas Evans and/or Theme Family LP and TAP-SLMI and/or Michael Wolk reflecting the $750,000 in funding provided by Theme Family LP as referenced in the EIG Prior Funder Agreement;
- Any and all agreements between TAP-SLMI and Michael Wolk, including funding or employment agreements; and
- Any and all amendments to the August 20, 2009 Litigation Funding Agreement.

Please produce these documents immediately. In addition, to the extent TAP-SLMI intends to withhold any responsive documents on the basis of the attorney-client privilege, the work product doctrine, or any other privilege or protection recognized by the Federal or Local Rules, please provide a privilege log in compliance with Federal Rule of Civil Procedure 45(e)(2) and the Court's order.

The Court's September 8 Order provided that Mr. Wolk's deposition was to take place within 60 days. While in deference to Mr. Wolk's health, we have agreed to delay his deposition until December 15, we intend to file a status report with the Court next week.

**Weil, Gotshal & Manges LLP**

October 30, 2015
Page 2

By sending you this letter, TWDC is not waiving any of its legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

Randi W. Singer