IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.
_____

**THE WALT DISNEY COMPANY'S
SECOND SUPPLEMENTAL DISCOVERY STATUS REPORT**
_____

    The Walt Disney Company ("TWDC") respectfully submits this Second Supplemental Discovery Status Report to update the Court on the status of discovery since November 4, 2015. *See* The Walt Disney Company's Supplemental Discovery Status Report [Doc. No. 149] (the "November Status Report").

    1.    As noted in the November Status Report, TWDC conferred with counsel for Michael Wolk in order to set a date for Mr. Wolk's deposition, which the parties agreed would take place on December 15, 2015. *See* November Status Report at ¶¶ 3-4.

    2.    At the end of November, counsel for Mr. Wolk contacted TWDC's counsel and reported that Mr. Wolk was experiencing certain medical issues affecting his competency and ability to testify and that Mr. Wolk would not be able to be deposed on December 15, 2015, as had been agreed. On December 15, 2015, Mr. Wolk's Counsel forwarded TWDC a letter from Mr. Wolk's current doctor. In the letter, the doctor explained that Mr. Wolk is currently

suffering from a cognitive impairment and that the doctor is uncertain when Mr. Wolk will be available to sit for a deposition.

3. Separately, Mr. Wolk's Counsel also relayed that because of his client's illness, he had been unable to follow up and obtain the additional documents necessary to address the deficiencies TWDC noted in its October 19, 2015 letter regarding TAP-SLMI's October production. *See id.* at ¶¶ 9-11. TWDC will, while reserving all rights, continue to work with Mr. Wolk's Counsel to cure these deficiencies and to proceed with Mr. Wolk's deposition.

4. Last, as reported in the November Status Report, TWDC submitted a subpoena to Chase Bank on October 22, 2015, seeking additional information on the TAP-SLMI bank account. *See id.* at ¶ 8. TWDC expects to receive the requested documents in the beginning of January.

Accordingly, TWDC respectfully submits that it will file a Supplemental Discovery Status Report by January 29, 2016, following the receipt of records concerning the TAP-SLMI bank account.

TWDC is available at the Court's convenience should there be any questions or wish to discuss this matter further.

DATED this 18th day of December, 2015.

                Respectfully submitted,

                 /s/  Frederick J. Baumann
                Frederick J. Baumann
                Holly C. Ludwig
                LEWIS ROCA ROTHGERBER LLP
                One Tabor Center, Suite 3000
                1200 17th Street
                Denver, CO 80202-5855
                Tel: (303) 623-9000
                Fax: (303) 623-9222
                fbaumann@lrrlaw.com
                hludwig@lrrlaw.com

                James W. Quinn
                Randi W. Singer
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, NY 10153
                Tel:  (212) 310-8000
                Fax: (212) 310-8007
                james.quinn@weil.com
                randi.singer@weil.com

                *Attorneys for Defendant*
                *The Walt Disney Company*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of December, 2015, I served a true and correct copy of **THE WALT DISNEY COMPANY'S SUPPLEMENTAL DISCOVERY STATUS REPORT** by e-mail and first-class mail upon the following:

Ted Millstein
1420 Walnut Street, Suite 300
Philadelphia, PA 19102
Email:  tedmillsteinlaw@gmail.com


                                                */s/  Frederick J. Baumann*
                                                Frederick J. Baumann