IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

**NOTICE OF FIRM NAME CHANGE**

    PLEASE TAKE NOTICE that Lewis Roca Rothgerber LLP is now Lewis Roca Rothgerber Christie LLP. The firm address, telephone and fax numbers remain unchanged. Email addresses have changed to hludwig@lrrc.com and fbaumann@lrrc.com.

    Respectfully submitted this 27th day of January, 2016.

    *s/Holly C. Ludwig*
    Holly C. Ludwig, Esquire
    Frederick J. Baumann, Esquire
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
    1200 17th Street, Suite 3000
    Denver, CO 80202-5855
    Tel: (303) 623-9000
    Fax: (303) 623-9222
    fbaumann@lrrc.com
    hludwig@lrrc.com

    James W. Quinn, Esquire
    Randi W. Singer, Esquire
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153
    Tel: (212) 310-8000
    Fax: (212) 310-8007

    *Attorneys for Defendant The Walt Disney Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 27th day of January, 2016, a true and correct copy of the foregoing **NOTICE OF FIRM NAME CHANGE** was delivered electronically via the CM/ECF system, and addressed as follows:

Ted Millstein
1420 Walnut Street, Suite 300
Philadelphia, Pennsylvania 19l02
Email: tedmillsteinlaw@gmail.com

*Attorney for Plaintiff*

              *s/Portia E. Adamson*
              Portia E. Adamson
              Lewis Roca Rothgerber Christie LLP

Case No. 1:12-cv-02663-WJM-KMT    Document 153    filed 01/28/16    USDC Colorado
pg 2 of 2