### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

### THE WALT DISNEY COMPANY'S
### THIRD SUPPLEMENTAL DISCOVERY STATUS REPORT
_____

    The Walt Disney Company ("TWDC") respectfully submits this Third Supplemental Discovery Status Report to update the Court on the status of discovery since December 18, 2015. *See* The Walt Disney Company's Supplemental Discovery Status Report [Doc. No. 152] (the "December Status Report").

    1.    <u>Background</u>.  The December Status Report reflects that Theodore Millstein ("Millstein"), counsel for Mr. Wolk, advised TWDC's counsel that Mr. Wolk was experiencing certain medical issues affecting his competency and ability to testify and that Mr. Wolk would not be able to be deposed on December 15, 2015, as the parties had agreed.  *See* December Status Report ¶¶ 1-2.

    2.    The December Status Report also reflects that Millstein claimed that, due to Mr. Wolk's illness, he had been unable to obtain the additional documents necessary to address the deficiencies TWDC noted in its October 19, 2015 letter regarding TAP-SLMI's October production.  *Id.* at ¶ 3.

3. After TWDC filed its December Status Report, it received documents responsive to its October 22, 2015 subpoena to Chase Bank, seeking additional information on the TAP-SLMI bank account. *See id.* at ¶ 4.

4. The Chase documents reflect that as of November 19, 2014, the TAP-SLMI bank account contained more than enough money to satisfy *all* of TWDC's outstanding judgments against SLMI – the $239,940.90 attorneys' fee award made by this Court on July 31, 2014 [Doc. No. 84], the $81,962.50 attorneys' fee judgment granted by this Court on July 30, 2015 for the Tenth Circuit appeal of the ruling on TWDC's motion to dismiss [Doc. No. 147]; and the $140,960.73 attorneys' fees judgment awarded to TWDC in the Eastern District of Pennsylvania, Order in *Disney Enterprises, Inc. v. Entertainment Theatre Group*, No. 13-cv-05570-JLS, (E.D. Pa. July 29, 2015) [Doc. No. 117].

5. The Chase documents also reflect that numerous transfers between November 19, 2014 and October 31, 2015, reduced the balance in the TAP-SLMI account to less than two thousand dollars. These transfers coincided with TWDC efforts to collect the 2014 judgment, including by obtaining a Writ of Execution [Doc. No. 91].

6. More specifically, as set forth in Exhibit A, Chase's records show that although certain disbursements were made to law firms of record in this case and in the Pennsylvania case, the bulk of the disbursements from the TAP-SLMI account were wire transfers to Mr. Wolk's law office account and to the account he shared with his wife.

7. In light of the above, TWDC served another subpoena on Chase Bank on January 8, 2016, seeking records for Mr. Wolk's personal and business accounts in an effort to determine

2

what happened to the funds that had been in the TAP-SLMI account after TWDC obtained its attorneys' fees award in this case.

8. On January 26, 2016, Millstein represented to TWDC's counsel that Mr. Wolk's condition remains essentially unchanged since TWDC's December Status Report, and that Millstein still does not know when Mr. Wolk will be competent and capable of being deposed, or when Millstein will be able to obtain the additional documents necessary to address the October production's deficiencies.

9. On January 27, 2016 Milstein forwarded to TWDC's counsel a letter from Mr. Wolk's current doctor asserting that Mr. Wolk remains in treatment and cognitively impaired. TWDC will, while reserving all rights, continue to work with Millstein to cure the deficiencies in TAP-SLMI's document production and to proceed with Mr. Wolk's deposition.

10. TWDC respectfully submits that it will file a Supplemental Discovery Status Report by March 18, 2016, following the receipt of records concerning Mr. Wolk's personal and business bank accounts.

3

TWDC is available at the Court's convenience should there be any questions or wish to discuss this matter further.

DATED this 29th day of January, 2016.

        Respectfully submitted,

        /s/ Frederick J. Baumann

        Frederick J. Baumann
        Holly C. Ludwig
        LEWIS ROCA ROTHGERBER CHRISTIE LLP
        One Tabor Center, Suite 3000
        1200 17th Street
        Denver, CO 80202-5855
        Tel: (303) 623-9000
        Fax: (303) 623-9222
        fbaumann@lrrc.com
        hludwig@lrrc.com

        James W. Quinn
        Randi W. Singer
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, NY 10153
        Tel: (212) 310-8000
        Fax: (212) 310-8007
        james.quinn@weil.com
        randi.singer@weil.com

        *Attorneys for Defendant*
        *The Walt Disney Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of January, 2016, I served a true and correct copy of **THE WALT DISNEY COMPANY'S THIRD SUPPLEMENTAL DISCOVERY STATUS REPORT** by e-mail and first-class mail upon the following:

Ted Millstein
1420 Walnut Street, Suite 300
Philadelphia, PA 19102
Email:  tedmillsteinlaw@gmail.com


                                                                       /s/  Frederick J. Baumann

                                                                  Frederick J. Baumann