**Exhibit A**

| Date | Transaction Type | Description |
|---|---|---|
| 9/19/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 10/14/2014 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 11/6/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 11/13/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 11/19/2014 | Electronic Withdrawal | Fedwire Debit A/C: Eisner Kahan |
| 11/21/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 12/4/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 12/17/2014 | Check Paid | Check No. 1014.  Paid to United States Treasury |
| 12/22/2014 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 1/5/2015 | Electronic Withdrawal | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 1/5/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 1/9/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 2/2/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 2/2/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 2/9/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 2/11/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 2/27/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 2/27/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 3/11/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 3/19/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 3/27/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 3/30/2015 | Other Withdrawals | Withdrawal |
| 4/14/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 4/14/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 4/29/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 5/15/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 5/18/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 5/27/2015 | Other Withdrawals | Withdrawal |
| 5/27/2015 | Other Withdrawals | Withdrawal |
| 5/27/2015 | Other Withdrawals | Withdrawal |
| 6/9/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 6/25/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 6/25/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 7/3/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 7/20/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 8/6/2015 | Electronic Withdrawal | Wire Transfer A/C: Edward W Millstein |
| 8/11/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 8/19/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 8/28/2015 | Other Withdrawals | Transfer To Chk XXX-XXX5 NANCY P WOLK OR MICHAEL B WOLK |
| 8/31/2015 | Electronic Withdrawal | American Express Account Payment |
| 9/1/2015 | Electronic Withdrawal | Wire Transfer A/C: Edward W Millstein |
| 9/14/2015 | Other Withdrawals | Transfer to Chk XXX-XX65 LAW OFFICES OF MICHAEL B WOLK P C |
| 9/30/2015 | Electronic Withdrawal | American Express Account Payment |