IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.
_____

**THE WALT DISNEY COMPANY'S**
**FOURTH SUPPLEMENTAL DISCOVERY STATUS REPORT**
_____

    The Walt Disney Company ("TWDC") respectfully submits this Fourth Supplemental Discovery Status Report to update the Court on the status of discovery since January 29, 2016. *See* The Walt Disney Company's Third Supplemental Discovery Status Report [Doc. No. 154].

    1.    TWDC has recently received documents responsive to its January 8, 2016 subpoena to Chase Bank, which sought records for Mr. Wolk's personal and business accounts. TWDC is currently reviewing those documents.

    2.    TWDC has not yet received the additional documents necessary to address the deficiencies in TAP-SLMI's production that TWDC noted in its last Status Report.

    3.    TWDC will, while reserving all rights, continue to work with Mr. Wolk's counsel to cure the deficiencies noted above and to proceed with Mr. Wolk's deposition.

    4.    TWDC respectfully submits that it will file a Supplemental Discovery Status Report by April 22, 2016, following the review of records concerning Mr. Wolk's personal and business bank accounts.

TWDC is available at the Court's convenience should there be any questions or wish to discuss this matter further.

DATED this 18th day of March, 2016.

          Respectfully submitted,

          /s/  Holly C. Ludwig

          Frederick J. Baumann
          Holly C. Ludwig
          LEWIS ROCA ROTHGERBER CHRISTIE LLP
          One Tabor Center, Suite 3000
          1200 17th Street
          Denver, CO 80202-5855
          Tel: (303) 623-9000
          Fax: (303) 623-9222
          fbaumann@lrrc.com
          hludwig@lrrc.com

          James W. Quinn
          Randi W. Singer
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, NY 10153
          Tel:  (212) 310-8000
          Fax: (212) 310-8007
          james.quinn@weil.com
          randi.singer@weil.com

          *Attorneys for Defendant*
          *The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2016, I served a true and correct copy of **THE WALT DISNEY COMPANY'S FOURTH SUPPLEMENTAL DISCOVERY STATUS REPORT** by e-mail and first-class mail upon the following:

Ted Millstein
1420 Walnut Street, Suite 300
Philadelphia, PA 19102
Email:  tedmillsteinlaw@gmail.com

            _/s/  Holly C. Ludwig_

            Holly C. Ludwig