**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02663-WJM-KMT

STAN LEE MEDIA, INC.

    Plaintiff,

v.

THE WALT DISNEY COMPANY,

    Defendant.

_____

**THE WALT DISNEY COMPANY'S FIFTH DISCOVERY STATUS REPORT**
_____

The Walt Disney Company ("TWDC") submits this Fifth Discovery Status Report to advise the Court that TWDC has settled certain of its claims against litigation funder TAP-SLMI, LLC ("TAP-SLMI"), its principal Michael Wolk and another individual since March 18, 2016. *See* The Walt Disney Company's Fourth Supplemental Discovery Status Report [Dkt No. 155].

    1.    <u>Background</u>. To briefly recap, TWDC has three outstanding attorneys' fees judgments (the "Judgments") against Plaintiff Stan Lee Media, Inc. ("SLMI"): $239,940.90 entered by this Court on July 31, 2014 [Dkt No. 84]; $81,962.50 entered by this Court on July 30, 2015 [Dkt No. 147]; and $140,960.73 entered by the Eastern District of Pennsylvania in *Disney Enterprises, Inc. v. Entertainment Theatre Group*, No. 13-cv-05570-JLS (E.D. Pa. July 29, 2015) [Dkt No. 117]. TWDC could not collect the Judgments from SLMI because of its apparent lack of assets. [<u>See</u> Dkt No. 148 at p. 3].

    2.    In this Court's September 8, 2015 order, the Court observed that, "[w]hen a separate person or entity funds litigation costs, a number of courts have found that the funding

person or entity who also controls what is later found to be vexatious litigation can be deemed a party for purposes of paying costs and attorney's fees." *Id.* at 4.

3.  The Court then ruled that, based on "the behavior of TAP-SLMI and SLMI in pursuing this litigation, TWDC can make a colorable argument that TAP-SLMI should be held to be a party to the underlying litigation and its assets should be available to satisfy the judgments in this case." *Id.* at 5.

4.  In January 2016, JP Morgan Chase produced TAP-SLMI bank records -- which reflected that, as of November 19, 2014, TAP-SLMI had sufficient funds to satisfy the Judgments -- in response to a TWDC subpoena [Dkt No. 154].

5.  <u>Limited Settlement</u>. After TWDC filed its Fourth Supplemental Discovery Report [Dkt No. 155] last month, TAP-SLMI, its managing member Michael Wolk and another individual agreed to pay TWDC a lump sum to resolve certain of TWDC's claims against them. SLMI is not a party to, nor a beneficiary of, this agreement.

6.  Barring any material developments, such as a significant change in SLMI's financial wherewithal, TWDC does not anticipate filing any additional Supplemental Discovery Reports at this time.

7.  All of TWDC's rights against SLMI and TAP-SLMI's other investors remain reserved, and TWDC is available at the Court's convenience should the Court have any questions or wish to discuss this matter further.

DATED this 22nd day of April, 2016.

Respectfully submitted,

 /s/ Holly C. Ludwig
Frederick J. Baumann
Holly C. Ludwig
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
fbaumann@lrrc.com
hludwig@lrrc.com

James W. Quinn
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007
james.quinn@weil.com
randi.singer@weil.com

*Attorneys for Defendant*
*The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2016, I served a true and correct copy of **THE WALT DISNEY COMPANY'S FIFTH SUPPLEMENTAL DISCOVERY STATUS REPORT** by e-mail and first-class mail upon the following:

Ted Millstein
1420 Walnut Street, Suite 300
Philadelphia, PA 19102
Email:  tedmillsteinlaw@gmail.com

    */s/ Holly C. Ludwig*
    Holly C. Ludwig

2005902144_1